RON BENDER (SBN 143364)
KRIKOR J. MESHEFEJIAN (SBN 255030)
LINDSEY L. SMITH (SBN 265401)
LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.
2818 La Cienega Avenue
Los Angeles, California 90034
Telephone:  (310) 229-1234; Facsimile:  (310) 229-1244
Email: RB@LNBYG.COM; KJM@LNBYG.COM; LLS@LNBYG.COM

Proposed Attorneys for Chapter 11 Debtors
and Debtors in Possession

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
## SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>TRX HOLDCO, LLC, a Delaware limited liability company,<br><br>        Debtor and Debtor in Possession.<br>_____<br><br>In re:<br><br>FITNESS ANYWHERE LLC, a Delaware limited liability company, dba TRX and TRX Training,<br><br>        Debtor and Debtor in Possession.<br>_____<br><br>☒  Affects both Debtors<br><br>☐  Affects TRX Holdco, LLC only<br><br>☐  Affects Fitness Anywhere, LLC only | Lead Case No.: 8:22-bk-10948-SC<br><br>Jointly administered with:<br>8:22-bk-10949-SC<br><br>Chapter 11 Cases<br><br>**DECLARATION OF JAMES S. FELTMAN IN SUPPORT OF DEBTORS' EMERGENCY MOTION FOR ENTRY OF AN INTERIM ORDER: (I) AUTHORIZING THE DEBTORS TO UTILIZE CASH COLLATERAL PURSUANT TO 11 U.S.C. §§ 361, 362 AND 363; (II) GRANTING ADEQUATE PROTECTION; (III) SCHEDULING A FINAL HEARING PURSUANT TO BANKRUPTCY RULE 4001(b); AND (IV) GRANTING RELATED RELIEF**<br><br>DATE:     June 10, 2022<br>TIME:     10:00 a.m.<br>PLACE:   *Via ZoomGov<br>           Courtroom 5C<br>           411 West Fourth Street<br>           Santa Ana, CA 92701 |

I, James, S. Feltman, hereby declare under penalty of perjury as follows:

1.      I am a managing director of the restructuring practice of Kroll, LLC, proposed financial advisor to TRX Holdco, LLC ("Hold Co") and Fitness Anywhere LLC,  dba TRX and TRX Training ("Product Co" and together with Hold Co and Product Co, the "Debtors"), the debtors and debtors-in-possession in the above-captioned Chapter 11 bankruptcy cases.  My practice is focused on providing fiduciary, advisory consulting and expert witness testimony in, among other areas, the areas of insolvency, restructuring, and accounting.  I am among the most experienced bankruptcy fiduciaries in the United States, having served as a Chapter 11 Trustee in 25 assignments, an Examiner in 14 matters and as a Chapter 7 Trustee in over 10,000 cases.  My industry specialization includes retail, and manufacturing and distribution, businesses. A true and correct copy of my professional resume is attached as **Exhibit 1** to this Declaration.

2.      I make this Declaration in support of the Debtors' emergency motion for the entry of an order authorizing the Debtors to use cash collateral and related relief.

3.      Kroll, LLC has been retained by the Debtors, subject to Bankruptcy Court approval, to provide to the Debtors' restructuring advisory services, to among other things, work collaboratively with the Debtors' senior management team, certain members of the Debtors' boards of managers and other professionals to: (1) assist the Debtors to prepare for filing these Chapter 11 bankruptcy cases; (2) assist the Debtors to oversee bankruptcy preparation and filing activities; (3) assist in the development of a reorganization or asset sale process with the goal of achieving maximum value for the Debtors' estates in an expedited manner; (4) coordinate activities and assist in communication with outside constituents and advisors, including banks and their advisors; (5) perform related services, including the provision of declarations and testimony; and (6) assist the Debtors in developing a short-term cash flow forecasting tool and related methodologies and to assist with planning for alternatives as requested by the Debtors. The Debtors have also retained Kroll's affiliate to serve as the Debtors' investment banker to run a free and clear sale process in these cases.

4.      Pre-petition, the Debtors hired an affiliate of Kroll – Kroll Securities, LLC – to, among other things, identify prospective investors and seek to obtain additional investments in

the Debtors' business, or engage in a transaction such as a merger and/or acquisition, in order to further capitalize the Debtors and meet the Debtors' operational and growth needs. While I was not directly involved with those efforts, and I was retained by the Debtors around the period when it became apparent that the best option available to the Debtors would be to conduct an expedited free and clear asset sale in a chapter 11 bankruptcy proceeding and consummate that asset sale before the Debtors run out of cash, I have nevertheless reviewed and analyzed that marketing process and its results, and I am generally knowledgeable of those efforts and outcomes.

5.     During the past two weeks, I have worked closely with the Debtors' representatives and executives, in connection with, among other things reviewing and analyzing the Debtors' financial condition, assets, liabilities and operations. I have reviewed financial statements and other documents provided to me by the Debtors, and my colleague Scott Lyman and I (with assistance from Kroll staff) have prepared the Debtors' thirteen (13) week cash flow forecasts and cash collateral budgets setting forth all projected cash receipts and cash disbursements  and the projected impacts on accounts receivables and inventory following the Petition Date (each, a "Budget", and together, the "Budgets"), true and correct copies of which are attached as **Exhibits 2, 3 and 4** to this Declaration. Exhibit 2 constitutes Product Co's Budget. Exhibit 3 constitutes Hold Co's Budget. Exhibit 4 constitutes a consolidated Budget.

6.     We prepared the Budgets based upon our analysis of the Debtors' financial situation. This includes numerous discussions that we have had with the Debtors' employees, officers and managers, and other representatives of the Debtors. I have also had numerous discussions with Woodforest National Bank (the "Bank") in connection with the Debtors' financial condition and operations, and operating budgets.

7.     I believe that the Budgets accurately reflect the projected revenues and expenses and changes in cash, accounts receivables and inventory for the Debtors' bankruptcy estates in the projection period.

8.     The Debtors' current financial situation is precarious in that I estimate that unless the Debtors' can consummate a transaction or obtain additional financing, the Debtor will not

have sufficient liquidity to replenish inventory, impairing future customer sales and thereafter negatively impacting the Debtors' good will.  I believe that if there was a shutdown of the Debtors' business with a resulting liquidation, it would be a disastrous result for creditors, including the Bank.

9.    I understand the Debtors' goal in these bankruptcy cases is to consummate a free and clear asset sale for the most money possible, and that the Debtors intend to file in the near future a motion seeking Court approval of proposed bidding and auction procedures.  I am assisting the Debtors in connection with developing such procedures, and communicating with the Bank regarding the Debtors' proposed course of action in this case and in connection with a sale process.  Based on the understanding of the Debtors I have developed over the course of the past several weeks, the Debtors require an expedited, focused asset sale process that will consummate before the Debtors' inventory falls below required operational levels and the Debtors run out of sufficient liquidity to sustain operations.

10.    The only way for the Debtors to continue to operate their business pending the consummation of a free and clear asset sale is for the Debtors to be able to use their cash collateral to pay their post-petition expenses in accordance with the Budgets.  The alternative to the Debtors' use of cash collateral would be an immediate shut down of the Debtors' business and termination of all employees, service providers and outsourced business operations, which would be devastating to the value of the Debtors' assets and would result in an economic disaster for all creditors, including the Bank.

11.    We are continuing to analyze whether obtaining post-petition financing is necessary in order for the Debtors to have an adequate time period to conduct this free and clear asset sale process and to consummate an asset sale transaction.  If we conclude that obtaining such post-petition financing is necessary, a decision we expect to make in the coming days, the Debtors will be coming before this Court seeking Court approval of such post-petition financing.

12.    I have engaged in discussions with the Bank regarding, among other things, the Debtors' cash flow challenges and needs, these bankruptcy cases, and the Debtors' imminent need for additional funding to enable the Debtors to have a sufficient amount of time to run a

free and clear asset sale process designed to achieve the highest and best price for the Debtors' assets. I am hopeful that we will be able to obtain the Bank's consent regarding the Debtors' use of cash collateral, and have also approached the Bank to determine whether the Bank is willing to lend additional funds to the Debtors post-petition and, if not, whether the Bank is willing to subordinate to a new lender.

13.    In order for the Debtors to have the opportunity to attempt to consummate a sale of their business/assets, the Debtors must be able to continue to operate their business, and the only way for the Debtors to be able to continue to operate their business is for the Debtor to have use of their cash collateral to pay for their post-petition operating expenses. Without the use of their cash collateral, the Debtors would be forced to immediately shut down and close their business and terminate all of their employees.

14.    As set forth in the Budgets, the Debtors require immediate authority to use cash collateral to pay, among other things: (1) payroll in order to ensure that there is no interruption or interference in the Debtors' relationship with their employees (provided that any insider compensation will be subject to compliance with insider compensation approval requirements); (2) key contractors, service providers, consultants and vendors, in order to ensure there is no interruption in critical services being provided to the Debtors and product being delivered to the Debtors; (3) logistics costs in order to ensure timely receipt and delivery of products relating to the E-commerce business; and (4) insurance and taxes.

15.    The Budgets do not include any additional purchases of inventory but the Debtors are requesting authority pursuant to the cash collateral motion to do so in the ordinary course of business to the extent sufficient funds exist in order for the Debtors to do so, including during the interim period of approval of the cash collateral motion, to the extent the Debtors determine in their business judgment that doing so is necessary to avoid irreparable and immediate harm.

16.    The Budgets incorporate all of the projected cash receipts and cash disbursements of the entire business operations of the Debtors and their respective subsidiaries. I understand that the TRX entities were established to allow for a segregation of the equity investment made in the recapitalization, but TRX has operated as one identifiable brand in the market, and through

intercompany agreements, including a management services agreement between Hold Co and Product Co wherein Hold Co provides the services of executive management that oversee the entire TRX enterprise, it also effectively operates as a consolidated business.

17.     The Debtors seek an order of the Court authorizing the Debtors to use their cash collateral to pay all of their projected post-petition expenses set forth in the Budgets.  The Debtors further seek Court authority to deviate from the Budgets, without the need for any further Court order, by up to 20% by line item and 25% in the aggregate without the need for any further Court order, and the Debtors seek Court authority to deviate further from the Budgets without the need for any further Court order provided the Debtors obtain the prior consent of the Bank, since the Bank is the only creditor with an interest in the Debtors' cash collateral.

18.     As to adequate protection for the Debtors' use of cash collateral, the Debtors propose to provide to the Bank a replacement lien against the Debtors' post-petition assets (excluding any avoidance causes of action), to the extent of any post-petition diminution in the value of the Bank's prepetition collateral as a result of the Debtors' post-petition use of cash collateral.  Further, the Bank shall be granted a super priority administrative claim pursuant to Section 507(b) of the Bankruptcy Code to the extent of any post-petition diminution in the value of the Bank's prepetition collateral as a result of the Debtors' post-petition use of cash collateral.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed this 8th day of June, 2022, at Miami, Florida.



_____

JAMES S. FELTMAN

# EXHIBIT "1"



**KROLL**

# James S. Feltman

### Managing Director, Restructuring

**Contact**

E  james.feltman@kroll.com

T  +212 450 2854

M +305 793 6279

**Areas of Expertise**

- Financial Services
- Healthcare
- Manufacturing and Distribution
- Mortgages & Asset Backed Securities
- Real Estate/Construction
- Retail
- Structured Derivatives

Mr. Feltman is among the most experienced bankruptcy fiduciaries in the United States, having served as a Chapter 11 Trustee in 25 assignments, an Examiner in 14 matters and as a Chapter 7 Trustee in over 10,000 cases. Mr. Feltman's experience as a bankruptcy fiduciary is multi-jurisdictional, (including the Southern District of New York) and cross-border. Additionally, Mr. Feltman served in other fiduciary roles in numerous matters including as a Mediator, Arbitrator and Monitor. His industry specialization includes agriculture, retail, manufacturing and distribution, real estate/construction, aviation, healthcare, financial services, and other industries.

Mr. Feltman's extensive experience as a fiduciary includes operating and managing businesses, overall case management, sales and liquidation of assets and business interests, claims development and prosecution, negotiating settlements, and administering claims payment schemes in a variety of cases for more than the last two decades. Mr. Feltman has managed the dispositions of a range of businesses and business interests, real estate, personal and intellectual property.

Mr. Feltman is a Fellow of the American College of Bankruptcy, a member of the American Institute of Certified Public Accountants and Florida Institute of Certified Public Accountants. He is a Certified Public Accountant in the State of Florida. From 2002-2008, Mr. Feltman was a member of the Board of Directors of the American Bankruptcy Institute. Mr. Feltman was honored as one of the 2015 Consultants of the Year by Consulting Magazine

**KROLL**

## Education

- M.P.S., Cornell University
- B.A., University of Wisconsin, Madison

## Certifications

- Certified Public Accountant, Florida
- Certified in Financial Forensics
- Certified Fraud Examiner

## Professional Associations

- American Bankruptcy Institute, April 2002 – April 2008, board of directors
- American Institute of Certified Public Accountants, member
- Florida Institute of Certified Public Accountants, member

## Honors and Awards

- Fellow, American College of Bankruptcy
- Top 25 Consultants in 2015 – Consulting Magazine

## Publications

- Financier Worldwide:
  - Panelist-Bankruptcy and Restructuring; November 2016
  - Panelist-Out-of-Court Restructuring Alternatives; June 2016
- ABI Fraud and Forensics
  - Co-Author-Effective Expert Reports-2015
  - Shifting Asset Valuations and Rising Debt; June 2017



### Speaking Engagement

- Complex Financial Restructuring Program LV Nevada – February 2020: Healthcare Restructuring

- The Knowledge Group – November 2019:  Using and Challenging Expert Witness Testimony in Bankruptcy Litigation: Winning Strategies

- Expert Witnesses in Bankruptcy Litigation – November 2019 (Webinar)

- World Bank/IFC - May 2019:  Current Restructuring Topics presented to the Workout Team

- Complex Financial Restructuring Program LV Nevada Fiduciary Duties - February 2019

- ABI Milan International Solvency and Restructuring conference; International Asset Tracing - October 2018

- Financial Services Volunteer Corps – October 2014: Selection and Supervision of Bankruptcy Administrators (Marrakesh, Morocco)

- BBA/AIRA Joint Bankruptcy & Restructuring Program – January 2014: Valuation Topics in Bankruptcy

- Illinois CPA Fraud Conference – October 2013: Red Flags of Audit Breakdowns – Lessons Learned

- American College of Bankruptcy – October 2013: Where Are We Now And How Did We Get Here?

- Knowledge @ Wharton - February 2013: Reverse Mergers: A Looming U.S. – China Showdown over Securities Regulation?

- Compliance Week – January 2013: No Clear Solutions in Audit Standoff with China

- Reuters.com – January 2013: Chinese Companies Retreat from U.S. Listings as Scrutiny Mounts

- Bloomberg – December 2012: SEC Auditor Case Seen Jeopardizing Chinese U.S. Listings

- CNBC – December 2012: US/China Regulatory Standoff

- National Public Radio – December 2012: Feds Sue Chinese Audit Firms

- Industry Week – December 2012: Regulatory Clash:  Lessons Learned through an East-Meets-West Dispute

- Compliance Week – August 2012: PCAOB Provides Audit Committees with a Roadmap on Inspection Results

- CNN – July 2012: Challenges for Chinese Companies listed on US markets

- CNBC – July 2012: Regulatory Environment in China

- Financier Worldwide – July 2012: Bankruptcy Litigation Roundtable (Article)

- The Association of Commercial Finance Attorneys CLEW – May 2012: Global Economics, Financial Fraud and Lender Liability

- The American Bankruptcy Institute 30th Annual Spring Meeting – April 2012: Commercial Real Estate Trends, Workouts, and Reorganizations

- Fox News Interview – January 2012: Will More Banks Fail in 2012?

- Anti-Corruption Compliance Program – October 2011: The Gathering Storm: Anti-Corruption Compliance for Private Equity and Hedge Funds

**KROLL**

- National Conference of Bankruptcy Judges October 2011: Financial Advisors in the Courtroom, and conducted a Webinar – China's Red Flag: What Chinese companies must do to overcome issues surrounding transparency with the global investor community

- The Offshore Alert Conference – April 2011: Offshore But Not Off Limits: How Fraud Victims Can Obtain Relief in OFC's

- The American Bankruptcy Institute 29th Annual Spring Meeting – March 2011: Cutting-Edge Litigation Issues: Ponzi Schemes, the Return of the Leveraged Buyouts, Valuation Disputes and More

- The Distressed Debt Conference in London – September 2010:  Considerations for Turnaround Investing.

- American Bankruptcy Institute – July 2010: Ponzi Schemes and Other Scams for Bilking Money, from Madoff to Consumer Rip-offs.

- American Bankruptcy Institute – August 2009: Ethical Issues for Lawyers Representing "Unusual" Clients.

- American Bankruptcy Institute – August 2009: Prove It! Evidence in Bankruptcy Proceedings.

- Kellogg Turnaround Management Conference – April, 2009: Negotiating in Creditors' Committees

- Distressed Acquisitions for Strategic Advantage – September 2008: Analyzing the Risks of Absorbing a "Sick" Company – Do I Have the Right Team?

- VALCON – January 2008: Restructuring Options for Homebuilders - What's Different This Time?

- National Conference of Bankruptcy Judges – October 2007: Where Will Bankruptcy Work Come From in 2008?

- American Bankruptcy Institute – July 2007: Effective Pre-Bankruptcy Negotiating and Packaging.

- American Bankruptcy Institute – July 2007: Drivers Impacting Credit and Capital Marketplace.

- Association of Commercial Finance Attorneys – June 2007: Asset Based Lending.

- American Bankruptcy Institute - Annual Spring Meeting, April 2007: Pensions and Benefits in Bankruptcy.

- American Bankruptcy Institute – Caribbean Insolvency Symposium, February 2007: Liquidating Cross-Border Assets and Recovering Cross-Border Claims.

- National Association of Credit Management, January 2007: Deepening Insolvency

- 13th Annual Aircraft Financing Forum, October 2006: The Bankruptcy & Restructuring Process:  Current Airline and Creditor Issues.

- American Bankruptcy Institute, September 2006: London International Insolvency Symposium – Aviation Panel.

**James S. Feltman**

Bankruptcy Trustee Appointments

| Case Name | Case No. | Filing Date | Appointment Date | Role | Attorney/ Contact | Firm Name | Industry |
|---|---|---|---|---|---|---|---|
| BKC | Various | 1988-2004 | 1988-2004 | Chapter 11 and Chapter 7 Trustee | Felicia S. Turner / Steven Turner | Office of the U.S. Trustee, Atlanta, GA | Various |
| AeroFloral, Inc. | 01-16367-BKC-RAM | 6/13/2001 | 7/17/2001 | Trustee | David M. Levine | Tew Cardenas, Miami, FL | Distribution |
| Empresa De Transporte Aero Del Peru, S.A., Debtor | 99-13741-BCK-AJC | 4/21/1999 | 9/8/1999 | Trustee | David Cimo | Genovese, Lichtman, Joblove & Battista, P.A., Miami, FL | Aviation |
| Aviation Composites Services, Inc. | 01-18236-BKC-AJC | 2002 | 3/21/2002 | Trustee | Brian Behar | Behar Gutt & Glazer, Aventura, FL | Aviation |
| Bandsawe Residual Corp., Debtor | 99-15698-BKC-RAM | 6/11/1999 | 8/18/1999 | Trustee | Jerry Markowitz | Markowitz, Davis, Ringel & Trusty, P.A., Miami, FL | Professional Services – Legal |
| Blackwell & Walker, P.A. | 96-10862-BKC-RAM | 2/14/1996 | 3/8/1996 | Trustee | Arnold Schatzman | Schatzman & Schatzman, Miami, FL | Professional Services – Legal |
| Book Wholesalers Inc., Debtor | 96-10521-BKC-RAM | 1/29/1996 | 2/28/1996 | Special Representative / Trustee | Tom Lehman | Tew & Beasley, Miami, FL | Retail |
| C.G.F. Electrical Corp., Debtor | 95-15649 | 11/17/1995 | | Trustee | Brian Behar | Behar, Gutt & Glazer, Aventura, FL | Professional Services |

**James S. Feltman**

Bankruptcy Trustee Appointments

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Certified HR Services Company f/k/a The Cura Group, Inc. | 05-22912-BKC-RBR | 5/12/2005 | 5/25/2005 | Trustee | Paul Battista | Genovese Joblove & Battista, Miami, FL | Professional Services |
| Corporate Resource Services, Inc. | 15-12329 (MG) | 7/23/2015 | 9/22/2015 | Chapter 11 Trustee | Linda Rifkin, AUST | Office of the U.S. Trustee | Professional Services |
| Florida Industrial Equipment & Supplies, Inc., Debtor | 91-14374-BKC-PGH | 1991 | 8/15/1993 | Trustee | Ilyse Homer | Stroock, Stroock & Lavan, Miami, FL | Retail |
| Glenbeigh Hospital of Miami, Inc., *et al.*, Debtors | 93-11057-BKC-AJC | 1993 | 6/30/1993 | Trustee | Patricia Redmond | Stearns, Weaver, Miller, *et al.*, Miami, FL | Healthcare |
| Joseph Charles & Associates, Inc. | 00-34898-BKC-SHR | 11/1/2000 | 7/6/2001 | Trustee | Kenneth B. Robinson | Rice & Robinson, Miami, FL | Financial Services |
| Lander, Inc., Debtor | 92-10103-BKC-AJC | 1/7/1992 | 5/7/1993 | Trustee | F. Lorraine Jahn | Mershon, Sawyer, *et al.*, Miami, FL | Retail |
| Marathon Manor, Inc. | 01-10599-BKC-AJC | 1/24/2001 | 5/16/2001 | Trustee | Frank P. Terzo | Holtzman Equels & Furia, Miami, FL | Healthcare |
| Phoenix Continental Corp. and Flightline of America, L.C. | 97-25400-BKC-PGH and 97-25401 | 8/1997 | 9/9/1997 | Trustee | Thomas R. Lehman | Tew & Beasley, Miami, FL | Aviation |

**James S. Feltman**

Bankruptcy Trustee Appointments

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Suncoast Towers South Associates | 98-10537 | 1998 | 3/1998 | Trustee | Linda G. Worton | Greenberg, Traurig, Miami, FL | Real Estate |
| Sophisticated Communications, Inc. | 001-17635-BKC-AJC | 8/28/2000 | 5/25/2001 | Trustee | Brian S. Behar | Behar Gutt & Glazer, Aventura, FL | Telecom |
| TCPI, Inc. | 01-24937-BKC-RBR | 7/3/2001 | 10/4/2001 | Trustee | Jerry M. Markowitz | Markowitz, Davis, Ringel & Trusty, P.A., Miami, FL | Healthcare |
| TS Employment, Inc. | 15-10243 (MG) | 2/2/2015 | 2/27/2015 | Trustee | Michael Driscoll | U.S. Department of Justice, New York, NY | PEO (employee staffing) |
| TUSA Florida, Inc., *et al.*, Debtors | 93-10748-BKC-SMW, 93-10759-BKC-SMW, 93-10928-BKC-SMW | 2/26/1993 | 5/14/1993 | Trustee | John Genovese | Kelley Drye & Warren, Miami, FL | Transportation |
| United Information Systems, Inc. | 98-16621-BKC-AJC, 98-16634-BKC-AJC | 7/22/1998 | 9/28/1998 | Trustee | Jerry Markowtiz | Markowitz, Davis, Ringel & Trusty, P.A., Miami, FL | Distribution |
| United Forming, Inc. | 92-11113-BKC-SMW | 2/24/1992 | 8/14/1992 | Trustee | Lee Mandell | Lee Mandell, P.A., Coral Gables, FL | Construction |
| World Terminal Distribution Corp. | 00-16555-BKC-RAM | 7/25/2000 | 1/19/2001 | Trustee | Allison R. Day | Genovese Lichtman Joblove & Battista, Miami, FL | Distribution |

**James S. Feltman**

Bankruptcy Trustee Appointments

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Worldwide Web Systems, Inc. | 00-16067-BKC-RAM | 7/11/2000 | 8/11/2000 | Trustee | Paul S. Singerman | Berger, Davis & Singerman, Miami, FL | Telecom |
| WTI International Corp. | 98-18183-BKC-AJC | 1/25/1999 | 5/1/1999 | Trustee | Arnold Schatzman | Schatzman & Schatzman, Miami, FL | Licensing/ Patents |

**James S. Feltman**

Bankruptcy Examiner Appointments

| Case Name | Case No. | Filing Date | Appointment Date | Role | Attorney/ Contact | Firm Name | Industry |
|---|---|---|---|---|---|---|---|
| 25 Travel, Inc. | 92-15634-BKC-SMW | 1992 | | Examiner | | Miami, FL | Retail |
| Aerial Transit Company, Debtor | 92-17033-BKC-AJC | 12/11/1992 | 4/8/1993 | Examiner | Ronald Neiwirth | Semet, Lickstein, *et al.*, Coral Gables, FL | Aviation |
| Jack W. Barrett, Debtor | 93-10562-BKC-AJC | 2/12/1993 | 7/30/1993 | Examiner | Rick Rodgers | Port St. Lucie, FL | Professional Services / Medical |
| Cascade International, Inc., *et al.* | 91-33703-BKC-RAM | 1991 | | Examiner | John Genovese | Kelley Drye & Warren, Miami, FL | Retail |
| Evolution Imports, Inc. | 96-21853-BKC-RAM | 1996 | 6/25/1996 | Examiner | N/A | Miami, FL | Retail |
| F.L.G. Inc., Debtor(s) | 99-10467-BKC-AJC | 1999 | 3/1999 | Examiner | N/A | Miami, FL | Retail |
| Fisher Island Investments, Inc., Mutual Benefits Offshore Fund, Ltd., Little Rest Twelve, Inc. | 11-17047-BKC-AJC, 11-17051-BKC-AJC, 11-17061-BKC-AJC | 2011 | 4/27/2011 | Examiner | N/A. | Miami, FL | Various |

**James S. Feltman**

Bankruptcy Examiner Appointments

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Hillard Development Corp. v. Griswold, *et al.* | Adv No. 94-0467-BKC-AJC-A | 5/27/1994 | 2/2/1995 | Examiner | James Boone | James Boone, P.A., Ft. Lauderdale, FL | Insurance |
| Ideas Apparel Group, Inc., Inc., Debtor | 91-B-10398 (CV) New York | 1991 | 6/11/1993 | Examiner | | USBC, New York, NY | Insurance |
| IDEECO, Inc., Debtor | 95-23042-BKC-RBR | 1995 | 8/31/1995 | Examiner | Denyse Heffner | Office of the U.S. Trustee, Miami, FL | - |
| Luke Records, Inc., Debtor | 95-11447-BKC-RAM | 3/28/1995 | 6/20/1995 | Examiner | Amber Donner | Office of the U.S. Trustee, Miami, FL | Entertain-mer |
| M&E Trading Co., Inc., Debtor | 91-15597-BKC-PGH | 1991 | | Examiner | Brent Friedman | Stroock, Stroock & Lavan | Retail |
| Overseas Corp., *et al.*, Debtor | 90-15067-BKC-AJC | 1990 | | Examiner | | USBC, Miami, FL | Real Estate |
| Syntax-Brillian Corporation, *et al.* | 08-114079 (BLS) | 7/8/2008 | 9/2/2008 | Examiner | Steven M. Yoder | Potter Anderson & Corroon, Wilmington, DE | Electronics |

**James S. Feltman**

Liquidating Trustee Appointments

| Case Name | Case No. | Filing Date | Appointment Date | Role | Attorney/ Contact | Firm Name | Industry |
|---|---|---|---|---|---|---|---|
| Aero Systems Inc. / Aero Systems Aviation Corp. | 93-12972-BKC-SMW, 93-12973-BKC-SMW | 8/5/1993 | 5/12/1994 | Liquidating Trustee | Ronald Neiwrith | Semet, Lickstein, *et al.*, Coral Gables, FL | Aviation |
| American Way Service Corp., Debtor | 94-24696-BKC-RBR | 12/2/1994 | 10/12/1995 | Liquidating Trustee | Paul J. Battista | Genovese, Joblove & Battista, P.A., Miami, FL | Insurance |
| Certified HR Services Company Liquidating Trust | 05-22912-BKC-RBR | 11/27/2007 | 11/27/2007 | Liquidating Trustee | Paul J. Battista | Genovese, Joblove & Battista, P.A., Miami, FL | Professional Services |
| L. Luria Liquidating Trust | 97-16731-BKC-Ram (CH 11) | 1997 | 6/1/1998 | Liquidating Trustee | Brian Kriger | Traub, Fox & Bonequist, New York, NY | Retail |
| Mission Health, Inc. | 99-5019-3F1 | 1999 | 10/18/2000 | Liquidating Trustee | Edwin W. Held, Jr. | Fischette Owen Held & McBurney, Jacksonville, FL | Healthcare |
| Rich International Airways, Inc. Liquidating Trust | 96-17399-BKC-RAM | 1996 | 5/1998 | Liquidating Trustee | Peter Levitt | Adorno & Zeder, Miami, FL | Aviation |
| Levitt and Sons, LLC, *et al.* | 07-19845-BKC-RBR | 11/9/2007 | 12/21/2007 | Liquidating Trustee | Paul J. Battista | Genovese, Joblove & Battista, P.A., Miami, FL | Real Estate |
| Pharmasystems Holding Corporation, Debtor | 99-14626-RAM | 5/13/1999 | 5/17/1999 | Liquidating Trustee | Craig Rieders | Genovese, Joblove & Battista, P.A., Miami, FL | Retail |

**James S. Feltman**

Fiduciary and Other Roles

| Case Name | Case No. | Filing Date | Appointment Date | Role | Attorney/ Contact | Firm Name | Industry |
|---|---|---|---|---|---|---|---|
| RGN Group Holdings LLC | 20-11961 | 8/17/20 | 7/17/2020 | Responsible Officer | Chad Husnick | Kirkland and Ellis LLP | Real Estate |
| Patriot National Inc. and Subsidiaries | 18-10189 | 1/30/2018 | 10/17/2017 | CRO | Katie Coleman Laura Davis Jones | Hughes Hubbard & Reed Pachulski Stang Ziehl & Jones LLP | Professional Services |
| Value City Department Stores, LLC | 08-14197 | 10/26/2008 | 1/23/2008 | President and CRO | John Longmire | Willkie Farr & Gallagher LLP, New York, NY | Retail |
| FJC Amusements, Inc. as a general partner of a joint partnership, Niagara Flume Partnership, Plaintiff, and Triple D of Lakeland, defendant | N/A | | 2008 | Arbitrator | Joel S. Fass | Colodny, Fass, Talenfeld, Karlinsky & Abate, P.A., Ft. Lauderdale, FL | Entertainment |
| Larry Kline Wholesale Meats & Provisions, Inc. v. David Freeman | N/A | | 11/2007 | Mediator | Joel S. Fass | Colodny, Fass, Talenfield, Karlinsky & Abate, PA, Ft. Lauderdale, FL | Distribution |
| ABC for Tasco Worldwide, Inc. and Celestron International | Multiple | 2002 | 5/2002 | Assignee for the Benefit of Creditors | Ronald L. Leibow | Kay Scholer LLP, Los Angeles, CA | Mfg./Retail |
| Metso Oyj and Svedala Industries, AB | Docket No. C-4024, File No. 001-0186 | | 9/7/2001 | Interim Monitor-FTC | M. Elaine Johnston | White & Case, New York, NY | Mfg. |
| The Estate of Ralph Laurence Devine, Deceased | Probate Division, File Number: 98-3651, Division: 04 | 6/1999 | 12/1998 | Co-Curator | David Glazer | Behar, Gutt & Glazer | Probate Estate |

**James S. Feltman**

Fiduciary and Other Roles

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| DeCiccio Floral Corp. d/b/a American Floral Distributors | 96-03762 CA15 | 2/22/1996 | 2/29/1996 | Assignee for the Benefit of Creditors | Robert A. Schatzman | Schantz, Schatzman & Aaronson, Miami, FL | Distribution |
| Fyffes Bananas International v. Proyecto La Cruz Manzanillo | N/A | | 8/1994 | Arbitrator | Tom Murphy | Fyffes Bananas International, Ft. Lauderdale, FL | Agriculture |
| General Trading, Inc. v. Yale Materials Handling Corp. | 88-0061-CIV-Bandstra | 1988 | 4/15/1994 | Federal Receiver | Philip Allen | Litow, Cutler, Zabludowski, *et al.*, Miami, FL | - |
| Hi-Tech Computer Products, Inc., *et al.*, v. NationsBank of Florida | 92-11601 (08) Broward Circuit Ct. | 1992 | 12/3/1992 | Special Master | Frank Sinagra | Haley, Sinagra & Perez, P.A., Ft. Lauderdale, FL | Technology |
| Carbotex, Inc. Assignor | 97-27655 CA (11) | | | Assignee for the Benefit of Creditors | Paul L. Orshan | Kluger, Peretz, Kaplan & Berlin, P.A., Miami, FL | Retail |

# EXHIBIT "2"

**Fitness Anywhere, LLC (known as "ProductCo") & TRX HoldCo, LLC (known as "HoldCo")**
Debtors Cash Collateral Budget
As of June 8, 2022
$USD

| | Week 1 | Week 2 | Week 3 | Week 4 | Week 5 | Week 6 | Week 7 | Week 8 | Week 9 | Week 10 | Week 11 | Week 12 | Week 13 | Current Rolling 13 Weeks |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Week --> (Post-Petition) | Post-Petition | Post-Petition | Post-Petition | Post-Petition | Post-Petition | Post-Petition | Post-Petition | Post-Petition | Post-Petition | Post-Petition | Post-Petition | Post-Petition | Post-Petition | |
| From --> | 6/8/2022 | 6/13/2022 | 6/20/2022 | 6/27/2022 | 7/4/2022 | 7/11/2022 | 7/18/2022 | 7/25/2022 | 8/1/2022 | 8/8/2022 | 8/15/2022 | 8/22/2022 | 8/29/2022 | |
| Week-Ending --> | 6/12/2022 | 6/19/2022 | 6/26/2022 | 7/3/2022 | 7/10/2022 | 7/17/2022 | 7/24/2022 | 7/31/2022 | 8/7/2022 | 8/14/2022 | 8/21/2022 | 8/28/2022 | 9/4/2022 | |
| **PRODUCTCO** | | | | | | | | | | | | | | |
| **Beginning ProductCo Cash Balance** | 827,079 | 1,347,391 | 1,745,131 | 2,005,084 | 1,487,788 | 1,670,438 | 2,177,983 | 2,434,851 | 1,767,331 | 2,165,430 | 2,586,342 | 2,890,144 | 3,229,068 | 827,079 |
| Ecommerce NA & UK | 89,045 | 102,714 | 102,714 | 108,835 | 108,835 | 108,835 | 108,835 | 108,566 | 108,566 | 108,566 | 108,566 | 108,566 | 108,566 | 1,381,477 |
| Amazon FBA International | 24,989 | | 24,989 | | 24,989 | | 24,989 | | 24,989 | | 24,989 | | 24,989 | 174,925 |
| Amazon FBA NA | - | 312,235 | | 436,970 | | 436,970 | | 436,970 | | 304,444 | | 304,444 | | 2,232,033 |
| Transfers from Non-Debtor Affiliate (Japan) | - | | | 5,000 | | | | 5,000 | | | | | 5,000 | 15,000 |
| Accounts Receivables Collections | 406,277 | 531,169 | 482,981 | 479,037 | 526,556 | 550,738 | 500,775 | 514,626 | 565,676 | 591,654 | 537,979 | 514,626 | 565,920 | 6,768,016 |
| **TOTAL PRODUCTCO SOURCES** | 520,312 | 946,118 | 610,684 | 1,029,842 | 660,381 | 1,096,544 | 634,600 | 1,065,432 | 699,231 | 1,004,664 | 671,534 | 927,636 | 704,475 | 10,571,451 |
| Payroll, Payroll Tax & Benefits | - | 244,274 | - | 242,267 | - | 242,267 | - | 231,981 | - | 231,981 | - | 231,981 | - | 1,424,750 |
| Commission | | | 30,000 | | | | | 30,000 | | | | | | 60,000 |
| Contractors | | 20,000 | 20,000 | 119,500 | 47,000 | 51,000 | 47,000 | 119,500 | 47,000 | 51,000 | 47,000 | 51,000 | 115,500 | 735,500 |
| Key Consultants | | | | 8,889 | | | | 8,889 | | | | | 8,889 | 26,667 |
| Rent | | | | 47,500 | | | | 47,500 | | | | | 47,500 | 142,500 |
| Marketing | | | | 724,000 | | | | 769,500 | 4,500 | | | | 724,000 | 2,222,000 |
| Insurance | | | 80,000 | | | | 80,000 | | | | 80,000 | | | 240,000 |
| Logistics | | 128,982 | 128,982 | 128,982 | 128,982 | 128,982 | 128,982 | 128,982 | 128,982 | 128,982 | 128,982 | 128,982 | 128,982 | 1,547,779 |
| Non-BK Professionals | | | | 60,850 | | | | 120,350 | | | | | 52,000 | 233,200 |
| Technology | | | | 10,400 | 90,000 | | | 1,500 | 8,900 | 5,040 | | | 10,400 | 126,240 |
| Utilities | | | | 3,000 | | | | 3,000 | | | | | 3,000 | 12,000 |
| Other Expenses, Vendors | | 75,000 | 75,000 | 80,000 | 75,000 | 75,000 | 75,000 | 80,000 | 75,000 | 75,000 | 75,000 | 75,000 | 80,000 | 915,000 |
| Sales tax | | | | | 100,000 | | | 100,000 | | | | | 100,000 | 300,000 |
| Transfers to Non-Debtor Accounts[1] | | | 20,000 | | 20,000 | | 20,000 | | 20,000 | | 20,000 | | 20,000 | 120,000 |
| Management Payroll - InterCo Transfer to HoldCo | | 60,372 | | 75,000 | | 75,000 | | 75,000 | | 75,000 | | 75,000 | | 435,372 |
| Foreign Key Vendors | | 16,750 | 26,750 | 16,750 | 16,750 | 16,750 | 26,750 | 16,750 | 16,750 | 16,750 | 16,750 | 26,750 | | 214,250 |
| BK Professionals[5] | | | | | | | | | | | | | | |
| US Trustee Fees | | | | | | | | | | | | | | |
| **TOTAL PRODUCTCO CASH DISBURSEMENTS** | - | 548,378 | 350,732 | 1,547,138 | 477,732 | 588,999 | 377,732 | 1,732,951 | 301,132 | 583,752 | 367,732 | 588,712 | 1,290,271 | 8,755,258 |
| **PRODUCTCO - CASH ROLLFORWARD** | | | | | | | | | | | | | | |
| Beginning PRODUCTCO Cash Balance | 827,079 | 1,347,391 | 1,745,131 | 2,005,084 | 1,487,788 | 1,670,438 | 2,177,983 | 2,434,851 | 1,767,331 | 2,165,430 | 2,586,342 | 2,890,144 | 3,229,068 | 827,079 |
| (+) ProductCo Receipts | 520,312 | 946,118 | 610,684 | 1,029,842 | 660,381 | 1,096,544 | 634,600 | 1,065,432 | 699,231 | 1,004,664 | 671,534 | 927,636 | 704,475 | 10,571,451 |
| (-) ProductCo Disbursements | - | (548,378) | (350,732) | (1,547,138) | (477,732) | (588,999) | (377,732) | (1,732,951) | (301,132) | (583,752) | (367,732) | (588,712) | (1,290,271) | (8,755,258) |
| **Ending ProductCo Cash Balance** | 1,347,391 | 1,745,131 | 2,005,084 | 1,487,788 | 1,670,438 | 2,177,983 | 2,434,851 | 1,767,331 | 2,165,430 | 2,586,342 | 2,890,144 | 3,229,068 | 2,643,272 | 2,643,272 |
| Change in ProductCo Cash from Previous Week | | 397,740 | 259,953 | (517,295) | 182,649 | 507,545 | 256,868 | (667,520) | 398,099 | 420,912 | 303,803 | 338,924 | (585,796) | |
| **Inventory Rollforward** | | | | | | | | | | | | | | |
| Beginning Inventory | 17,847,150 | 17,536,640 | 17,045,041 | 16,727,971 | 16,157,644 | 15,837,799 | 15,267,636 | 14,947,791 | 14,377,628 | 14,057,912 | 13,569,124 | 13,250,132 | 12,761,345 | 17,847,150 |
| (+) Purchases[4] | | | | | | | | | | | | | | |
| (-) Cost of Goods | (310,510) | (491,599) | (317,070) | (570,326) | (319,845) | (570,163) | (319,845) | (570,163) | (319,716) | (488,788) | (318,992) | (488,788) | (318,992) | (5,404,798) |
| = Ending Inventory | 17,536,640 | 17,045,041 | 16,727,971 | 16,157,644 | 15,837,799 | 15,267,636 | 14,947,791 | 14,377,628 | 14,057,912 | 13,569,124 | 13,250,132 | 12,761,345 | 12,442,352 | 12,442,352 |
| **Accounts Receivable Rollforward[5]** | | | | | | | | | | | | | | |
| Beginning AR | 5,157,699 | 5,277,639 | 5,272,688 | 5,315,924 | 5,363,104 | 5,362,426 | 5,337,564 | 5,362,667 | 5,373,918 | 5,334,119 | 5,266,835 | 5,253,225 | 5,262,969 | 5,157,699 |
| (+) Sales (Domestic Commercial, Retail, Government, Intl. Dist.) | 526,218 | 526,218 | 526,218 | 526,218 | 525,877 | 525,877 | 525,877 | 525,877 | 525,877 | 524,370 | 524,370 | 524,370 | 524,370 | 6,831,736 |
| (-) Collections (Domestic Commercial, Retail, Government, Intl. Dist.) | (406,277) | (531,169) | (482,981) | (479,037) | (526,556) | (550,738) | (500,775) | (514,626) | (565,676) | (591,654) | (537,979) | (514,626) | (565,920) | (6,768,016) |
| = Ending AR | 5,277,639 | 5,272,688 | 5,315,924 | 5,363,104 | 5,362,426 | 5,337,564 | 5,362,667 | 5,373,918 | 5,334,119 | 5,266,835 | 5,253,225 | 5,262,969 | 5,221,418 | 5,221,418 |

**Notes**
(1) There is approximately an additional 80,000 GBP outstanding related to VAT that is not currently included.
(2) There are no bankruptcy professional payments in this forecast.
(3) Assumes 8 business days of post-petition payroll paid in Week 2.
(4) These amounts do not include anticipated purchases of inventory.
(5) These amounts do not include sales activity relating to Ecommerce and Amazon.

EXHIBIT "3"

**Fitness Anywhere, LLC (known as "ProductCo") & TRX HoldCo, LLC (known as "HoldCo")**
Debtors Cash Collateral Budget
As of June 8, 2022

| $USD | | Post-Petition | Post-Petition | Post-Petition | Post-Petition | Post-Petition | Post-Petition | Post-Petition | Post-Petition | Post-Petition | Post-Petition | Post-Petition | Post-Petition | Post-Petition | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Week --> | | Week 1 | Week 2 | Week 3 | Week 4 | Week 5 | Week 6 | Week 7 | Week 8 | Week 9 | Week 10 | Week 11 | Week 12 | Week 13 | | Current Rolling |
| From --> | | 6/8/2022 | 6/13/2022 | 6/20/2022 | 6/27/2022 | 7/4/2022 | 7/11/2022 | 7/18/2022 | 7/25/2022 | 8/1/2022 | 8/8/2022 | 8/15/2022 | 8/22/2022 | 8/29/2022 | | 13 Weeks |
| Week-Ending --> | | 6/12/2022 | 6/19/2022 | 6/26/2022 | 7/3/2022 | 7/10/2022 | 7/17/2022 | 7/24/2022 | 7/31/2022 | 8/7/2022 | 8/14/2022 | 8/21/2022 | 8/28/2022 | 9/4/2022 | | |
| **HOLDCO** | | | | | | | | | | | | | | | | |
| **Beginning HoldCo Cash Balance** | $ | 106,113 | $ 146,113 | $ 183,613 | $ 160,663 | $ 193,663 | $ 192,663 | $ 186,663 | $ 163,713 | $ 197,713 | $ 195,713 | $ 189,713 | $ 166,763 | $ 173,263 | $ | 106,113 |
| Education/CORE - ExperienceCo | $ | 40,000 | $ 50,000 | $ 50,000 | $ 50,000 | $ 50,000 | $ 50,000 | $ 50,000 | $ 50,000 | $ 50,000 | $ 50,000 | $ 50,000 | $ 50,000 | $ 50,000 | $ | 640,000 |
| Apple Subscriptions - ExperienceCo | | - | - | - | 40,000 | - | - | - | 40,000 | - | - | - | 40,000 | - | | 120,000 |
| Management Payroll - InterCo Transfer from ProductCo | | - | 60,372 | - | 75,000 | - | 75,000 | - | 75,000 | - | 75,000 | - | 75,000 | - | | 435,372 |
| Other | | - | - | - | - | - | - | - | - | - | - | - | - | - | | - |
| **TOTAL HOLDCO SOURCES** | $ | 40,000 | $ 110,372 | $ 50,000 | $ 165,000 | $ 50,000 | $ 125,000 | $ 50,000 | $ 165,000 | $ 50,000 | $ 125,000 | $ 50,000 | $ 125,000 | $ 90,000 | $ | 1,195,372 |
| Payroll, Payroll Tax & Benefits[3] | $ | - | $ 60,372 | $ - | $ 75,000 | $ - | $ 75,000 | $ - | $ 75,000 | $ - | $ 75,000 | $ - | $ 75,000 | $ - | $ | 435,372 |
| Contractors | | - | - | 13,500 | 13,500 | 13,500 | 13,500 | 13,500 | 13,500 | 13,500 | 13,500 | 13,500 | 13,500 | 13,500 | | 148,500 |
| Key Consultants | | - | 12,500 | - | 12,500 | - | 12,500 | - | 12,500 | - | 12,500 | - | - | - | | 62,500 |
| UK Studio Rent | | - | - | 3,000 | - | - | - | 3,000 | - | - | - | 3,000 | - | - | | 9,000 |
| Marketing | | - | - | 17,500 | 17,500 | 17,500 | 17,500 | 17,500 | 17,500 | 17,500 | 17,500 | 17,500 | 17,500 | 17,500 | | 192,500 |
| Technology | | - | - | - | 1,000 | - | - | - | - | - | 1,000 | - | - | 1,000 | | 3,000 |
| Other Expenses | | - | - | 12,500 | 12,500 | 12,500 | 12,500 | 12,500 | 12,500 | 12,500 | 12,500 | 12,500 | 12,500 | 12,500 | | 137,500 |
| Growth Initiative | | - | - | 26,450 | - | 7,500 | - | - | 26,450 | - | 7,500 | - | 26,450 | - | | 101,850 |
| **TOTAL HOLDCO DISBURSEMENTS** | $ | - | $ 72,872 | $ 72,950 | $ 132,000 | $ 51,000 | $ 131,000 | $ 72,950 | $ 131,000 | $ 52,000 | $ 131,000 | $ 72,950 | $ 118,500 | $ 52,000 | $ | 1,090,222 |
| **HOLDCO - CASH ROLLFORWARD** | | | | | | | | | | | | | | | | |
| Beginning HOLDCO Cash | $ | 106,113 | $ 146,113 | $ 183,613 | $ 160,663 | $ 193,663 | $ 192,663 | $ 186,663 | $ 163,713 | $ 197,713 | $ 195,713 | $ 189,713 | $ 166,763 | $ 173,263 | $ | 106,113 |
| (+) HoldCo Receipts | | 40,000 | 110,372 | 50,000 | 165,000 | 50,000 | 125,000 | 50,000 | 165,000 | 50,000 | 125,000 | 50,000 | 125,000 | 90,000 | | 1,195,372 |
| (-) HoldCo Disbursements | | - | (72,872) | (72,950) | (132,000) | (51,000) | (131,000) | (72,950) | (131,000) | (52,000) | (131,000) | (72,950) | (118,500) | (52,000) | | (1,090,222) |
| **Ending HoldCo Cash Balance** | $ | 146,113 | $ 183,613 | $ 160,663 | $ 193,663 | $ 192,663 | $ 186,663 | $ 163,713 | $ 197,713 | $ 195,713 | $ 189,713 | $ 166,763 | $ 173,263 | $ 211,263 | $ | 211,263 |
| Change in HoldCo Cash from Previous Week | | | $ 37,500 | $ (22,950) | $ 33,000 | $ (1,000) | $ (6,000) | $ (22,950) | $ 34,000 | $ (2,000) | $ (6,000) | $ (22,950) | $ 6,500 | $ 38,000 | | |

**Notes**
(1) There is approximately an additional 80,000 GBP outstanding related to VAT that is not currently included.
(2) There are no bankruptcy professional payments in this forecast.
(3) Assumes 8 business days of post-petition payroll paid in Week 2.
(4) These amounts do not include additional purchases of inventory.
(5) These amounts do not include sales activity relating to Ecommerce and Amazon.

# EXHIBIT "4"

**Fitness Anywhere, LLC (known as "ProductCo") & TRX HoldCo, LLC (known as "HoldCo")**
Debtors Cash Collateral Budget
As of June 8, 2022
*$USD*

| | Week 1 | Week 2 | Week 3 | Week 4 | Week 5 | Week 6 | Week 7 | Week 8 | Week 9 | Week 10 | Week 11 | Week 12 | Week 13 | Current Rolling 13 Weeks |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| *Week -->* | Post-Petition | Post-Petition | Post-Petition | Post-Petition | Post-Petition | Post-Petition | Post-Petition | Post-Petition | Post-Petition | Post-Petition | Post-Petition | Post-Petition | Post-Petition | |
| *From -->* | 6/8/2022 | 6/13/2022 | 6/20/2022 | 6/27/2022 | 7/4/2022 | 7/11/2022 | 7/18/2022 | 7/25/2022 | 8/1/2022 | 8/8/2022 | 8/15/2022 | 8/22/2022 | 8/29/2022 | |
| *Week-Ending -->* | 6/12/2022 | 6/19/2022 | 6/26/2022 | 7/3/2022 | 7/10/2022 | 7/17/2022 | 7/24/2022 | 7/31/2022 | 8/7/2022 | 8/14/2022 | 8/21/2022 | 8/28/2022 | 9/4/2022 | |
| **CONSOLIDATED** | | | | | | | | | | | | | | |
| **Beginning TOTAL Cash Balance** | 933,192 | 1,493,504 | 1,928,744 | 2,165,747 | 1,681,452 | 1,863,101 | 2,364,646 | 2,598,564 | 1,965,044 | 2,361,143 | 2,776,055 | 3,056,908 | 3,402,331 | 933,192 |
| Ecommerce NA & UK - ProductCo | 89,045 | 102,714 | 102,714 | 108,835 | - | 108,835 | 108,835 | 108,835 | 108,566 | 108,566 | 108,566 | 108,566 | 108,566 | 1,381,477 |
| Amazon FBA International - ProductCo | 24,989 | - | - | 24,989 | - | 24,989 | - | - | 24,989 | - | 24,989 | - | 24,989 | 174,925 |
| Amazon FBA NA - ProductCo | - | - | 312,235 | - | 436,970 | - | 436,970 | - | - | 304,444 | - | 304,444 | - | 2,232,033 |
| Transfers from Non-Debtor Affiliate (Japan) | - | - | - | 5,000 | - | - | 5,000 | - | - | - | - | - | 5,000 | 15,000 |
| Accounts Receivables Collections - ProductCo | 406,277 | 531,169 | 482,981 | 479,037 | 526,556 | 550,738 | 500,775 | 514,626 | 565,676 | 591,654 | 537,979 | 514,626 | 565,920 | 6,768,016 |
| Education/CORE - ExperienceCo | 40,000 | 50,000 | 50,000 | 50,000 | 50,000 | 50,000 | 50,000 | 50,000 | 50,000 | 50,000 | 50,000 | 50,000 | 50,000 | 640,000 |
| Apple Subscriptions - ExperienceCo | - | - | - | 40,000 | - | - | - | 40,000 | - | - | - | 40,000 | - | 120,000 |
| Management Payroll - InterCo Transfer from ProductCo | - | 60,372 | - | 75,000 | - | 75,000 | - | 75,000 | - | 75,000 | - | 75,000 | - | |
| Other - HoldCo | - | - | - | - | - | - | - | - | - | - | - | - | - | |
| **TOTAL SOURCES** | 560,312 | 1,056,490 | 660,684 | 1,194,842 | 710,381 | 1,221,544 | 684,600 | 1,230,432 | 749,231 | 1,129,664 | 721,534 | 1,052,636 | 794,475 | 11,331,451 |
| Payroll, Payroll Tax & Benefits[1] | - | 304,646 | - | 317,267 | - | 317,267 | - | 306,981 | - | 306,981 | - | 306,981 | - | 1,860,122 |
| Commission | - | - | 30,000 | - | - | - | - | 30,000 | - | - | - | - | - | 60,000 |
| Contractors | - | 20,000 | 33,500 | 133,000 | 60,500 | 64,500 | 60,500 | 133,000 | 60,500 | 64,500 | 60,500 | 64,500 | 129,000 | 884,000 |
| Key Consultants | - | 12,500 | - | 21,389 | - | 12,500 | - | 21,389 | - | 12,500 | - | - | 8,889 | 89,167 |
| Rent | - | - | 3,000 | 47,500 | - | - | 3,000 | 47,500 | - | 3,000 | - | - | 47,500 | 151,500 |
| Marketing | - | - | 17,500 | 741,500 | 17,500 | 17,500 | 17,500 | 787,000 | 22,000 | 17,500 | 17,500 | 17,500 | 741,500 | 2,414,500 |
| Insurance | - | - | 80,000 | - | - | - | 80,000 | - | - | - | 80,000 | - | - | 240,000 |
| Logistics | - | 128,982 | 128,982 | 128,982 | 128,982 | 128,982 | 128,982 | 128,982 | 128,982 | 128,982 | 128,982 | 128,982 | 128,982 | 1,547,779 |
| Non-BK Professionals | - | - | - | 60,850 | - | - | - | 120,350 | - | - | - | - | 52,000 | 233,200 |
| Technology | - | - | - | 11,400 | 90,000 | - | - | 1,500 | 9,900 | 5,040 | - | - | 11,400 | 129,240 |
| Utilities | - | 3,000 | - | 3,000 | - | - | 3,000 | - | 20,000 | - | 3,000 | - | 3,000 | 12,000 |
| Transfers to Non-Debtor Accounts[2] | - | 20,000 | - | 20,000 | - | 20,000 | - | 20,000 | - | 20,000 | - | - | 20,000 | 120,000 |
| Sales Tax | - | - | - | 100,000 | - | - | 100,000 | - | - | - | 100,000 | - | - | 300,000 |
| Other Expenses, Vendors | - | 75,000 | 75,000 | 80,000 | 75,000 | 75,000 | 75,000 | 80,000 | 75,000 | 75,000 | 75,000 | 75,000 | 80,000 | 915,000 |
| Growth Initiative | - | - | 26,450 | - | 7,500 | - | 26,450 | - | 7,500 | - | 26,450 | - | 7,500 | 101,850 |
| Miscellaneous, Other | - | - | 12,500 | 12,500 | 12,500 | 12,500 | 12,500 | 12,500 | 12,500 | 12,500 | 12,500 | 12,500 | 12,500 | 137,500 |
| Management Payroll - InterCo Transfer to HoldCo | - | 60,372 | - | 75,000 | - | 75,000 | - | 75,000 | - | 75,000 | - | 75,000 | - | 435,372 |
| Foreign Key Vendors | - | 16,750 | 26,750 | 16,750 | 16,750 | 16,750 | 26,750 | 16,750 | 16,750 | 16,750 | 16,750 | 26,750 | - | 214,250 |
| BK Professionals[3] | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| US Trustee Fees | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **TOTAL DISBURSEMENTS** | - | 621,249 | 423,682 | 1,679,138 | 528,732 | 719,999 | 450,682 | 1,863,951 | 353,132 | 714,752 | 440,682 | 707,212 | 1,342,271 | 9,845,480 |
| *Net Cash* | 560,312 | 435,240 | 237,003 | (484,295) | 181,649 | 501,545 | 233,918 | (633,520) | 396,099 | 414,912 | 280,853 | 345,424 | (547,796) | 1,485,971 |
| **TOTAL - CASH ROLLFORWARD** | | | | | | | | | | | | | | |
| Beginning TOTAL Cash Balance | 933,192 | 1,493,504 | 1,928,744 | 2,165,747 | 1,681,452 | 1,863,101 | 2,364,646 | 2,598,564 | 1,965,044 | 2,361,143 | 2,776,055 | 3,056,908 | 3,402,331 | 933,192 |
| (+) Total Receipts | 560,312 | 1,056,490 | 660,684 | 1,194,842 | 710,381 | 1,221,544 | 684,600 | 1,230,432 | 749,231 | 1,129,664 | 721,534 | 1,052,636 | 794,475 | 11,766,823 |
| (-) Total Disbursements | 560,312 | (621,249) | (423,682) | (1,679,138) | (528,732) | (719,999) | (450,682) | (1,863,951) | (353,132) | (714,752) | (440,682) | (707,212) | (1,342,271) | (9,845,480) |
| **Ending TOTAL Cash Balance** | 1,493,504 | 1,928,744 | 2,165,747 | 1,681,452 | 1,863,101 | 2,364,646 | 2,598,564 | 1,965,044 | 2,361,143 | 2,776,055 | 3,056,908 | 3,402,331 | 2,854,536 | 2,854,536 |

**Notes**

(1) Assumes 8 business days of post-petition payroll paid in Week 2.
(2) There is approximately an estimated 80,000 GBP outstanding related to VAT that is not currently included.
(3) There are no bankruptcy professional payments in this forecast.
This forecast does not include additional purchases of inventory.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
2818 La Cienega Avenue, Los Angeles, CA 90034

A true and correct copy of the foregoing document entitled (*specify*): **DECLARATION OF JAMES S. FELTMAN IN SUPPORT OF DEBTORS' EMERGENCY MOTION FOR ENTRY OF AN INTERIM ORDER: (I) AUTHORIZING THE DEBTORS TO UTILIZE CASH COLLATERAL PURSUANT TO 11 U.S.C. §§ 361, 362 AND 363; (II) GRANTING ADEQUATE PROTECTION; (III) SCHEDULING A FINAL HEARING PURSUANT TO BANKRUPTCY RULE 4001(b); AND (IV) GRANTING RELATED RELIEF** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) ***June 8, 2022***, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Ron Bender    rb@lnbyb.com**
- **Michael J Hauser    michael.hauser@usdoj.gov**
- **Marsha A Houston    mhouston@reedsmith.com, hvalencia@reedsmith.com**
- **Christopher O Rivas    crivas@reedsmith.com, chris-rivas-8658@ecf.pacerpro.com**
- **Lindsey L Smith    lls@lnbyg.com, lls@ecf.inforuptcy.com**
- **United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov**

**2.  SERVED BY UNITED STATES MAIL**: On (*date*) ***June 8, 2022***, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) ***June 8, 2022***, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**SERVED BY PERSONAL DELIVERY**
Honorable Scott C. Clarkson
U.S. Bankruptcy Court, Ronald Reagan Federal Building
411 West Fourth Street
Suite 5130
Santa Ana, CA 92701-4593

☐ Service information **BY OVERNIGHT MAIL** continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| June 8, 2022 | Lourdes Cruz | /s/ Lourdes Cruz |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*

**F 9013-3.1.PROOF.SERVICE**