RON BENDER (SBN 143364)
KRIKOR J. MESHEFEJIAN (SBN 255030)
LINDSEY L. SMITH (SBN 265401)
LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.
2818 La Cienega Avenue
Los Angeles, California 90034
Telephone: (310) 229-1234; Facsimile: (310) 229-1244
Email: RB@LNBYG.COM; KJM@LNBYG.COM; LLS@LNBYG.COM

Proposed Attorneys for Chapter 11 Debtors
and Debtors in Possession

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
## SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>TRX HOLDCO, LLC, a Delaware limited liability company,<br><br>       Debtor and Debtor in Possession.<br>_____<br>In re:<br><br>FITNESS ANYWHERE LLC, a Delaware limited liability company, dba TRX and TRX Training,<br><br>       Debtor and Debtor in Possession.<br>_____<br><br>☒ Affects both Debtors<br><br>☐ Affects TRX Holdco, LLC only<br><br>☐ Affects Fitness Anywhere, LLC only | Lead Case No.: 8:22-bk-10948-SC<br><br>Jointly administered with:<br>8:22-bk-10949-SC<br><br>Chapter 11 Cases<br><br>**DECLARATION OF KRIKOR J. MESHEFEJIAN IN SUPPORT OF DEBTORS' EMERGENCY MOTION FOR ENTRY OF AN INTERIM ORDER: (I) AUTHORIZING THE DEBTORS TO UTILIZE CASH COLLATERAL PURSUANT TO 11 U.S.C. §§ 361, 362 AND 363; (II) GRANTING ADEQUATE PROTECTION; (III) SCHEDULING A FINAL HEARING PURSUANT TO BANKRUPTCY RULE 4001(b); AND (IV) GRANTING RELATED RELIEF**<br><br>DATE:    June 10, 2022<br>TIME:    10:00 a.m.<br>PLACE:  *Via ZoomGov<br>          Courtroom 5C<br>          411 West Fourth Street<br>          Santa Ana, CA 92701 |

I, Krikor J. Meshefejian, Esq., hereby declare as follows:

1.      I am over 18 years of age.  I have personal knowledge of the facts set forth below and, if called to testify, would and could competently testify thereto.

2.      I am a partner of the law firm of Levene, Neale, Bender, Yoo & Golubchik L.L.P ("LNBYG"), proposed bankruptcy counsel to TRX Holdco, LLC ("Hold Co") and Fitness Anywhere LLC ("Product Co" and together with Hold Co, the "Debtors").  I am licensed to practice law in the State of California and before this Court.

3.      I make this Declaration in support of the Debtors' *Emergency Motion For Entry Of An Interim Order: (I) Authorizing The Debtors To Utilize Cash Collateral Pursuant To 11 U.S.C. §§ 361, 362, 363; (II) Granting Adequate Protection Pursuant To 11 U.S.C. §§ 361, 362, 363; (III) Scheduling A Final Hearing Pursuant To Bankruptcy Rules 4001(b) And 400(c); And (IV) Granting Related Relief*" (the "Cash Collateral Motion").

4.      On June 2, 2022, I commissioned UCC Search Reports (each, a "UCC Report", together, the "UCC Reports") conducted by CLAS Information Services, which is a firm that specializes in, among other things, UCC searches, for both of the Debtors, in Delaware (the state the Debtors were formed) and California.  The UCC Reports attached to this Declaration include UCC searches of the Delaware Secretary of State's Office and the California Secretary of State's Office.

5.      A copy of the UCC Report for Product Co in Delaware is attached as Exhibit A.

6.      A copy of the UCC Report for Hold Co in Delaware is attached as Exhibit B.

7.      A copy of the UCC Report for Product Co in California is attached as Exhibit C.

8.      A copy of the UCC Report for Hold Co in California is attached as Exhibit D.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed this 8th day of June, 2022, at Los Angeles, California.


       */s/ Krikor J. Meshefejian*

        KRIKOR J. MESHEFEJIAN

# EXHIBIT "A"

# Delaware

*Page 1*

## The First State

CERTIFICATE

SEARCHED JUNE 2, 2022 AT 2:57 P.M.
FOR DEBTOR, FITNESS ANYWHERE LLC

1 OF 2            FINANCING STATEMENT            20173153753

EXPIRATION DATE: 05/12/2022
DEBTOR:      FITNESS ANYWHERE LLC

            1660 PACIFIC AVENUE                  ADDED    05-12-17

            SAN FRANCISCO, CA US 94109

SECURED:     CASTANEA PARTNERS FUND III, L.P., AS COLLATERAL AGENT

            3 NEWTON EXECUTIVE PARK, SUITE 304    ADDED    05-12-17

            NEWTON, MA US 02462


F I L I N G   H I S T O R Y

20173153753    FILED 05-12-17    AT 3:55 P.M.    FINANCING STATEMENT

20188983096    FILED 12-26-18    AT 3:34 P.M.    TERMINATION


2 OF 2            FINANCING STATEMENT            20188982163

EXPIRATION DATE: 12/26/2023
DEBTOR:      FITNESS ANYWHERE LLC

            1660 PACIFIC AVENUE                  ADDED    12-26-18



Jeffrey W. Bullock, Secretary of State

# Delaware

*Page 2*

### The First State

SAN FRANCISCO, CA US 94109-2518            REMOVED 05-17-21

DEBTOR:      FITNESS ANYWHERE LLC

1660 PACIFIC AVENUE                     ADDED    05-17-21

SAN FRANCISCO, CA US 94109-2518

SECURED:     WOODFOREST NATIONAL BANK

865 S. FIGUEROA STREET, SUITE 3300    ADDED    12-26-18

LOS ANGELES, CA US 90017


### F I L I N G   H I S T O R Y

20188982163    FILED 12-26-18    AT 3:02 P.M.    FINANCING STATEMENT

20213840783    FILED 05-17-21    AT 4:58 P.M.    AMENDMENT


### E N D   O F   F I L I N G   H I S T O R Y

THE UNDERSIGNED FILING OFFICER HEREBY CERTIFIES THAT THE ABOVE
LISTING IS A RECORD OF ALL PRESENTLY EFFECTIVE FINANCING STATEMENTS,
LAPSED FINANCING STATEMENTS, FEDERAL TAX LIENS AND UTILITY SECURITY
INSTRUMENTS FILED IN THIS OFFICE WHICH NAME THE ABOVE DEBTOR, FITNESS
ANYWHERE LLC AS OF MAY 25, 2022 AT 11:59 P.M.



Jeffrey W. Bullock, Secretary of State

## UCC FINANCING STATEMENT

FOLLOW INSTRUCTIONS

| | |
|---|---|
| A. NAME & PHONE OF CONTACT AT FILER (optional) | |
| B. E-MAIL CONTACT AT FILER (optional) | |
| C. SEND ACKNOWLEDGMENT TO: (Name and Address) | |

> COGENCY GLOBAL INC.
> 600 SOUTH 2ND STREET, SUITE 404
> SPRINGFIELD, IL 62704

**Delaware Department of State**
**U.C.C. Filing Section**
**Filed: 03:02 PM 12/26/2018**
**U.C.C. Initial Filing No: 2018 8982163**

Service Request No: 20188357225

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S NAME: Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 1a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| Fitness Anywhere LLC | | | |
| OR 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |

| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 1660 Pacific Avenue | San Francisco | CA | 94109-2518 | USA |

2. DEBTOR'S NAME: Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Individual Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 2a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| OR 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |

| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|

3. SECURED PARTY'S NAME (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY): Provide only one Secured Party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| Woodforest National Bank | | | |
| OR 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |

| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 865 S. Figueroa Street, Suite 3300 | Los Angeles | CA | 90017 | USA |

4. COLLATERAL: This financing statement covers the following collateral:
All assets and all personal property of Debtor, whether now owned or existing or hereafter acquired or coming into existence, including any and all proceeds and products of the foregoing.

| 5. Check only if applicable and check only one box: Collateral is ☐ held in a Trust (see UCC1Ad, item 17 and Instructions) | ☐ being administered by a Decedent's Personal Representative |
|---|---|

| 6a. Check only if applicable and check only one box: | | 6b. Check only if applicable and check only one box: |
|---|---|---|
| ☐ Public-Finance Transaction | ☐ Manufactured-Home Transaction | ☐ A Debtor is a Transmitting Utility | ☐ Agricultural Lien | ☐ Non-UCC Filing |

7. ALTERNATIVE DESIGNATION (if applicable): ☐ Lessee/Lessor ☐ Consignee/Consignor ☐ Seller/Buyer ☐ Bailee/Bailor ☐ Licensee/Licensor

8. OPTIONAL FILER REFERENCE DATA:
Secretary of State: Delaware    [389055-00018]

UCC FINANCING STATEMENT (Form UCC1) (Rev. 04/20/11)

## UCC FINANCING STATEMENT AMENDMENT

FOLLOW INSTRUCTIONS

| A. NAME & PHONE OF CONTACT AT FILER (optional) |
|---|
| LIEN SOLUTIONS 800-331-3282 |

| B. E-MAIL CONTACT AT FILER (optional) |
|---|
| UCCFILINGRETURN@WOLTERSKLUWER.COM |

C. SEND ACKNOWLEDGMENT TO:  (Name and Address)

P.O. BOX 29071

GLENDALE, CA 91209-9071

US

**Delaware Department of State**
**U.C.C. Filing Section**
**Filed: 04:58 PM 05/17/2021**
**U.C.C. Initial Filing No: 2018 8982163**
**Amendment No: 2021 3840783**
**Service Request No:  20211836596**

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

| 1a. INITIAL FINANCING STATEMENT FILE NUMBER | 1b. ☐ This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS |
|---|---|
| 20188982163 | Filer: attach Amendment Addendum (Form UCC3Ad) and provide Debtor's name in item 13 |

2. ☐ **TERMINATION:** Effectiveness of the Financing Statement identified above is terminated with respect to the security interest(s) of Secured Party authorizing this Termination Statement

3. ☐ **ASSIGNMENT** (full or partial):  Provide name of Assignee in item 7a or 7b, and address of Assignee in item 7c and name of Assignor in item 9
For partial assignment, complete items 7 and 9 and also indicate affected collateral in item 8

4. ☐ **CONTINUATION:** Effectiveness of the Financing Statement identified above with respect to the security interest(s) of Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law

5. ☑ **PARTY INFORMATION CHANGE:**

Check one of these two boxes:             **AND** Check one of these three boxes to:

This Change affects ☑ Debtor or ☐ Secured Party of record     ☑ CHANGE name and/or address: Complete item 6a or 6b, and item 7a or 7b and item 7c    ☐ ADD name: Complete item 7a or 7b, and item 7c    ☐ DELETE name: Give record name to be deleted in item 6a or 6b

6. **CURRENT RECORD INFORMATION:**  Complete for Party Information Change - provide only one name (6a or 6b)

| 6a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| FITNESS ANYWHERE LLC | | | |
| 6b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |

7. **CHANGED OR ADDED INFORMATION:** Complete for Assignment or Party Information Change - provide only one name (7a or 7b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name)

| 7a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| FITNESS ANYWHERE LLC | | | |
| 7b. INDIVIDUAL'S SURNAME | | | |
| INDIVIDUAL'S FIRST PERSONAL NAME | | | |
| INDIVIDUAL'S ADDITIONAL NAME(S)/INITIAL(S) | | | SUFFIX |

| 7c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 1660 PACIFIC AVENUE | SAN FRANCISCO | CA | 94109-2518 | US |

8. ☐ **COLLATERAL CHANGE:** Also check one of these four boxes:   ☐ ADD collateral    ☐ DELETE collateral    ☐ RESTATE covered collateral    ☐ ASSIGN collateral

Indicate collateral:

9. **NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT:** Provide only one name (9a or 9b) (name of Assignor, if this is an Assignment)

If this is an Amendment authorized by a **DEBTOR**, check here ☐ and provide name of authorizing Debtor

| 9a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| WOODFOREST NATIONAL BANK | | | |
| 9b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |

10. OPTIONAL FILER REFERENCE DATA:
DE-0-80532125-61351586- DEBTOR: FITNESS ANYWHERE L

International Association of Commercial Administrator

FILING OFFICE COPY — UCC FINANCING STATEMENT AMENDMENT (Form UCC3) (Rev. 04/20/11)

# EXHIBIT "B"

# Delaware

*Page 1*

### The First State

*CERTIFICATE*

*SEARCHED JUNE 2, 2022 AT 2:57 P.M.*
*FOR DEBTOR, TRX HOLDCO, LLC*

*1 OF 1         FINANCING STATEMENT                 20212186741*

*EXPIRATION DATE: 03/19/2026*
*DEBTOR:       TRX HOLDCO, LLC*

*1660 PACIFIC AVENUE                    ADDED     03-19-21*

*SAN FRANCISCO, CA US 94109-2518*

*SECURED:      WOODFOREST NATIONAL BANK*

*865 SOUTH FIGUEROA STREET, SUITE 3300  ADDED     03-19-21*

*LOS ANGELES, CA US 90017*


*F I L I N G   H I S T O R Y*

*20212186741     FILED 03-19-21    AT 11:32 A.M.   FINANCING STATEMENT*


*E N D   O F   F I L I N G   H I S T O R Y*

*THE UNDERSIGNED FILING OFFICER HEREBY CERTIFIES THAT THE ABOVE*
*LISTING IS A RECORD OF ALL PRESENTLY EFFECTIVE FINANCING STATEMENTS,*
*LAPSED FINANCING STATEMENTS, FEDERAL TAX LIENS AND UTILITY SECURITY*
*INSTRUMENTS FILED IN THIS OFFICE WHICH NAME THE ABOVE DEBTOR, TRX*
*HOLDCO, LLC AS OF MAY 25, 2022 AT 11:59 P.M.*



Jeffrey W. Bullock, Secretary of State

20234732910-UCC11                                          Authentication: 203580866
SR# 20222602969                                            Date: 06-02-22

You may verify this certificate online at corp.delaware.gov/authver.shtml

## UCC FINANCING STATEMENT

FOLLOW INSTRUCTIONS

| A. NAME & PHONE OF CONTACT AT FILER (optional) |
|---|

| B. E-MAIL CONTACT AT FILER (optional) |
|---|

| C. SEND ACKNOWLEDGMENT TO:   (Name and Address) |
|---|

Delaware Department of State
U.C.C. Filing Section
Filed: 11:32 AM 03/19/2021
U.C.C. Initial Filing No: 2021 2186741

Service Request No:   20210970214

**THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY**

1. DEBTOR'S NAME: Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 1a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| **TRX HOLDCO, LLC** | | | |
| 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| | | | |

| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| **1660 Pacific Avenue** | **San Francisco** | **CA** | **94109-2518** | **USA** |

2. DEBTOR'S NAME: Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 2a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| | | | |
| 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| | | | |

| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | |

3. SECURED PARTY'S NAME (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY): Provide only one Secured Party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| **Woodforest National Bank** | | | |
| 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| | | | |

| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| **865 South Figueroa Street, Suite 3300** | **Los Angeles** | **CA** | **90017** | **USA** |

4. COLLATERAL: This financing statement covers the following collateral:

**All assets and all personal property of Debtor, whether now owned or existing or hereafter acquired or coming into existence, including any and all proceeds and products of the foregoing.**

5. Check only if applicable and check only one box: Collateral is ☐ held in a Trust (see UCC1Ad, item 17 and Instructions)    ☐ being administered by a Decedent's Personal Representative

6a. Check only if applicable and check only one box:
☐ Public-Finance Transaction    ☐ Manufactured-Home Transaction    ☐ A Debtor is a Transmitting Utility

6b. Check only if applicable and check only one box:
☐ Agricultural Lien    ☐ Non-UCC Filing

7. ALTERNATIVE DESIGNATION (if applicable): ☐ Lessee/Lessor    ☐ Consignee/Consignor    ☐ Seller/Buyer    ☐ Bailee/Bailor    ☐ Licensee/Licensor

8. OPTIONAL FILER REFERENCE DATA:
**Secretary of State: Delaware    [389055-00018]**

FILING OFFICE COPY — UCC FINANCING STATEMENT (Form UCC1) (Rev. 04/20/11)    International Association of Commercial Administrators (IACA)

# EXHIBIT "C"



**STATE OF CALIFORNIA**
*Office of the Secretary of State*
**INFORMATION REQUEST (UCC 11)**
California Secretary of State
1500 11th Street
Sacramento, California 95814
(916) 653-3516

U220199176940

| For Office Use Only |
| --- |
| **-FILED-** |
| File No.: U220199176940 |
| Date Filed: 6/2/2022 |

| Requester Information: | |
| --- | --- |
| Contact Name | |
| Organization Name | CLAS INFORMATION SERVICES |
| Phone Number | |
| Email Address | |
| Address | 2020 HURLEY WAY
SACRAMENTO, CA 95825 |

| Search Information: | |
| --- | --- |
| Request Type | Search request only |
| Search Type: | Debtor Search |
| Individual or Organization: | Organization |
| Organization name: | FITNESS ANYWHERE LLC |
| City: | |
| State: | |
| Start Date: | |
| Include lapsed filings on search response: | Yes |

B0793-2441 06/02/2022 4:26 PM Received by California Secretary of State



# Secretary of State

**Business Programs Division**

1500 11th Street,  Sacramento, CA 95814

---

CLAS INFORMATION SERVICES
2020 HURLEY WAY
SACRAMENTO, CA  95825

Request Date:                06/02/2022 4:26 PM
Information
Request No.:                 U220199176940
Certification No.:              018012015

## LIEN SEARCH CERTIFICATE

The search results herein reflect only the specific information requested.  The results of this Debtor search will not reflect variances of this name.  If the Debtor is known under other personal names, trade names, business entities, or addresses, separate searches of these names will have to be requested and conducted.  The Secretary of State, his officers and agents disclaim any and all liability for claims resulting from other filings on which the name of the Debtor can be found in any other form than which was requested.

## Search Criteria:

Debtor Organization: FITNESS ANYWHERE LLC
Request Type:  Lien Information Request (UCC 11)
All Records On File (Lapsed and Unlapsed), List Only

---

Lien Listing

---

**Lien File No.: 187689155848**            **Filed: 12/26/2018 02:27 PM**            **Lapse: 12/26/2023 11:59 PM**
Lien Type:        Financing Statement

Debtor(s):          FITNESS ANYWHERE, INC., 1660 PACIFIC AVENUE, SAN FRANCISCO, CA  94109

Secured Party(s):  WOODFOREST NATIONAL BANK, 865 S. FIGUEROA STREET, SUITE 3300, LOS ANGELES,
                   CA  90017

Certification No.:  018012015
Page Count:  2

I, Shirley N. Weber, Ph.D., Secretary of State, do hereby certify that the above listing is a record of all presently active financing statements, tax liens, attachment liens and judgment liens, including any change documents relating to them, which name the referenced debtor, subject to any above-stated search qualifiers and are on file in my office as of **05/30/2022 11:59 PM**.



**IN WITNESS WHEREOF**, I execute this certificate and affix the Great Seal of the State of California on June 2, 2022.

**Secretary of State**

## UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS

**18-7689155848**

**12/26/2018 14:27**

**FILED**
CALIFORNIA
SECRETARY OF STATE
SOS

75691520003    UCC 1 FILING

A. NAME & PHONE OF CONTACT AT FILER (optional)

B. E-MAIL CONTACT AT FILER (optional)

C. SEND ACKNOWLEDGMENT TO: (Name and Address)

**COGENCY GLOBAL INC**
1325 J Street, Suite 1550    404
Sacramento, CA 95814
P6-75981393 BID30495

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S NAME: Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| | | | | | | |
|---|---|---|---|---|---|---|
| 1a. ORGANIZATION'S NAME | | | | | | |
| FITNESS ANYWHERE, INC. | | | | | | |

OR

| 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|
| | | | |

| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 1660 Pacific Avenue | San Francisco | CA | 94109 | USA |

2. DEBTOR'S NAME: Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 2a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| | | | |

OR

| 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|
| | | | |

| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | |

3. SECURED PARTY'S NAME (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY): Provide only one Secured Party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| Woodforest National Bank | | | |

OR

| 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|
| | | | |

| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 865 S. Figueroa Street, Suite 3300 | Los Angeles | CA | 90017 | USA |

4. COLLATERAL: This financing statement covers the following collateral:
Please refer to Exhibit A attached hereto and by this reference made a part hereof.

5. Check only if applicable and check only one box: Collateral is ☐ held in a Trust (see UCC1Ad, item 17 and Instructions) ☐ being administered by a Decedent's Personal Representative

6a. Check only if applicable and check only one box:
☐ Public-Finance Transaction ☐ Manufactured-Home Transaction ☐ A Debtor is a Transmitting Utility

6b. Check only if applicable and check only one box:
☐ Agricultural Lien ☐ Non-UCC Filing

7. ALTERNATIVE DESIGNATION (if applicable): ☐ Lessee/Lessor ☐ Consignee/Consignor ☐ Seller/Buyer ☐ Bailee/Bailor ☐ Licensee/Licensor

8. OPTIONAL FILER REFERENCE DATA:
Secretary of State: California    [389055-00018]

UCC FINANCING STATEMENT (Form UCC1) (Rev. 04/20/11)

## Exhibit A

**DEBTOR:**                                             FITNESS ANYWHERE, INC.

**SECURED PARTY**:                                  WOODFOREST NATIONAL BANK

### Collateral Description:

"Collateral" means all of the Debtor's right, title and interest in and to the following, whether now owned or hereafter acquired, whether now or hereafter existing and wherever located:

(a)      all membership interests, units, equity interests or other interests in FITNESS ANYWHERE LLC, a Delaware limited liability company, (the "Borrower") owned by the Debtor or in which the Debtor has an interest from time to time, together with the certificates (if any) evidencing the same, and all interests and rights to payment arising from a division, split-up, revision, reclassification or other like change with respect to or relating to such equity interests, or otherwise received in exchange therefor or in addition thereto (the "Pledged Interests");

(b)      all rights to vote or participate in the management of the Borrower and to receive information concerning the business and affairs of the Borrower; all preferences and privileges with respect thereto, all distributions (including any redemption payments or liquidation payments), dividends, returns of capital, profits, cash, instruments and other property from time to time received, receivable or otherwise distributed in respect of or in exchange for any or all of the Pledged Interests and any warrants, rights or options issued to the holders of, or otherwise in respect of, the Pledged Interests;

(c)      all rights of the Debtor under the Borrower's Fifth Amended and Restated Limited Liability Company Agreement (as it may hereafter be further amended, restated, supplemented or otherwise modified from time to time, the "Borrower Operating Agreement") and all other organizational or governing documents of the Borrower (as any of the same may be amended, restated, replaced, supplemented or otherwise modified from time to time, the "Relevant Documents"), or any other agreement or instrument relating to the Pledged Interests, including, without limitation, (i) all rights of the Debtor to receive proceeds of any insurance, indemnity, warranty or guaranty with respect to the Pledged Interests, (ii) all claims of the Debtor for damages arising out of or for breach of or default under the Relevant Documents and (iii) any right of the Debtor to perform thereunder and to compel performance and otherwise exercise all rights and remedies thereunder; and

(d)      any and all proceeds and products of the foregoing, including, without limitation, all money, accounts, general intangibles, deposit accounts, documents, instruments, letter-of-credit rights, investment property, chattel paper, goods, insurance proceeds and any other tangible or intangible property received upon the sale or disposition of any of the foregoing and, to the extent not otherwise included, all books, records, correspondence, credit files, invoices and other papers with respect to the foregoing Collateral.

EXHIBIT "D"

 
U220199177134



**STATE OF CALIFORNIA**
*Office of the Secretary of State*
**INFORMATION REQUEST (UCC 11)**
California Secretary of State
1500 11th Street
Sacramento, California 95814
(916) 653-3516

For Office Use Only

**-FILED-**

File No.: U220199177134

Date Filed: 6/2/2022

---

Requester Information:

| | |
|---|---|
| Contact Name | |
| Organization Name | CLAS INFORMATION SERVICES |
| Phone Number | |
| Email Address | |
| Address | 2020 HURLEY WAY<br>SACRAMENTO, CA 95825 |

Search Information:

| | |
|---|---|
| Request Type | Search request only |
| Search Type: | Debtor Search |
| Individual or Organization: | Organization |
| Organization name: | TRX HOLDCO, LLC |
| City: | |
| State: | |
| Start Date: | |
| Include lapsed filings on search response: | Yes |

B0793-2459 06/02/2022 4:27 PM Received by California Secretary of State



# Secretary of State

Business Programs Division
1500 11th Street,  Sacramento, CA 95814

---

CLAS INFORMATION SERVICES
2020 HURLEY WAY
SACRAMENTO, CA  95825

| | |
|---|---|
| Request Date: | 06/02/2022 4:27 PM |
| Information | |
| Request No.: | U220199177134 |
| Certification No.: | 018012520 |

## LIEN SEARCH CERTIFICATE

The search results herein reflect only the specific information requested.  The results of this Debtor search will not
reflect variances of this name.  If the Debtor is known under other personal names, trade names, business entities,
or addresses, separate searches of these names will have to be requested and conducted.  The Secretary of State,
his officers and agents disclaim any and all liability for claims resulting from other filings on which the name of the
Debtor can be found in any other form than which was requested.

## Search Criteria:

Debtor Organization: TRX HOLDCO, LLC
Request Type:  Lien Information Request (UCC 11)
All Records On File (Lapsed and Unlapsed), List Only

---

Lien Listing

No UCC Documents were found matching the criteria provided.

Certification No.:  018012520

Page Count:  2

I, Shirley N. Weber, Ph.D., Secretary of State, do hereby certify that the above listing is a record of all presently active financing statements, tax liens, attachment liens and judgment liens, including any change documents relating to them, which name the referenced debtor, subject to any above-stated search qualifiers and are on file in my office as of 05/30/2022 11:59 PM.



IN WITNESS WHEREOF, I execute this certificate and affix the Great Seal of the State of California on June 2, 2022.

Secretary of State

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
2818 La Cienega Avenue, Los Angeles, CA 90034

A true and correct copy of the foregoing document entitled (*specify*): **DECLARATION OF KRIKOR J. MESHEFEJIAN IN SUPPORT OF DEBTORS' EMERGENCY MOTION FOR ENTRY OF AN INTERIM ORDER: (I) AUTHORIZING THE DEBTORS TO UTILIZE CASH COLLATERAL PURSUANT TO 11 U.S.C. §§ 361, 362 AND 363; (II) GRANTING ADEQUATE PROTECTION; (III) SCHEDULING A FINAL HEARING PURSUANT TO BANKRUPTCY RULE 4001(b); AND (IV) GRANTING RELATED RELIEF** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) ***June 8, 2022***, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Ron Bender    rb@lnbyb.com**
- **Michael J Hauser    michael.hauser@usdoj.gov**
- **Marsha A Houston    mhouston@reedsmith.com, hvalencia@reedsmith.com**
- **Christopher O Rivas    crivas@reedsmith.com, chris-rivas-8658@ecf.pacerpro.com**
- **Lindsey L Smith    lls@lnbyg.com, lls@ecf.inforuptcy.com**
- **United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov**

**2.  SERVED BY UNITED STATES MAIL**: On (*date*) ***June 8, 2022***, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) ***June 8, 2022***, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**SERVED BY PERSONAL DELIVERY**
Honorable Scott C. Clarkson
U.S. Bankruptcy Court, Ronald Reagan Federal Building
411 West Fourth Street
Suite 5130
Santa Ana, CA 92701-4593

☐ Service information **BY OVERNIGHT MAIL** continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| June 8, 2022 | Lourdes Cruz | /s/ Lourdes Cruz |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**F 9013-3.1.PROOF.SERVICE**