RON BENDER (SBN 143364)
KRIKOR J. MESHEFEJIAN (SBN 255030)
LINDSEY L. SMITH (SBN 265401)
LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.
2818 La Cienega Avenue
Los Angeles, California 90034
Telephone: (310) 229-1234; Facsimile: (310) 229-1244
Email: RB@LNBYG.COM; KJM@LNBYG.COM; LLS@LNBYG.COM

Proposed Attorneys for Chapter 11 Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
SANTA ANA DIVISION**

| | |
|---|---|
| In re:<br><br>TRX HOLDCO, LLC, a Delaware limited liability company,<br><br>       Debtor and Debtor in Possession.<br>_____<br>In re:<br><br>FITNESS ANYWHERE LLC, a Delaware limited liability company, dba TRX and TRX Training,<br><br>       Debtor and Debtor in Possession.<br>_____<br><br>☒ Affects both Debtors<br><br>☐ Affects TRX Holdco, LLC only<br><br>☐ Affects Fitness Anywhere, LLC only | Lead Case No.: 8:22-bk-10948-SC<br><br>Jointly administered with:<br>8:22-bk-10949-SC<br><br>Chapter 11 Cases<br><br>**NOTICE OF SUBMISSION OF REFORMATTED BUDGETS IN SUPPORT OF DEBTORS' EMERGENCY MOTION FOR ENTRY OF AN INTERIM ORDER AUTHORIZING THE DEBTORS TO USE CASH COLLATERAL AND RELATED RELIEF**<br><br>DATE:    June 10, 2022<br>TIME:    10:00 a.m.<br>PLACE:  *Via ZoomGov<br>          Courtroom 5C<br>          411 West Fourth Street<br>          Santa Ana, CA 92701 |

1

**PLEASE TAKE NOTICE** that TRX Holdco, LLC ("Hold Co") and Fitness Anywhere LLC, dba TRX and TRX Training ("Product Co" and together with Hold Co and Product Co, the "Debtors"), the debtors and debtors-in-possession in the above-captioned, jointly-administered, Chapter 11 bankruptcy cases, hereby submit the following reformatted versions of the Budgets referenced as **Exhibits 2, 3 and 4** in the Debtors' emergency motion for the entry of an interim order authorizing the Debtors to use cash collateral and related relief (the "Cash Collateral Motion").  It has been brought to the Debtors' attention that the Budgets attached as **Exhibits 2, 3 and 4** to the Declaration of James S. Feltman filed in support of the Cash Collateral Motion have been presented in a format and font that render the Budgets difficult to read in hard copy format.  Accordingly, the Debtors hereby submit versions of the Budgets that are identical in all respects except for the format and font.

    The reformatted Budget for Product Co is attached as **Exhibit 2** hereto.

    The reformatted Budget for Hold Co is attached as **Exhibit 3** hereto.

    The reformatted consolidated Budget is attached as **Exhibit 4** hereto.

Dated:  June 8, 2022　　　　　　　　　　TRX HOLDCO, LLC
　　　　　　　　　　　　　　　　　　　　FITNESS ANYWHERE LLC

　　　　　　　　　　　　　　　　　　　　By:  */s/ Krikor J. Meshefejian*
　　　　　　　　　　　　　　　　　　　　　　　RON BENDER
　　　　　　　　　　　　　　　　　　　　　　　KRIKOR J. MESHEFEJIAN
　　　　　　　　　　　　　　　　　　　　　　　LINDSEY L. SMITH
　　　　　　　　　　　　　　　　　　　　　　　LEVENE, NEALE, BENDER,
　　　　　　　　　　　　　　　　　　　　　　　YOO & GOLUBCHIK L.L.P.
　　　　　　　　　　　　　　　　　　　　　　　Proposed Attorneys for Chapter 11 Debtors
　　　　　　　　　　　　　　　　　　　　　　　and Debtors in Possession

**EXHIBIT 2**

**Fitness Anywhere, LLC (known as "ProductCo") & TRX HoldCo, LLC (known as "HoldCo")**
Debtors Cash Collateral Budget
As of June 8, 2022

| $USD | Post-Petition Week 1 | Post-Petition Week 2 | Post-Petition Week 3 | Post-Petition Week 4 | Post-Petition Week 5 | Post-Petition Week 6 | Post-Petition Week 7 |
|---|---|---|---|---|---|---|---|
| Week --> From --> | 6/8/2022 | 6/13/2022 | 6/20/2022 | 6/27/2022 | 7/4/2022 | 7/11/2022 | 7/18/2022 |
| Week-Ending --> | 6/12/2022 | 6/19/2022 | 6/26/2022 | 7/3/2022 | 7/10/2022 | 7/17/2022 | 7/24/2022 |
| **PRODUCTCO** | | | | | | | |
| **Beginning ProductCo Cash Balance** | $ 827,079 | $ 1,347,391 | $ 1,745,131 | $ 2,005,084 | $ 1,487,788 | $ 1,670,438 | $ 2,177,983 |
| Ecommerce NA & UK | $ 89,045 | $ 102,714 | $ 102,714 | $ 108,835 | $ 108,835 | $ 108,835 | $ 108,835 |
| Amazon FBA International | 24,989 | - | 24,989 | - | 24,989 | - | 24,989 |
| Amazon FBA NA | - | 312,235 | - | 436,970 | - | 436,970 | - |
| Transfers from Non-Debtor Affiliate (Japan) | - | - | - | 5,000 | - | - | - |
| Accounts Receivables Collections | 406,277 | 531,169 | 482,981 | 479,037 | 526,556 | 550,738 | 500,775 |
| **TOTAL PRODUCTCO SOURCES** | $ 520,312 | $ 946,118 | $ 610,684 | $ 1,029,842 | $ 660,381 | $ 1,096,544 | $ 634,600 |
| Payroll, Payroll Tax & Benefits | $ - | $ 244,274 | $ - | $ 242,267 | $ - | $ 242,267 | $ - |
| Commission | - | - | - | 30,000 | - | - | - |
| Contractors | - | 20,000 | 20,000 | 119,500 | 47,000 | 51,000 | 47,000 |
| Key Consultants | - | - | - | 8,889 | - | - | - |
| Rent | - | - | - | 47,500 | - | - | - |
| Marketing | - | - | - | 724,000 | - | - | - |
| Insurance | - | - | 80,000 | - | - | - | 80,000 |
| Logistics | - | 128,982 | 128,982 | 128,982 | 128,982 | 128,982 | 128,982 |
| Non-BK Professionals | - | - | - | 60,850 | - | - | - |
| Technology | - | - | - | 10,400 | 90,000 | - | - |
| Utilities | - | 3,000 | - | 3,000 | - | - | - |
| Other Expenses, Vendors | - | 75,000 | 75,000 | 80,000 | 75,000 | 75,000 | 75,000 |
| Sales tax | - | - | - | - | 100,000 | - | - |
| Transfers to Non-Debtor Accounts[1] | - | - | 20,000 | - | 20,000 | - | 20,000 |
| Management Payroll - InterCo Transfer to HoldCo | - | 60,372 | - | 75,000 | - | 75,000 | - |
| Foreign Key Vendors | - | 16,750 | 26,750 | 16,750 | 16,750 | 16,750 | 26,750 |
| BK Professionals[2] | - | - | - | - | - | - | - |
| US Trustee Fees | - | - | - | - | - | - | - |
| **TOTAL PRODUCTCO DISBURSEMENTS** | $ - | $ 548,378 | $ 350,732 | $ 1,547,138 | $ 477,732 | $ 588,999 | $ 377,732 |
| **PRODUCTCO - CASH ROLLFORWARD** | | | | | | | |
| Beginning PRODUCTCO Cash Balance | $ 827,079 | $ 1,347,391 | $ 1,745,131 | $ 2,005,084 | $ 1,487,788 | $ 1,670,438 | $ 2,177,983 |
| (+) ProductCo Receipts | 520,312 | 946,118 | 610,684 | 1,029,842 | 660,381 | 1,096,544 | 634,600 |
| (-) ProductCo Disbursements | - | (548,378) | (350,732) | (1,547,138) | (477,732) | (588,999) | (377,732) |
| **Ending ProductCo Cash Balance** | $ 1,347,391 | $ 1,745,131 | $ 2,005,084 | $ 1,487,788 | $ 1,670,438 | $ 2,177,983 | $ 2,434,851 |
| *Change in ProductCo Cash from Previous Week* | | $ 397,740 | $ 259,953 | $ (517,295) | $ 182,649 | $ 507,545 | $ 256,868 |
| *Inventory Rollforward* | | | | | | | |
| Beginning Inventory | $ 17,847,150 | $ 17,536,640 | $ 17,045,041 | $ 16,727,971 | $ 16,157,644 | $ 15,837,799 | $ 15,267,636 |
| (+) Purchases[4] | - | - | - | - | - | - | - |
| (-) Cost of Goods | (310,510) | (491,599) | (317,070) | (570,326) | (319,845) | (570,163) | (319,845) |
| = Ending Inventory | $ 17,536,640 | $ 17,045,041 | $ 16,727,971 | $ 16,157,644 | $ 15,837,799 | $ 15,267,636 | $ 14,947,791 |
| *Accounts Receivable Rollforward*[3] | | | | | | | |
| Beginning AR | $ 5,157,699 | $ 5,277,640 | $ 5,272,688 | $ 5,315,924 | $ 5,363,105 | $ 5,362,426 | $ 5,337,565 |
| (+) Sales (Domestic Commercial, Retail, Government, Intl.) | 526,218 | 526,218 | 526,218 | 526,218 | 525,877 | 525,877 | 525,877 |
| (-) Collections (Domestic Commercial, Retail, Government, | (406,277) | (531,169) | (482,981) | (479,037) | (526,556) | (550,738) | (500,775) |
| = Ending AR | $ 5,277,640 | $ 5,272,688 | $ 5,315,924 | $ 5,363,105 | $ 5,362,426 | $ 5,337,565 | $ 5,362,667 |

**Notes**
(1) There is approximately an additional 80,000 GBP outstanding related to VAT that is not currently included.
(2) There are no bankruptcy professional payments in this forecast.
(3) Assumes 8 business days of post-petition payroll paid in Week 2.
(4) These amounts do not include additional purchases of inventory.
(5) These amounts do not include sales activity relating to Ecommerce and Amazon.

**Fitness Anywhere, LLC (known as "ProductCo") & TRX HoldCo, LLC (known as "HoldCo")**
Debtors Cash Collateral Budget
As of June 8, 2022

| $USD | Post-Petition Week 8 | Post-Petition Week 9 | Post-Petition Week 10 | Post-Petition Week 11 | Post-Petition Week 12 | Post-Petition Week 13 | Current Rolling 13 Weeks |
|---|---|---|---|---|---|---|---|
| Week --> | Week 8 | Week 9 | Week 10 | Week 11 | Week 12 | Week 13 | |
| From --> | 7/25/2022 | 8/1/2022 | 8/8/2022 | 8/15/2022 | 8/22/2022 | 8/29/2022 | |
| Week-Ending --> | 7/31/2022 | 8/7/2022 | 8/14/2022 | 8/21/2022 | 8/28/2022 | 9/4/2022 | |
| **PRODUCTCO** | | | | | | | |
| **Beginning ProductCo Cash Balance** | $ 2,434,851 | $ 1,767,331 | $ 2,165,430 | $ 2,586,342 | $ 2,890,144 | $ 3,229,068 | $ 827,079 |
| Ecommerce NA & UK | $ 108,835 | $ 108,566 | $ 108,566 | $ 108,566 | $ 108,566 | $ 108,566 | $ 1,381,477 |
| Amazon FBA International | - | 24,989 | - | 24,989 | - | 24,989 | 174,925 |
| Amazon FBA NA | 436,970 | - | 304,444 | - | 304,444 | - | 2,232,033 |
| Transfers from Non-Debtor Affiliate (Japan) | 5,000 | - | - | - | - | 5,000 | 15,000 |
| Accounts Receivables Collections | 514,626 | 565,676 | 591,654 | 537,979 | 514,626 | 565,920 | 6,768,016 |
| **TOTAL PRODUCTCO SOURCES** | $ 1,065,432 | $ 699,231 | $ 1,004,664 | $ 671,534 | $ 927,636 | $ 704,475 | $ 10,571,451 |
| Payroll, Payroll Tax & Benefits | $ 231,981 | $ - | $ 231,981 | $ - | $ 231,981 | $ - | $ 1,424,750 |
| Commission | 30,000 | - | - | - | - | - | 60,000 |
| Contractors | 119,500 | 47,000 | 51,000 | 47,000 | 51,000 | 115,500 | 735,500 |
| Key Consultants | 8,889 | - | - | - | - | 8,889 | 26,667 |
| Rent | 47,500 | - | - | - | - | 47,500 | 142,500 |
| Marketing | 769,500 | 4,500 | - | - | - | 724,000 | 2,222,000 |
| Insurance | - | - | - | 80,000 | - | - | 240,000 |
| Logistics | 128,982 | 128,982 | 128,982 | 128,982 | 128,982 | 128,982 | 1,547,779 |
| Non-BK Professionals | 120,350 | - | - | - | - | 52,000 | 233,200 |
| Technology | 1,500 | 8,900 | 5,040 | - | - | 10,400 | 126,240 |
| Utilities | 3,000 | - | - | - | - | 3,000 | 12,000 |
| Other Expenses, Vendors | 80,000 | 75,000 | 75,000 | 75,000 | 75,000 | 80,000 | 915,000 |
| Sales tax | 100,000 | - | - | - | - | 100,000 | 300,000 |
| Transfers to Non-Debtor Accounts[1] | - | 20,000 | - | 20,000 | - | 20,000 | 120,000 |
| Management Payroll - InterCo Transfer to HoldCo | 75,000 | - | 75,000 | - | 75,000 | - | 435,372 |
| Foreign Key Vendors | 16,750 | 16,750 | 16,750 | 16,750 | 26,750 | - | 214,250 |
| BK Professionals[2] | - | - | - | - | - | - | - |
| US Trustee Fees | - | - | - | - | - | - | - |
| **TOTAL PRODUCTCO DISBURSEMENTS** | $ 1,732,951 | $ 301,132 | $ 583,752 | $ 367,732 | $ 588,712 | $ 1,290,271 | $ 8,755,258 |
| **PRODUCTCO - CASH ROLLFORWARD** | | | | | | | |
| Beginning PRODUCTCO Cash Balance | $ 2,434,851 | $ 1,767,331 | $ 2,165,430 | $ 2,586,342 | $ 2,890,144 | $ 3,229,068 | $ 827,079 |
| (+) ProductCo Receipts | 1,065,432 | 699,231 | 1,004,664 | 671,534 | 927,636 | 704,475 | 10,571,451 |
| (-) ProductCo Disbursements | (1,732,951) | (301,132) | (583,752) | (367,732) | (588,712) | (1,290,271) | (8,755,258) |
| **Ending ProductCo Cash Balance** | $ 1,767,331 | $ 2,165,430 | $ 2,586,342 | $ 2,890,144 | $ 3,229,068 | $ 2,643,272 | $ 2,643,272 |
| *Change in ProductCo Cash from Previous Week* | $ (667,520) | $ 398,099 | $ 420,912 | $ 303,803 | $ 338,924 | $ (585,796) | |
| **Inventory Rollforward** | | | | | | | |
| Beginning Inventory | $ 14,947,791 | $ 14,377,628 | $ 14,057,912 | $ 13,569,124 | $ 13,250,132 | $ 12,761,345 | $ 17,847,150 |
| (+) Purchases[4] | - | - | - | - | - | - | - |
| (-) Cost of Goods | (570,163) | (319,716) | (488,788) | (318,992) | (488,788) | (318,992) | (5,404,798) |
| = Ending Inventory | $ 14,377,628 | $ 14,057,912 | $ 13,569,124 | $ 13,250,132 | $ 12,761,345 | $ 12,442,352 | $ 12,442,352 |
| **Accounts Receivable Rollforward**[3] | | | | | | | |
| Beginning AR | $ 5,362,667 | $ 5,373,918 | $ 5,334,120 | $ 5,266,835 | $ 5,253,226 | $ 5,262,969 | $ 5,157,699 |
| (+) Sales (Domestic Commercial, Retail, Government, Intl. | 525,877 | 525,877 | 524,370 | 524,370 | 524,370 | 524,370 | 6,831,736 |
| (-) Collections (Domestic Commercial, Retail, Government, | (514,626) | (565,676) | (591,654) | (537,979) | (514,626) | (565,920) | (6,768,016) |
| = Ending AR | $ 5,373,918 | $ 5,334,120 | $ 5,266,835 | $ 5,253,226 | $ 5,262,969 | $ 5,221,419 | $ 5,221,419 |

**Notes**
(1) There is approximately an additional 80,000 GBP outstanding related to VAT that is not currently included.
(2) There are no bankruptcy professional payments in this forecast.
(3) Assumes 8 business days of post-petition payroll paid in Week 2.
(4) These amounts do not include additional purchases of inventory.
(5) These amounts do not include sales activity relating to Ecommerce and Amazon.

**EXHIBIT 3**

**Fitness Anywhere, LLC (known as "ProductCo") & TRX HoldCo, LLC (known as "HoldCo")**
Debtors Cash Collateral Budget
As of June 8, 2022

| $USD | Post-Petition Week 1 | Post-Petition Week 2 | Post-Petition Week 3 | Post-Petition Week 4 | Post-Petition Week 5 | Post-Petition Week 6 | Post-Petition Week 7 |
|---|---|---|---|---|---|---|---|
| From --> | 6/8/2022 | 6/13/2022 | 6/20/2022 | 6/27/2022 | 7/4/2022 | 7/11/2022 | 7/18/2022 |
| Week-Ending --> | 6/12/2022 | 6/19/2022 | 6/26/2022 | 7/3/2022 | 7/10/2022 | 7/17/2022 | 7/24/2022 |
| **HOLDCO** | | | | | | | |
| **Beginning HoldCo Cash Balance** | $ 106,113 | $ 146,113 | $ 183,613 | $ 160,663 | $ 193,663 | $ 192,663 | $ 186,663 |
| Education/CORE - ExperienceCo | $ 40,000 | $ 50,000 | $ 50,000 | $ 50,000 | $ 50,000 | $ 50,000 | $ 50,000 |
| Apple Subscriptions - ExperienceCo | - | - | - | 40,000 | - | - | - |
| Management Payroll - InterCo Transfer from ProductCo | - | 60,372 | - | 75,000 | - | 75,000 | - |
| Other | - | - | - | - | - | - | - |
| **TOTAL HOLDCO SOURCES** | $ 40,000 | $ 110,372 | $ 50,000 | $ 165,000 | $ 50,000 | $ 125,000 | $ 50,000 |
| Payroll, Payroll Tax & Benefits[3] | $ - | $ 60,372 | $ - | $ 75,000 | $ - | $ 75,000 | $ - |
| Contractors | - | - | 13,500 | 13,500 | 13,500 | 13,500 | 13,500 |
| Key Consultants | - | 12,500 | - | 12,500 | - | 12,500 | - |
| UK Studio Rent | - | - | 3,000 | - | - | - | 3,000 |
| Marketing | - | - | 17,500 | 17,500 | 17,500 | 17,500 | 17,500 |
| Technology | - | - | - | 1,000 | - | - | - |
| Other Expenses | - | - | 12,500 | 12,500 | 12,500 | 12,500 | 12,500 |
| Growth Initiative | - | - | 26,450 | - | 7,500 | - | 26,450 |
| **TOTAL HOLDCO DISBURSEMENTS** | $ - | $ 72,872 | $ 72,950 | $ 132,000 | $ 51,000 | $ 131,000 | $ 72,950 |
| **HOLDCO - CASH ROLLFORWARD** | | | | | | | |
| Beginning HOLDCO Cash | $ 106,113 | $ 146,113 | $ 183,613 | $ 160,663 | $ 193,663 | $ 192,663 | $ 186,663 |
| (+) HoldCo Receipts | 40,000 | 110,372 | 50,000 | 165,000 | 50,000 | 125,000 | 50,000 |
| (-) HoldCo Disbursements | - | (72,872) | (72,950) | (132,000) | (51,000) | (131,000) | (72,950) |
| **Ending HoldCo Cash Balance** | $ 146,113 | $ 183,613 | $ 160,663 | $ 193,663 | $ 192,663 | $ 186,663 | $ 163,713 |
| *Change in HoldCo Cash from Previous Week* | | $ 37,500 | $ (22,950) | $ 33,000 | $ (1,000) | $ (6,000) | $ (22,950) |

**Notes**
(1) There is approximately an additional 80,000 GBP outstanding related to VAT that is not currently included.
(2) There are no bankruptcy professional payments in this forecast.
(3) Assumes 8 business days of post-petition payroll paid in Week 2.
(4) These amounts do not include additional purchases of inventory.
(5) These amounts do not include sales activity relating to Ecommerce and Amazon.

**Fitness Anywhere, LLC (known as "ProductCo") & TRX HoldCo, LLC (known as "HoldCo")**
Debtors Cash Collateral Budget
As of June 8, 2022

| $USD | Post-Petition Week 8 | Post-Petition Week 9 | Post-Petition Week 10 | Post-Petition Week 11 | Post-Petition Week 12 | Post-Petition Week 13 | Current Rolling 13 Weeks |
|---|---|---|---|---|---|---|---|
| From --> | 7/25/2022 | 8/1/2022 | 8/8/2022 | 8/15/2022 | 8/22/2022 | 8/29/2022 | |
| Week-Ending --> | 7/31/2022 | 8/7/2022 | 8/14/2022 | 8/21/2022 | 8/28/2022 | 9/4/2022 | |
| **HOLDCO** | | | | | | | |
| **Beginning HoldCo Cash Balance** | $ 163,713 | $ 197,713 | $ 195,713 | $ 189,713 | $ 166,763 | $ 173,263 | $ 106,113 |
| Education/CORE - ExperienceCo | $ 50,000 | $ 50,000 | $ 50,000 | $ 50,000 | $ 50,000 | $ 50,000 | $ 640,000 |
| Apple Subscriptions - ExperienceCo | 40,000 | - | - | - | - | 40,000 | 120,000 |
| Management Payroll - InterCo Transfer from ProductCo | 75,000 | - | 75,000 | - | 75,000 | - | 435,372 |
| Other | - | - | - | - | - | - | - |
| **TOTAL HOLDCO SOURCES** | $ 165,000 | $ 50,000 | $ 125,000 | $ 50,000 | $ 125,000 | $ 90,000 | $ 1,195,372 |
| Payroll, Payroll Tax & Benefits[3] | $ 75,000 | $ - | $ 75,000 | $ - | $ 75,000 | $ - | $ 435,372 |
| Contractors | 13,500 | 13,500 | 13,500 | 13,500 | 13,500 | 13,500 | 148,500 |
| Key Consultants | 12,500 | - | 12,500 | - | - | - | 62,500 |
| UK Studio Rent | - | - | - | 3,000 | - | - | 9,000 |
| Marketing | 17,500 | 17,500 | 17,500 | 17,500 | 17,500 | 17,500 | 192,500 |
| Technology | - | 1,000 | - | - | - | 1,000 | 3,000 |
| Other Expenses | 12,500 | 12,500 | 12,500 | 12,500 | 12,500 | 12,500 | 137,500 |
| Growth Initiative | - | 7,500 | - | 26,450 | - | 7,500 | 101,850 |
| **TOTAL HOLDCO DISBURSEMENTS** | $ 131,000 | $ 52,000 | $ 131,000 | $ 72,950 | $ 118,500 | $ 52,000 | $ 1,090,222 |
| **HOLDCO - CASH ROLLFORWARD** | | | | | | | |
| Beginning HOLDCO Cash | $ 163,713 | $ 197,713 | $ 195,713 | $ 189,713 | $ 166,763 | $ 173,263 | $ 106,113 |
| (+) HoldCo Receipts | 165,000 | 50,000 | 125,000 | 50,000 | 125,000 | 90,000 | 1,195,372 |
| (-) HoldCo Disbursements | (131,000) | (52,000) | (131,000) | (72,950) | (118,500) | (52,000) | (1,090,222) |
| **Ending HoldCo Cash Balance** | $ 197,713 | $ 195,713 | $ 189,713 | $ 166,763 | $ 173,263 | $ 211,263 | $ 211,263 |
| *Change in HoldCo Cash from Previous Week* | $ 34,000 | $ (2,000) | $ (6,000) | $ (22,950) | $ 6,500 | $ 38,000 | |

**Notes**
(1) There is approximately an additional 80,000 GBP outstanding related to VAT that is not currently included.
(2) There are no bankruptcy professional payments in this forecast.
(3) Assumes 8 business days of post-petition payroll paid in Week 2.
(4) These amounts do not include additional purchases of inventory.
(5) These amounts do not include sales activity relating to Ecommerce and Amazon.

**EXHIBIT 4**

**Fitness Anywhere, LLC (known as "ProductCo") & TRX HoldCo, LLC (known as "HoldCo")**
Debtors Cash Collateral Budget
As of June 8, 2022

| $USD | Post-Petition Week 1 | Post-Petition Week 2 | Post-Petition Week 3 | Post-Petition Week 4 | Post-Petition Week 5 | Post-Petition Week 6 | Post-Petition Week 7 |
|---|---|---|---|---|---|---|---|
| From --> | 6/8/2022 | 6/13/2022 | 6/20/2022 | 6/27/2022 | 7/4/2022 | 7/11/2022 | 7/18/2022 |
| Week-Ending --> | 6/12/2022 | 6/19/2022 | 6/26/2022 | 7/3/2022 | 7/10/2022 | 7/17/2022 | 7/24/2022 |
| **CONSOLIDATED** | | | | | | | |
| **Beginning TOTAL Cash Balance** | $ 933,192 | $ 1,493,504 | $ 1,928,744 | $ 2,165,747 | $ 1,681,452 | $ 1,863,101 | $ 2,364,646 |
| Ecommerce NA & UK - ProductCo | $ 89,045 | $ 102,714 | $ 102,714 | $ 108,835 | $ 108,835 | $ 108,835 | $ 108,835 |
| Amazon FBA International - ProductCo | 24,989 | - | 24,989 | - | 24,989 | - | 24,989 |
| Amazon FBA NA - ProductCo | - | 312,235 | - | 436,970 | - | 436,970 | - |
| Transfers from Non-Debtor Affiliate (Japan) | - | - | - | 5,000 | - | - | - |
| Accounts Receivables Collections - ProductCo | 406,277 | 531,169 | 482,981 | 479,037 | 526,556 | 550,738 | 500,775 |
| Education/CORE - ExperienceCo | 40,000 | 50,000 | 50,000 | 50,000 | 50,000 | 50,000 | 50,000 |
| Apple Subscriptions - ExperienceCo | - | - | - | 40,000 | - | - | - |
| Management Payroll - InterCo Transfer from ProductCo | - | 60,372 | - | 75,000 | - | 75,000 | - |
| Other - HoldCo | - | - | - | - | - | - | - |
| **TOTAL SOURCES** | $ 560,312 | $ 1,056,490 | $ 660,684 | $ 1,194,842 | $ 710,381 | $ 1,221,544 | $ 684,600 |
| Payroll, Payroll Tax & Benefits[1] | $ - | $ 304,646 | $ - | $ 317,267 | $ - | $ 317,267 | $ - |
| Commission | - | - | - | 30,000 | - | - | - |
| Contractors | - | 20,000 | 33,500 | 133,000 | 60,500 | 64,500 | 60,500 |
| Key Consultants | - | 12,500 | - | 21,389 | - | 12,500 | - |
| Rent | - | - | 3,000 | 47,500 | - | - | 3,000 |
| Marketing | - | - | 17,500 | 741,500 | 17,500 | 17,500 | 17,500 |
| Insurance | - | - | 80,000 | - | - | - | 80,000 |
| Logistics | - | 128,982 | 128,982 | 128,982 | 128,982 | 128,982 | 128,982 |
| Non-BK Professionals | - | - | - | 60,850 | - | - | - |
| Technology | - | - | - | 11,400 | 90,000 | - | - |
| Utilities | - | 3,000 | - | 3,000 | - | - | - |
| Transfers to Non-Debtor Accounts[2] | - | - | 20,000 | - | 20,000 | - | 20,000 |
| Sales Tax | - | - | - | - | 100,000 | - | - |
| Other Expenses, Vendors | - | 75,000 | 75,000 | 80,000 | 75,000 | 75,000 | 75,000 |
| Growth Initiative | - | - | 26,450 | - | 7,500 | - | 26,450 |
| Miscellaneous, Other | - | - | 12,500 | 12,500 | 12,500 | 12,500 | 12,500 |
| Management Payroll - InterCo Transfer to HoldCo | - | 60,372 | - | 75,000 | - | 75,000 | - |
| Foreign Key Vendors | - | 16,750 | 26,750 | 16,750 | 16,750 | 16,750 | 26,750 |
| BK Professionals[3] | - | - | - | - | - | - | - |
| US Trustee Fees | - | - | - | - | - | - | - |
| **TOTAL DISBURSEMENTS** | $ - | $ 621,249 | $ 423,682 | $ 1,679,138 | $ 528,732 | $ 719,999 | $ 450,682 |
| *Net Cash* | $ 560,312 | $ 435,240 | $ 237,003 | $ (484,295) | $ 181,649 | $ 501,545 | $ 233,918 |
| **TOTAL - CASH ROLLFORWARD** | | | | | | | |
| Beginning TOTAL Cash Balance | $ 933,192 | $ 1,493,504 | $ 1,928,744 | $ 2,165,747 | $ 1,681,452 | $ 1,863,101 | $ 2,364,646 |
| (+) Total Receipts | 560,312 | 1,056,490 | 660,684 | 1,194,842 | 710,381 | 1,221,544 | 684,600 |
| (-) Total Disbursements | - | (621,249) | (423,682) | (1,679,138) | (528,732) | (719,999) | (450,682) |
| **Ending TOTAL Cash Balance** | $ 1,493,504 | $ 1,928,744 | $ 2,165,747 | $ 1,681,452 | $ 1,863,101 | $ 2,364,646 | $ 2,598,564 |

**Notes**
(1) Assumes 8 business days of post-petition payroll paid in Week 2.
(2) There is approximately an additional 80,000 GBP outstanding related to VAT that is not currently included.
(3) There are no bankruptcy professional payments in this forecast.
This forecast does not include additional purchases of inventory.

**Fitness Anywhere, LLC (known as "ProductCo") & TRX HoldCo, LLC (known as "HoldCo")**
Debtors Cash Collateral Budget
As of June 8, 2022

| $USD | Post-Petition Week 8 | Post-Petition Week 9 | Post-Petition Week 10 | Post-Petition Week 11 | Post-Petition Week 12 | Post-Petition Week 13 | Current Rolling 13 Weeks |
|---|---|---|---|---|---|---|---|
| Week --> From --> Week-Ending --> | 7/25/2022 7/31/2022 | 8/1/2022 8/7/2022 | 8/8/2022 8/14/2022 | 8/15/2022 8/21/2022 | 8/22/2022 8/28/2022 | 8/29/2022 9/4/2022 | |
| **CONSOLIDATED** | | | | | | | |
| **Beginning TOTAL Cash Balance** | $ 2,598,564 | $ 1,965,044 | $ 2,361,143 | $ 2,776,055 | $ 3,056,908 | $ 3,402,331 | $ 933,192 |
| Ecommerce NA & UK - ProductCo | $ 108,835 | $ 108,566 | $ 108,566 | $ 108,566 | $ 108,566 | $ 108,566 | $ 1,381,477 |
| Amazon FBA International - ProductCo | - | 24,989 | - | 24,989 | - | 24,989 | 174,925 |
| Amazon FBA NA - ProductCo | 436,970 | - | 304,444 | - | 304,444 | - | 2,232,033 |
| Transfers from Non-Debtor Affiliate (Japan) | 5,000 | - | - | - | - | 5,000 | 15,000 |
| Accounts Receivables Collections - ProductCo | 514,626 | 565,676 | 591,654 | 537,979 | 514,626 | 565,920 | 6,768,016 |
| Education/CORE - ExperienceCo | 50,000 | 50,000 | 50,000 | 50,000 | 50,000 | 50,000 | 640,000 |
| Apple Subscriptions - ExperienceCo | 40,000 | - | - | - | - | 40,000 | 120,000 |
| Management Payroll - InterCo Transfer from ProductCo | 75,000 | - | 75,000 | - | 75,000 | - | - |
| Other - HoldCo | - | - | - | - | - | - | - |
| **TOTAL SOURCES** | $ 1,230,432 | $ 749,231 | $ 1,129,664 | $ 721,534 | $ 1,052,636 | $ 794,475 | $ 11,331,451 |
| Payroll, Payroll Tax & Benefits[1] | $ 306,981 | $ - | $ 306,981 | $ - | $ 306,981 | $ - | $ 1,860,122 |
| Commission | 30,000 | - | - | - | - | - | 60,000 |
| Contractors | 133,000 | 60,500 | 64,500 | 60,500 | 64,500 | 129,000 | 884,000 |
| Key Consultants | 21,389 | - | 12,500 | - | - | 8,889 | 89,167 |
| Rent | 47,500 | - | - | 3,000 | - | 47,500 | 151,500 |
| Marketing | 787,000 | 22,000 | 17,500 | 17,500 | 17,500 | 741,500 | 2,414,500 |
| Insurance | - | - | - | 80,000 | - | - | 240,000 |
| Logistics | 128,982 | 128,982 | 128,982 | 128,982 | 128,982 | 128,982 | 1,547,779 |
| Non-BK Professionals | 120,350 | - | - | - | - | 52,000 | 233,200 |
| Technology | 1,500 | 9,900 | 5,040 | - | - | 11,400 | 129,240 |
| Utilities | 3,000 | - | - | - | - | 3,000 | 12,000 |
| Transfers to Non-Debtor Accounts[2] | - | 20,000 | - | 20,000 | - | 20,000 | 120,000 |
| Sales Tax | 100,000 | - | - | - | - | 100,000 | 300,000 |
| Other Expenses, Vendors | 80,000 | 75,000 | 75,000 | 75,000 | 75,000 | 80,000 | 915,000 |
| Growth Initiative | - | 7,500 | - | 26,450 | - | 7,500 | 101,850 |
| Miscellaneous, Other | 12,500 | 12,500 | 12,500 | 12,500 | 12,500 | 12,500 | 137,500 |
| Management Payroll - InterCo Transfer to HoldCo | 75,000 | - | 75,000 | - | 75,000 | - | 435,372 |
| Foreign Key Vendors | 16,750 | 16,750 | 16,750 | 16,750 | 26,750 | - | 214,250 |
| BK Professionals[3] | - | - | - | - | - | - | - |
| US Trustee Fees | - | - | - | - | - | - | - |
| **TOTAL DISBURSEMENTS** | $ 1,863,951 | $ 353,132 | $ 714,752 | $ 440,682 | $ 707,212 | $ 1,342,271 | $ 9,845,480 |
| Net Cash | $ (633,520) | $ 396,099 | $ 414,912 | $ 280,853 | $ 345,424 | $ (547,796) | $ 1,485,971 |
| **TOTAL - CASH ROLLFORWARD** | | | | | | | |
| Beginning TOTAL Cash Balance | $ 2,598,564 | $ 1,965,044 | $ 2,361,143 | $ 2,776,055 | $ 3,056,908 | $ 3,402,331 | $ 933,192 |
| (+) Total Receipts | 1,230,432 | 749,231 | 1,129,664 | 721,534 | 1,052,636 | 794,475 | 11,766,823 |
| (-) Total Disbursements | (1,863,951) | (353,132) | (714,752) | (440,682) | (707,212) | (1,342,271) | (9,845,480) |
| **Ending TOTAL Cash Balance** | $ 1,965,044 | $ 2,361,143 | $ 2,776,055 | $ 3,056,908 | $ 3,402,331 | $ 2,854,536 | $ 2,854,536 |

**Notes**
(1) Assumes 8 business days of post-petition payroll paid in Week 2.
(2) There is approximately an additional 80,000 GBP outstanding related to VAT that is not currently included.
(3) There are no bankruptcy professional payments in this forecast.
This forecast does not include additional purchases of inventory.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
2818 La Cienega Avenue, Los Angeles, CA 90034

A true and correct copy of the foregoing document entitled (*specify*): **NOTICE OF SUBMISSION OF REFORMATTED BUDGETS IN SUPPORT OF DEBTORS' EMERGENCY MOTION FOR ENTRY OF AN INTERIM ORDER AUTHORIZING THE DEBTORS TO USE CASH COLLATERAL AND RELATED RELIEF** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **June 8, 2022**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Ron Bender    rb@lnbyb.com**
- **Michael J Hauser    michael.hauser@usdoj.gov**
- **Marsha A Houston    mhouston@reedsmith.com, hvalencia@reedsmith.com**
- **Christopher O Rivas    crivas@reedsmith.com, chris-rivas-8658@ecf.pacerpro.com**
- **Lindsey L Smith    lls@lnbyg.com, lls@ecf.inforuptcy.com**
- **United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov**

**2. SERVED BY UNITED STATES MAIL**: On (*date*) **June 8, 2022**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **June 8, 2022**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**SERVED BY PERSONAL DELIVERY**
Honorable Scott C. Clarkson
U.S. Bankruptcy Court, Ronald Reagan Federal Building
411 West Fourth Street
Suite 5130
Santa Ana, CA 92701-4593

**SERVED VIA EMAIL**

Office of the United States Trustee
Attn: Michael J. Hauser
Email: Michael.Hauser@usdoj.gov

Counsel to Secured Creditor Woodforest National Bank
Attn: Marsha A. Houston
        Christopher O. Rivas
Email: mhouston@reedsmith.com; crivas@reedsmith.com

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                           **F 9013-3.1.PROOF.SERVICE**

☐ Service information **BY OVERNIGHT MAIL** continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| June 8, 2022 | Krikor J. Meshefejian | /s/ Krikor J. Meshefejian |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                       F 9013-3.1.PROOF.SERVICE