RON BENDER (SBN 143364)
KRIKOR J. MESHEFEJIAN (SBN 255030)
LINDSEY L. SMITH (SBN 265401)
LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.
2818 La Cienega Avenue
Los Angeles, California 90034
Telephone:  (310) 229-1234; Facsimile:  (310) 229-1244
Email: RB@LNBYG.COM; KJM@LNBYG.COM; LLS@LNBYG.COM

Proposed Attorneys for Chapter 11 Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
SANTA ANA DIVISION**

| | |
|---|---|
| In re:<br><br>TRX HOLDCO, LLC, a Delaware limited liability company,<br><br>       Debtor and Debtor in Possession.<br><br>In re:<br><br>FITNESS ANYWHERE LLC, a Delaware limited liability company, dba TRX and TRX Training,<br><br>       Debtor and Debtor in Possession.<br><br>☒ Affects both Debtors<br><br>☐ Affects TRX Holdco, LLC only<br><br>☐ Affects Fitness Anywhere, LLC only | Lead Case No.: 8:22-bk-10948-SC<br><br>Jointly administered with:<br>8:22-bk-10949-SC<br><br>Chapter 11 Cases<br><br>**NOTICE OF FINAL HEARING ON DEBTORS' EMERGENCY MOTION FOR ENTRY OF AN ORDER: (I) AUTHORIZING THE DEBTORS TO USE CASH COLLATERAL PURSUANT TO 11 U.S.C. §§ 361, 361 AND 363; (II) GRANTING ADEQUATE PROTECTION; AND (III) GRANTING RELATED RELIEF**<br><br>DATE:     June 30, 2022<br>TIME:     10:00 a.m.<br>PLACE:   *Via ZoomGov<br>               Courtroom 5C<br>               411 West Fourth Street<br>               Santa Ana, CA 92701 |

**PLEASE TAKE NOTICE** that the Court will hold a hearing on **June 30, 2022, at 10:00 a.m.** (the "Final Hearing"), to consider approval, on a final basis, of the *Debtors' Emergency Motion For Entry of An Interim Order: (I) Authorizing The Debtors To Use Cash Collateral Pursuant To 11 U.S.C. §§ 361, 362 and 363; (II) Granting Adequate Protection; And (III) Granting Related Relief* (the "Cash Collateral Motion") (Doc 7), filed by TRX Holdco, LLC and Fitness Anywhere LLC, dba TRX and TRX Training (together, the "Debtors"), the debtors and debtors-in-possession in the above-captioned, jointly-administered, Chapter 11 bankruptcy cases.

**PLEASE TAKE FURTHER NOTICE** that the Final Hearing will be held virtually via ZoomGov. Information to access and attend the virtual hearing via ZoomGov can be obtained on the Bankruptcy Court's website by viewing Judge Clarkson's tentative ruling calendar for June 30, 2022.

**PLEASE TAKE FURTHER NOTICE** that the Debtors will file any desired supplement to the Cash Collateral Motion, including any proposed modifications to the Budgets, by no later than June 15, 2022.

**PLEASE TAKE FURTHER NOTICE** that **any opposition to entry of an order granting the Cash Collateral Motion on a final basis must be filed and served on proposed counsel to the Debtors by no later than June 28, 2022**.

**PLEASE TAKE FURTHER NOTICE** that any reply to an opposition may be filed with the Court at any time prior to the Final Hearing or asserted orally at the Final Hearing.

Dated: June 10, 2022  TRX HOLDCO, LLC
  FITNESS ANYWHERE LLC

  By: */s/ Krikor J. Meshefejian*
   RON BENDER
   KRIKOR J. MESHEFEJIAN
   LINDSEY L. SMITH
   LEVENE, NEALE, BENDER,
   YOO & GOLUBCHIK L.L.P.
   Proposed Attorneys for Chapter 11 Debtors
   and Debtors in Possession

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
2818 La Cienega Avenue, Los Angeles, CA 90034

A true and correct copy of the foregoing document entitled (*specify*): **NOTICE OF FINAL HEARING ON DEBTORS' EMERGENCY MOTION FOR ENTRY OF AN ORDER: (I) AUTHORIZING THE DEBTORS TO USE CASH COLLATERAL PURSUANT TO 11 U.S.C. §§ 361, 361 AND 363; (II) GRANTING ADEQUATE PROTECTION; AND (III) GRANTING RELATED RELIEF** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **June 10, 2022**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Ron Bender**     rb@lnbyb.com
- **Jonathan Gottlieb**     jdg@lnbyg.com
- **Michael J Hauser**     michael.hauser@usdoj.gov
- **Marsha A Houston**     mhouston@reedsmith.com, hvalencia@reedsmith.com
- **Krikor J Meshefejian**     kjm@lnbyg.com
- **Christopher O Rivas**     crivas@reedsmith.com, chris-rivas-8658@ecf.pacerpro.com
- **Lindsey L Smith**     lls@lnbyg.com, lls@ecf.inforuptcy.com
- **United States Trustee (SA)**     ustpregion16.sa.ecf@usdoj.gov

**2. SERVED BY UNITED STATES MAIL**: On (*date*) **June 10, 2022**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Honorable Scott C. Clarkson
U.S. Bankruptcy Court, Ronald Reagan Federal Building
411 West Fourth Street
Suite 5130
Santa Ana, CA 92701-4593

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **June 10, 2022**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| June 10, 2022 | Lourdes Cruz | */s/ Lourdes Cruz* |
|---|---|---|
| Date | Printed Name | Signature |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                         **F 9013-3.1.PROOF.SERVICE**

In re TRX Holdco, LLC
File No. 9738
UST, 20 Largest, Secured

Michael J Hauser
United States Trustee
411 W Fourth St Suite 7160
Santa Ana, CA 92701-4593

Baker Tilly US, LLP
10 Terrace Court PO Box 7398
Madison, WI 53707-7398

Cole Schotz P.C.
25 Main Street P.O. Box 800
Hackensack, NJ 07602

Creative Artists Agency
Attn: Jeffrey Freedman
2000 Avenue of the Stars
Los Angeles, CA 90067

JMBM LLP
1900 Avenue of the Stars
Los Angeles, CA 90067

Morrison & Morrison
222 Souther Riverside Plaza
Chicago, IL 60606

Sterling Legal Solutions, Inc.
Attn: Stephanie Sterling
26895 Aliso Creek Rd., B-129
Aliso Viejo, CA 92656

UDR-Eight 80
1590 Adams Avenue
PO Box 2350
Costa Mesa, CA 92628

UDR-Eight 80
Agent for Service of Process
330 N. Brand Blvd., Suite 700
Glendale, CA 91203

Sterling Legal Solutions, Inc.
Agent for Service of Process
720 14th Street
Sacramento, CA 95814

OTHER

Farmers & Merchants Bank
2421 East Coast Hwy
Corona del Mar, CA 92625

Farmers & Merchants Bank
Attn: Christine M Bowman
302 Pine Avenue
Long Beach, CA 90802

SECURED

Counsel for Woodforest National Bank
Katten Muchin Rosenmann LLP
Attn: Jan Harris Cate, Esq.
515 South Flower Street, Suite 1000
Los Angeles, CA 90071

Woodforest National Bank
Attn: CMB Loan Operations
25231 Grogans Mill Road, 6th Floor
The Woodlands, TX 77380

Woodforest National Bank
Attn: David A. Macdonald
1330 Lake Robbins Drive, Suite 500
The Woodlands, TX 77380

Counsel for Woodforest National Bank
ReedSmith
Marsha Houston/Christopher Rivas
355 South Grand Avenue, Suite 2900
Los Angeles, CA, 90071

In re Fitness Anywhere LLC
File No. 9732
UST, 20 Largest and Secured

Exemplar Design
4680 Parkway Drive
Suite 300
Mason, OK 45040

Michael J Hauser
United States Trustee
411 W Fourth St Suite 7160
Santa Ana, CA 92701-4593

Exemplar Design
4680 Parkway Drive Suite 300
Mason, OH 45040

Core Health & Fitness, LLC
4400 Northeast 77th Avenue
Suite 300
Manufacturer Land America
Vancouver, WA 98662

Stephen Gould Corporation
35 South Jefferson Road
Whippany, NJ 07981

Flexport Inc
P.O. Box 207244
Dallas, TX 75320-7244

UPS Plan 0386NE
55 Glenlake Parkway NE
Atlanta, GA 30328

Duane Morris LLP
30 South 17th Street
Philadelphia, PA 19103-4196

Buy Box Experts
3020 N Cullen Ct. Pleasant
Grove, UT 84062

MAN Staffing, LLC
550 East Del Amo Boulevard
Carson, CA 90746

Syzygy Digital Marketing, Inc
41 Flatbush Avenue
Brooklyn, NY 11217

Lahlouh Inc
Attn: H. John Lahlouh
1649 Adrian Road
Burlingame, CA 94010

US Customs and Border Protection
PO BOX 979126
St. Louis, MO 63197-9000

McCollister's Transportation Group, Inc
8 Terri Lane
Burlington, NJ 08016

NetSuite Inc
500 Oracle Parkway
Redwood City, CA 94065

Google
P.O. Box 39000
San Francisco, CA 94139

AMEX Corp Card
P.O. Box 0001
Los Angeles, CA 90096

The Trade Desk
42 N Chestnut St.
Ventura, CA 93001

Dirbos Inc.
27758 Santa Margarita Pkwy
Suite 366
Mission Viejo, CA 92691

Redwood Supply Chain Solutions
1765 North Elston Avenue Suite 216
Chicago, IL 60642

USA Global Logistics LLC
255 Madsen Drive
Bloomingdale, IL 60108

ISUPPORT WORLDWIDE LLC
1019 West James St
Kent, WA 98032

Core Health & Fitness, LLC
Agent for Service of Process
330 N. Brand Blvd, Ste 700
Glendale, CA 91203

Stephen Gould Corporation
Agent for Service of Process
2710 Gateway Oaks Drive
Ste 150N
Sacramento, CA 95833

Flexport Inc.
Agent for Service of Process
5716 Corsa Ave.
Ste 110
Westlake Village, CA 91362

United Parcel Service, Inc.
Agent for Service of Process
2710 Gateway Oaks Dr.
Ste 150N
Sacramento, CA 95833

| | | |
|---|---|---|
| McCollister's Transportation Systems, Inc.<br>Agent for Service of Process<br>2710 gateway Oaks Dr.<br>Ste 150N<br>Sacramento, CA 95833 | Netsuite Inc.<br>Agent for Service of Process<br>2710 Gateway Oaks Dr.<br>Ste 150N<br>Sacramento, CA 95833 | Google<br>Agent for Service of Process<br>2710 Gateway Oaks Dr.<br>Ste 150N<br>Sacramento, CA 95833 |
| Man Staffing LLC<br>Attn: Miguel A Navarro<br>550 E Del Amo Blvd.<br>Suite C<br>Carson, CA 90746 | Trade Desk<br>Agent for Service of Process<br>2710 Gateway Oaks Dr.<br>Ste 150N<br>Sacramento, CA 95833 | Dirbos<br>Agent for Service of Process<br>101 N. Brand Blvd. 11th Floor<br>Glendale, CA 91203 |
| Redwood Supply Chain Solutions<br>Attn: David Robinson<br>323 W 25th Ave.<br>San Mateo, CA 94403 | | |

SECURED:

| | | |
|---|---|---|
| | | Counsel for Woodforest National Bank<br>ReedSmith<br>Marsha Houston/Christopher Rivas<br>355 South Grand Avenue, Suite 2900 Los Angeles, CA, 90071 |
| Counsel for Woodforest National Bank<br>Katten Muchin Rosenmann LLP<br>Attn: Jan Harris Cate, Esq.<br>515 South Flower Street, Suite 1000<br>Los Angeles, CA 90071 | Woodforest National Bank<br>Attn: CMB Loan Operations<br>25231 Grogans Mill Road, 6th Floor<br>The Woodlands, TX 77380 | Woodforest National Bank<br>Attn: David A. Macdonald<br>1330 Lake Robbins Drive, Suite 500<br>The Woodlands, TX 77380 |