RON BENDER (SBN 143364)
KRIKOR J. MESHEFEJIAN (SBN 255030)
LINDSEY L. SMITH (SBN 265401)
LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.
2818 La Cienega Avenue
Los Angeles, California 90034
Telephone: (310) 229-1234; Facsimile: (310) 229-1244
Email: RB@LNBYG.COM; KJM@LNBYG.COM; LLS@LNBYG.COM

Proposed Attorneys for Chapter 11 Debtors
and Debtors in Possession

**FILED & ENTERED**

**JUN 10 2022**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY mccall    DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>TRX HOLDCO, LLC, a Delaware limited liability company,<br><br>    Debtor and Debtor in Possession.<br><br>In re:<br><br>FITNESS ANYWHERE LLC, a Delaware limited liability company, dba TRX and TRX Training,<br><br>    Debtor and Debtor in Possession.<br><br>☐ Affects both Debtors<br><br>☐ Affects TRX Holdco, LLC only<br><br>☒ Affects Fitness Anywhere, LLC only | Lead Case No.: 8:22-bk-10948-SC<br><br>Jointly administered with:<br>8:22-bk-10949-SC<br><br>Chapter 11 Cases<br><br>**ORDER GRANTING FITNESS ANYWHERE LLC'S EMERGENCY MOTION FOR ENTRY OF AN ORDER AUTHORIZING FITNESS ANYWHERE LLC TO PROVIDE ADEQUATE ASSURANCE OF FUTURE PAYMENT TO UTILITY COMPANIES PURSUANT TO 11 U.S.C. § 366**<br><br>DATE:    June 10, 2022<br>TIME:    10:00 a.m.<br>PLACE:   *Via ZoomGov<br>         Courtroom 5C<br>         411 West Fourth Street<br>         Santa Ana, CA 92701 |

1

A hearing was held on June 10, 2022, at 10:00 a.m. (Pacific Time) to consider *Fitness Anywhere LLC's Emergency Motion For Entry Of An Order Authorizing Fitness Anywhere, LLC To Provide Adequate Assurance Of Future Payment To Utility Companies Pursuant To 11 U.S.C. § 366* [Dkt. 15] (the "Motion")[1] filed by Fitness Anywhere LLC ("Product Co"), one of the debtors in possession in the above-captioned, jointly-administered Chapter 11 bankruptcy cases. Appearances were made as set forth on the record of the Court.

The Court, having considered the Motion and all papers filed by Product Co in support of the Motion, the oral arguments and statements of counsel made at the hearing on the Motion, proper notice of the Motion and the hearing on the Motion having been provided, no opposition to the Motion having been filed or stated at the hearing on the Motion, and for good cause shown,

**HEREBY ORDERS** that:

(1)    The Motion is granted.

(2)    Product Co is authorized to provide adequate "assurance of payment" to the Utility Companies in the form of Cash Deposits in the amounts set forth in **Exhibit 1** attached to the Declaration of Mark Reis filed in support of the Motion;

(3)    The Cash Deposits paid by Product Co to the Utility Companies are hereby deemed to constitute adequate "assurance of payment" pursuant to Section 366(c) of the Bankruptcy Code.

///
///
///
///
///
///

---

[1] Capitalized terms not otherwise defined herein have the same meanings as in the Motion.

(4)   Each Utility Company that receives a cash deposit under this order shall return such cash deposit to the Debtor within ten (10) business days if, and when, the Utility Company's services are terminated by Product Co.

**<u>IT IS SO ORDERED.</u>**

###

Date: June 10, 2022

Scott C. Clarkson
United States Bankruptcy Judge