RON BENDER (SBN 143364)
KRIKOR J. MESHEFEJIAN (SBN 255030)
LINDSEY L. SMITH (SBN 265401)
LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.
2818 La Cienega Avenue
Los Angeles, California 90034
Telephone: (310) 229-1234; Facsimile: (310) 229-1244
Email: RB@LNBYG.COM; KJM@LNBYG.COM; LLS@LNBYG.COM

Proposed Attorneys for Chapter 11 Debtors
and Debtors in Possession

**FILED & ENTERED**

**JUN 10 2022**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY mccall    DEPUTY CLERK

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
## SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>TRX HOLDCO, LLC, a Delaware limited liability company,<br><br>    Debtor and Debtor in Possession.<br><br>In re:<br><br>FITNESS ANYWHERE LLC, a Delaware limited liability company, dba TRX and TRX Training,<br><br>    Debtor and Debtor in Possession.<br><br>☒ Affects both Debtors<br>☐ Affects TRX Holdco, LLC only<br>☐ Affects Fitness Anywhere, LLC only | Lead Case No.: 8:22-bk-10948-SC<br><br>(Jointly administered with:<br>8:22-bk-10949-SC)<br><br>Chapter 11 Cases<br><br>**ORDER GRANTING DEBTORS' EMERGENCY MOTION FOR ENTRY OF AN ORDER AUTHORIZING DEBTORS TO HONOR AND/OR PAY PRE-PETITION WAGES, SALARIES, COMMISSIONS, AND VACATION, LEAVE AND OTHER BENEFITS, AND REIMBURSEABLE EXPENSES; AND HONOR AND/OR PAY RELATED PAYROLL TAXES AND WORKERS' COMPENSATION INSURANCE COSTS**<br><br>DATE:    June 10, 2022<br>TIME:    10:00 a.m.<br>PLACE:   *Via ZoomGov<br>            Courtroom 5C<br>            411 West Fourth Street<br>            Santa Ana, CA 92701 |

The Court held a hearing on June 10, 2022 at 10:00 a.m. to consider *Debtors' Emergency Motion For Entry Of An Order Authorizing Debtors To Honor And/Or Pay Pre-Petition Wages, Salaries, Commissions, And Vacation, Leave And Other Benefits, And Reimbursable Expenses, And Honor And/Or Pay Related Payroll Taxes And Workers' Compensation Insurance Costs* [Dkt. 13] (the "Motion")[1] filed by Fitness Anywhere LLC, dba TRX and TRX Training ("Product Co"), debtor in possession in the above-captioned, jointly-administered Chapter 11 bankruptcy cases. Appearances were made as set forth on the record of the Court.

The Court, having considered the Motion and all papers filed by Product Co in support of the Motion, the oral arguments and statements of counsel made at the hearing on the Motion, proper notice of the Motion and the hearing on the Motion having been provided, no opposition to the Motion having been filed with the Court or made at the hearing on the Motion, and for good cause shown,

**HEREBY ORDERS** that:

1. The Motion is granted.

2. The Debtors are authorized to pay the Wages of the Debtors' non-insider employees and honor paid time off and leave benefits in the ordinary course of business, provided that no such employee shall receive in value over $15,150 on account of pre-petition claims for Wages.

3. The Debtors are authorized to pay all taxes constituting, related to, or in connection with, the Wages.

**IT IS SO ORDERED**

Date: June 10, 2022

Scott C. Clarkson
United States Bankruptcy Judge

---

[1] Capitalized terms not otherwise defined herein have the same meanings as in the Motion.