ELKINS KALT WEINTRAUB REUBEN GARTSIDE LLP
MICHAEL I. GOTTFRIED, State Bar No. 146689
  *mgottfried@elkinskalt.com*
10345 W. Olympic Blvd.
Los Angeles, California 90064
Telephone: 310.746.4400
Facsimile: 310.746.4499

Attorneys for Creditor Creative Artists Agency LLC

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA, SANTA ANA DIVISION**

| | |
|---|---|
| In re:<br><br>TRX HOLDCO, LLC, a Delaware limited liability company,<br><br>Debtor and Debtor in Possession. | Case No. 8:22-bk-10948-SC<br><br>Jointly administered with:<br>8:22-bk-10949-SC<br><br>Chapter 11 Cases |
| In re:<br><br>FITNESS ANYWHERE LLC, a Delaware limited liability company, dba TRX and TRX Training,<br><br>Debtor and Debtor in Possession. | **CREATIVE ARTISTS AGENCY LLC'S NOTICE OF APPEARANCE AND REQUEST FOR NOTICES AND SERVICE OF PAPERS**<br><br>Hon. Scott C. Clarkson |

☐ Affects both Debtors

☐ Affects TRX Holdco, LLC only

☒ Affects Fitness Anywhere, LLC only

---

4594853.1                                        1

CREATIVE ARTISTS AGENCY LLC'S NOTICE OF APPEARANCE AND REQUEST FOR NOTICES AND SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that the undersigned hereby appears in the above-captioned case on behalf of Creative Artists Agency LLC ("CAA"), and, pursuant to Federal Rules of Bankruptcy Procedure 2002, 9010(b), and §1109(b) of the Bankruptcy Code, hereby requests that any and all notices given or required to be given in this case and all papers served or required to be served in this case, be delivered to and served upon the person(s) listed below at the following address, email address, telephone, and facsimile number:

> Michael I. Gottfried, Esq.
> Elkins Kalt Weintraub Reuben Gartside LLP
> 10345 W. Olympic Blvd.
> Los Angeles, CA 90064
> Telephone: (310) 746-4400
> Fax: (310) 746-4499
> Emails: mgottfried@elkinskalt.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Code and Federal Rules of Bankruptcy Procedure provisions specified above, but also includes, without limitation, all orders, notices, hearing dates, applications, motions, petitions, requests, complaints, demands, replies, answers, schedules of assets and liabilities and statements of affairs, operating reports, plans of reorganization and liquidation, and disclosure statements, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, courier service, telegraph, telex, telefax or otherwise.

**PLEASE TAKE FURTHER NOTICE** that neither this Notice of Appearance and Request for Notices and Service of Papers (the "Notice") nor any later appearance, pleading, proof of claim, claim or suit shall constitute waiver of (i) the right to have final orders in non-core matters entered only after de novo review by a District Judge, (ii) the right to a trial by jury in any related proceeding related to, or triable in, these cases or any case, controversy or proceeding related to these cases, (iii) the right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, (iv) any objection to the jurisdiction of this Court for any purpose other than with respect to this Notice, (v) an election of remedy, or (vi) any other rights, claims, actions, defenses, setoffs or recoupments as appropriate, in law or in equity, under any agreements, all of which rights, claims, actions, defenses, setoffs and recoupments are

expressly reserved.

DATED: June 13, 2022

ELKINS KALT WEINTRAUB REUBEN GARTSIDE LLP

By: _____
MICHAEL I. GOTTFRIED
Attorneys for Creative Artists Agency LLC

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

Elkins Kalt Weintraub Reuben Gartside, LLP 10345 W. Olympic Blvd., Los Angeles, CA 90064

A true and correct copy of the foregoing document entitled (*specify*):

**CREATIVE ARTISTS AGENCY LLC'S NOTICE OF APPEARANCE AND REQUEST FOR NOTICES AND SERVICE OF PAPERS**

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. <u>**TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**</u>: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) June 13, 2022, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2.** <u>**SERVED BY UNITED STATES MAIL**</u>:
On (*date*) June 13, 2022, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3.** <u>**SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served)</u>: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) June 13, 2022, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| June 13, 2022 | Cecilia G. Avila | /s/ Cecilia G. Avila |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-3.1.PROOF.SERVICE**

**1**. <u>**TO BE SERVED BY THE COURT VIA NEF (Cont'd)**</u>:

- Ron Bender, rb@lnbyb.com
- Jonathan Gottlieb, jdg@lnbyg.com
- Michael J. Hauser, michael.hauser@usdoj.gov
- Marsha A. Houston, mhouston@reedsmith.com, hvalencia@reedsmith.com
- Krikor J. Meshefejian, kjm@lnbyg.com
- Christopher O. Rivas, crivas@reedsmith.com, chris-rivas-8658@ecf.pacerpro.com
- Lindsey L. Smith, lls@lnbyg.com, lls@ecf.inforuptcy.com
- United States Trustee (SA), ustpregion16.sa.ecf@usdoj.gov

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-3.1.PROOF.SERVICE**