RON BENDER (SBN 143364)
KRIKOR J. MESHEFEJIAN (SBN 255030)
LINDSEY L. SMITH (SBN 265401)
LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.
2818 La Cienega Avenue
Los Angeles, California 90034
Telephone:  (310) 229-1234; Facsimile:  (310) 229-1244
Email: RB@LNBYG.COM; KJM@LNBYG.COM; LLS@LNBYG.COM

Proposed Attorneys for Chapter 11 Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
SANTA ANA DIVISION**

| | |
|---|---|
| In re:<br><br>TRX HOLDCO, LLC, a Delaware limited liability company,<br><br>    Debtor and Debtor in Possession.<br><br>In re:<br><br>FITNESS ANYWHERE LLC, a Delaware limited liability company, dba TRX and TRX Training,<br><br>    Debtor and Debtor in Possession.<br><br>☒ Affects both Debtors<br><br>☐ Affects TRX Holdco, LLC only<br><br>☐ Affects Fitness Anywhere, LLC only | Lead Case No.: 8:22-bk-10948-SC<br><br>Jointly administered with:<br>8:22-bk-10949-SC<br><br>Chapter 11 Cases<br><br>**STIPULATION BY AND BETWEEN THE DEBTORS AND THE OFFICE OF THE UNITED STATES TRUSTEE REGARDING INSIDER COMPENSATION**<br><br>[No hearing required] |

1

This Stipulation is entered into by and between TRX Holdco, LLC ("Hold Co") and Fitness Anywhere LLC, dba TRX and TRX Training ("Product Co" and together with Hold Co and Product Co, the "Debtors"), the debtors and debtors-in-possession in the above-captioned, jointly-administered, Chapter 11 bankruptcy cases, on the one hand, and the Office of the United States Trustee (the "OUST" together with the Debtors, the "Parties"), on the other hand, with respect to the following:

A.  The Debtors filed voluntary petitions under chapter 11 of the Bankruptcy Code on June 8, 2022 (the "Petition Date").

B.  On the Petition Date, pursuant to Local Bankruptcy Rule 2014-1(a) and the OUST's Guidelines and Requirements for Debtors in Possession, the Debtors submitted and served on the OUST, among others, the following Notices of Setting Insider Compensation (collectively, the "Insider Compensation Notices") for the following insiders (the "Insiders"):

a. Notice of Setting Insider Compensation for Jurgen Pauquet in the Hold Co case.

b. Notice of Setting Insider Compensation for Christopher Fischer in the Hold Co case.

c. Notice of Setting Insider Compensation for Mark Reis in the Hold Co case.

d. Notice of Setting Insider Compensation for Nasario Mejia in the Hold Co case.

e. Notice of Setting Insider Compensation for Michael Zuercher, Law Office of Michael A. Zuercher, Inc., in the Hold Co case

f. Notice of Setting Insider Compensation for Randal Hetrick in the Product Co case

g. Notice of Setting Insider Compensation for TRX Holdco, LLC in the Product Co case.

C.  The deadline to object to the Insider Compensation Notices is June 22, 2022 (the "Objection Deadline").

D.  Subsequent to the Debtors' submission and service of the Insider Compensation Notices, the Parties have had discussions about the Insider Compensation Notices. The foregoing discussions between the Parties resulted in this Stipulation.

NOW THEREFORE, THE DEBTORS AND THE OUST HEREBY STIPULATE AND AGREE AS FOLLOWS:

1.  The Debtors shall pay the Insiders as requested in the Insider Compensation Notices for the period of June 8, 2022 (the Petition Date) through and including July 30, 2022.

2.  The Objection Deadline for the OUST and the to-be-appointed Official Committee of Unsecured Creditors shall be extended to July 20, 2022 (the "Objection Deadline").

3.  If no objection is filed by the Objection Deadline, the Debtors shall be authorized to continue paying the Insiders beyond July 30, 2022 in accordance with the Insider Compensation Notices.

4.  If an objection is filed by the Objection Deadline, the OUST consents to the Court conducting a hearing on shortened time to consider the objection and any response filed by the Debtors.

5.  Following the execution of this Stipulation, the Debtors will file this Stipulation and upload an order approving this Stipulation with the Court.

*[Signature Pages Contained On The Following Page]*

3

Agreed:

Dated: June 13, 2022

TRX HOLDCO, LLC
FITNESS ANYWHERE LLC

By: */s/ Ron Bender*
    RON BENDER
    KRIKOR J. MESHEFEJIAN
    LINDSEY L. SMITH
    LEVENE, NEALE, BENDER,
    YOO & GOLUBCHIK L.L.P.
    Proposed Attorneys for Chapter 11 Debtors
    and Debtors in Possession

Agreed:

Dated: June 13, 2022

PETER C. ANDERSON
UNITED STATES TRUSTEE

By: *Michael Hauser*
    MICHAEL HAUSER
    Attorney for the United States Trustee

4

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
2818 La Cienega Avenue, Los Angeles, CA 90034

A true and correct copy of the foregoing document entitled (*specify*): **STIPULATION BY AND BETWEEN THE DEBTORS AND THE OFFICE OF THE UNITED STATES TRUSTEE REGARDING INSIDER COMPENSATION** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **June 13, 2022**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Ron Bender**    rb@lnbyb.com
- **Jonathan Gottlieb**    jdg@lnbyg.com
- **Michael J Hauser**    michael.hauser@usdoj.gov
- **Marsha A Houston**    mhouston@reedsmith.com, hvalencia@reedsmith.com
- **Krikor J Meshefejian**    kjm@lnbyg.com
- **Christopher O Rivas**    crivas@reedsmith.com, chris-rivas-8658@ecf.pacerpro.com
- **Lindsey L Smith**    lls@lnbyg.com, lls@ecf.inforuptcy.com
- **United States Trustee (SA)**    ustpregion16.sa.ecf@usdoj.gov

**2. SERVED BY UNITED STATES MAIL**: On (*date*) **June 13, 2022**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **June 13, 2022**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| June 13, 2022 | Lourdes Cruz | /s/ Lourdes Cruz |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*    **F 9013-3.1.PROOF.SERVICE**