| Attorney or Party Name, Address, Telephone & FAX Nos<br>RON BENDER (SBN 143364)<br>KRIKOR J. MESHEFEJIAN (SBN 255030)<br>LINDSEY L. SMITH (SBN 265401)<br>LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.<br>2818 La Cienega Avenue<br>Los Angeles, California 90034<br>Telephone: (310) 229-1234<br>Facsimile: (310) 229-1244<br>Email: rb@lnbyg.com; kjm@lnbyg.com; lls@lnbyg.com<br><br>☐ *Individual appearing without attorney*<br>☒ *Attorney for: Debtors and Debtors in Possession* | FOR COURT USE ONLY<br><br>**FILED & ENTERED**<br><br>**JUN 17 2022**<br><br>CLERK U.S. BANKRUPTCY COURT<br>Central District of California<br>BY mccall    DEPUTY CLERK<br><br>**CHANGES MADE BY COURT** |
|---|---|

**UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA – SATNA ANA DIVISION**

| In re:<br><br>TRX HOLDCO, LLC, a Delaware limited liability company,<br><br>   Debtor and Debtor in Possession.<br>_____<br>In re:<br><br>FITNESS ANYWHERE LLC, a Delaware limited liability company,<br><br>   Debtor and Debtor in Possession.<br>_____<br><br>☒ Affects both Debtors<br>☐ Affects TRX Holdco, LLC only<br>☐ Affects Fitness Anywhere, LLC only | LEAD CASE NO.: 8:22-bk-10948-SC<br><br>Jointly administered with: 8:22-bk-10949-SC<br><br>CHAPTER: 11<br><br><br><br>**ORDER:**<br><br>☒ **GRANTING APPLICATION AND SETTING HEARING ON SHORTENED NOTICE**<br><br>☐ **DENYING APPLICATION FOR ORDER SETTING HEARING ON SHORTENED NOTICE**<br><br>   **[LBR 9075-1(b)]** |
|---|---|

**Movants** (*name*): TRX Holdco, LLC and Fitness Anywhere LLC, Chapter 11 debtors and debtors in possession

1. Movant filed the following motion together with supporting declarations and (if any) supporting documents:

 a. *Title of motion*: Debtors' Motion For Entry Of An Order Authorizing Rejection Of Separation And Release Of Claims Agreement With John Hutchinson

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013*     Page 1     **F 9075-1.1.ORDER.SHORT.NOTICE**

    b.  *Date of filing of motion:* June 17, 2022

2. Pursuant to LBR 9075-1(b), movant also filed an Application for Order Setting Hearing on Shortened Notice (Application) together with supporting declaration(s):

    *Date of filing of Application*: June 17, 2022

3. Based upon the court's review of the application, it is ordered that:

    a. ☐ The Application is denied. The motion may be brought on regular notice pursuant to LBRs.

    b. ☒ The Application is granted, and it is further ordered that:

    (1) ☒ A hearing on the motion will take place as follows:

    > **Hearing date: June 24, 2022**
    > **Time:** 10:00 a.m. **(Pacific Time)**
    > **Courtroom:** 5c
    >
    > Place:
    > ☒ **411 West Fourth Street, Santa ana, CA 92701**
    >
    > - Via Zoom

    (2) ☒ No later than the deadlines given, **telephonic notice** of the hearing must be provided to all persons/entities listed:

    > (A) *Deadlines:*
    > Date: 6/17/22
    > Time:
    >
    > (B) *Persons/entities to be provided with telephonic notice:*
    >
    > **The counterparty to the contract affected by the Motion.**
    >
    > ☐ See attached page
    >
    > (C) *Telephonic notice is also required upon* the United States trustee

    (3) ☒ No later than the deadlines given, **written notice of the hearing** and a **copy of this order** must be served upon all persons/entities listed using: ☒ one of the methods checked ☐ all of the methods checked

    (A) ☒ Personal Delivery ☒ Overnight Mail ☐ First class mail ☒ Facsimile* ☒ Email*

    > (B) *Deadlines:*
    > Date: June 18, 2021
    > Time: 5:00 p.m. Pacific Time*
    >
    > (C) *Persons/entities to be served with written notice and a copy of this order:*
    > Any secured creditors, the twenty largest general unsecured creditors of each of the Debtors, and the counterparty to the contract affected by the Motion.
    >
    > ☐ See attached page
    >
    > (D) *Service is also required upon*:
    > -- United States trustee *(electronic service is not permitted)*
    > -- Judge's copy

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013*      Page 2      **F 9075-1.1.ORDER.SHORT.NOTICE**

(4)    ☒ No later than the deadlines given, a copy of the motion, declarations, and supporting documents (if any), must be served on all persons/entities listed using:    ☒ one of the methods checked  ☐ all of the methods checked

(A) ☒ Personal Delivery  ☒ Overnight Mail  ☐ First Class Mail  ☒ Facsimile*  ☒ Email*

(B) *Deadlines:*
Date: June 18, 2021

Time: 5:00 p.m. Pacific Time*

(C) *Persons/entities to be served with motion, declarations, supporting documents:*
The counterparty to the contract affected by the Motion.

☐ See attached page

(D) *Service is also required upon*:
-- United States trustee *(no electronic service permitted)*
-- Judge's copy

(5)    ☒ Regarding **opposition to the motion**

☐ opposition to the motion may be made **orally** at the hearing

☐ no later than the deadlines given, **written opposition to the motion** must be filed with the court and served upon all persons/entities listed using: ☐ one of the methods checked  ☐ all of the methods checked

(A) ☐ Personal Delivery  ☐ Overnight Mail  ☐ First Class Mail  ☐ Facsimile*  ☐ Email*

(B) *Deadlines:*
Date: 6/22/22

Time:

(C) *Persons/entities to be served with written opposition to the motion:*
-- movant's attorney (or movant, if movant is not represented by an attorney)

All interested parties

(D) *Service is also required upon*:
-- United States trustee (*electronic service is not permitted*)
-- Judge's copy—emailed to Chambers_MBarash@cacb.uscourts.gov

(6)    ☒ Regarding a **reply to an opposition:**

☒ a reply to opposition may be made **orally** at the hearing.

☐ no later than the deadlines given, a **written reply to an opposition** must be filed with the court and served on all persons/entities listed using:  ☐ one of the methods checked   ☐ all of the methods checked

(A) ☐ Personal Delivery  ☐ Overnight Mail  ☐ First Class Mail  ☐ Facsimile*  ☐ Email*

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013*                Page 3                **F 9075-1.1.ORDER.SHORT.NOTICE**

| (B) *Deadlines:* <br> Date: <br><br> Time: | (C) *Persons/entities to be served with written reply to opposition:* <br> -- All persons/entities who filed a written opposition <br><br> (D) *Service is also required upon*: <br> -- United States trustee *(electronic service is not permitted)* <br> -- Judge's copy—emailed to Chambers_MBarash@cacb.uscourts.gov |
|---|---|

(7) ☐ Other requirements:

(8) ☒ No later than the deadlines given, movant must file a **Declaration of Notice and Service** establishing that telephonic notice, written notice, and service of the motion and this order was completed as set forth above, and a **judge's copy** of the Declaration of Notice and Service must be personally delivered to the judge's chambers:

> ☒ at least 2 days before the hearing.
> ☐ no later than:    Date:               Time:

\* Service by electronic means (facsimile or email) requires compliance with F.R.Civ.P. 5(b)(2)(E).

###

Date: June 17, 2022

Scott C. Clarkson
United States Bankruptcy Judge

---

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013*                    Page 4                    **F 9075-1.1.ORDER.SHORT.NOTICE**