RON BENDER (SBN 143364)
KRIKOR J. MESHEFEJIAN (SBN 255030)
LINDSEY L. SMITH (SBN 265401)
LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.
2818 La Cienega Avenue
Los Angeles, California 90034
Telephone:  (310) 229-1234; Facsimile:  (310) 229-1244
Email: RB@LNBYG.COM; KJM@LNBYG.COM; LLS@LNBYG.COM

Proposed Attorneys for Chapter 11 Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**SANTA ANA DIVISION**

| | |
|---|---|
| In re:<br><br>TRX HOLDCO, LLC, a Delaware limited liability company,<br><br>          Debtor and Debtor in Possession.<br><br>In re:<br><br>FITNESS ANYWHERE LLC, a Delaware limited liability company, dba TRX and TRX Training,<br><br>          Debtor and Debtor in Possession.<br><br>☒ Affects both Debtors<br><br>☐ Affects TRX Holdco, LLC only<br><br>☐ Affects Fitness Anywhere, LLC only | Lead Case No.: 8:22-bk-10948-SC<br><br>Jointly administered with:<br>8:22-bk-10949-SC<br><br>Chapter 11 Cases<br><br>**SUPPLEMENT TO DEBTORS' EMERGENCY MOTION FOR ENTRY OF AN ORDER AUTHORIZING THE DEBTORS TO USE CASH COLLATERAL PURSUANT TO 11 U.S.C. §§ 361, 362 AND 363 AND GRANTING ADEQUATE PROTECTION AND RELATED RELIEF**<br><br>DATE:    June 30, 2022<br>TIME:    10:00 a.m.<br>PLACE:   *Via ZoomGov<br>         Courtroom 5C<br>         411 West Fourth Street<br>         Santa Ana, CA 92701 |

1

At a hearing held on June 10, 2022, at 10:00 a.m. (Pacific Time), the Court granted the motion ("Motion") (Doc 7), filed by TRX Holdco, LLC ("Hold Co") and Fitness Anywhere LLC, dba TRX and TRX Training ("Product Co" and, together with Hold Co, the "Debtors"), the debtors and debtors-in-possession in the above-captioned, jointly-administered, Chapter 11 bankruptcy cases, as modified with the consent of the Debtors' secured lender, Woodforest National Bank (the "Bank"). The Court entered an interim order, the form of which had been agreed to by the Debtors and the Bank, on June 10, 2022 as Doc 38.

Attached to the Motion were 13-week cash flow budgets for the Debtors (the "Budgets"). The interim cash collateral order provided for the Debtors to file any desired supplement to the Motion, including any proposed modifications to the Budgets, by June 15, 2022. The Debtors are working closely with the Bank in regards to the Budgets as well as prospective debtor-in-possession financing to be provided by the Bank to the Debtors.

With the development of new information, the Debtors needed to update and refine the Budgets. Due to various logistical and scheduling issues, the Debtors and the Bank were not able to schedule their meeting to review the Debtors' proposed amended Budgets until Friday, June 17, 2022. The Debtors therefore requested the Bank to agree to extend the deadline for the Debtors to file their amended Budgets to June 17, 2022 to provide the Debtors the opportunity to review the amended Budgets with the Bank, and hopefully reach agreement with the Bank, before the Debtors filed the amended Budgets with the Court.

Attached hereto as Exhibit "1" is a copy of the amended Budgets that have been presented to the Bank. The Debtors intend to work collaboratively with the Bank in making all reasonable efforts to reach agreement with the Bank on the amended Budgets. The Debtors reserve the right to file any further amendments to the Budgets as the Debtors deem appropriate as the facts and circumstances of these bankruptcy cases is a continuously evolving process. As compared to the original Budgets that were filed with the Court on June 8, 2022 which covered a thirteen week period (Weeks 1 – 13) beginning on the Petition Date, the amended Budgets attached hereto extend through the fourteenth week after the Petition Date (Weeks 2 – 14) beginning on the Petition Date.

The following is a summary of the key revisions contained in the amended Budgets as compared to **Weeks 1 – 13** of the original Budgets that were attached to the Motion[1]:

1. Increase in beginning cash for Week 1 in the amount of $119,292;
2. Decrease in receipts for Week 1 in the amount of $354,654[2];
3. Addition of inventory purchases in the amount of $300,000; and
4. Net increase in vendor disbursements in the total amount of $452,591 (after taking into account decrease of $1,871 of utilities expenses), in primarily the following categories, and including as a result of demands by certain vendors for prepayments and increases in monthly rates:
   a. Contractor expenses, including for IT and sales support ($220,346);
   b. Commissions (based on sales) ($30,000);
   c. Growth initiatives ($1,666)
   d. Insurance obligations ($29,102);
   e. Marketing expenses ($19,684);
   f. Non-bankruptcy "professionals" ($1,789);
   g. "Other" expenses comprised of trade show/event costs and a bank account analysis fee ($43,891);
   h. Payroll ($1,652);
   i. Technology services ($46,332); and
   j. Payments to the Debtors' United Kingdom affiliate for the purpose of funding affiliate's expenses, including tax obligations ($60,000).

These increases for Weeks 1 – 13 total $454,462. After taking into account a reduction of $1,871 for utilities expenses, the net increase in vendor disbursements totals $452,591.

---

[1] In addition to these changes, the amended Budgets attached hereto include Week 14 projections.

[2] Projected amounts in original Budgets included amounts already collected by the Debtors. The Debtors were projected to receive $560,000 and actually collected $461,000 in the five-day period covered by Week 1 of the Budgets.

| | |
|---|---|
| Dated: June 17, 2022 | TRX HOLDCO, LLC<br>FITNESS ANYWHERE LLC<br><br>By:   */s/ Krikor J. Meshefejian*<br>      RON BENDER<br>      KRIKOR J. MESHEFEJIAN<br>      LINDSEY L. SMITH<br>      LEVENE, NEALE, BENDER,<br>      YOO & GOLUBCHIK L.L.P.<br>      Proposed Attorneys for Chapter 11 Debtors<br>      and Debtors in Possession |

# EXHIBIT "1"

**Fitness Anywhere, LLC (known as "ProductCo") & TRX HoldCo, LLC (known as "HoldCo")**
Debtors Cash Collateral Budget
As of June 17, 2022
$USD

| Week --> | Week 2 | Week 3 | Week 4 | Week 5 | Week 6 | Week 7 | Week 8 |
|---|---|---|---|---|---|---|---|
| From --> | 6/13/2022 | 6/20/2022 | 6/27/2022 | 7/4/2022 | 7/11/2022 | 7/18/2022 | 7/25/2022 |
| Week-Ending --> | 6/19/2022 | 6/26/2022 | 7/3/2022 | 7/10/2022 | 7/17/2022 | 7/24/2022 | 7/31/2022 |
| **PRODUCTCO** | | | | | | | |
| **Beginning ProductCo Cash Balance** | $ 1,136,840 | $ 1,366,842 | $ 1,333,294 | $ 822,910 | $ 935,992 | $ 1,387,137 | $ 1,710,505 |
| Ecommerce NA & UK | $ 102,714 | $ 102,714 | $ 108,835 | $ 108,835 | $ 108,835 | $ 108,835 | $ 108,835 |
| Amazon FBA International | - | 24,989 | - | 24,989 | - | 24,989 | - |
| Amazon FBA NA | 312,235 | - | 436,970 | - | 436,970 | - | 436,970 |
| Transfers from Non-Debtor Affiliate (Japan) | - | - | 5,000 | - | - | - | 5,000 |
| Accounts Receivables Collections | 531,169 | 482,981 | 479,037 | 526,556 | 550,738 | 500,775 | 514,626 |
| **TOTAL PRODUCTCO SOURCES** | $ 946,118 | $ 610,684 | $ 1,029,842 | $ 660,381 | $ 1,096,544 | $ 634,600 | $ 1,065,432 |
| Payroll, Payroll Tax & Benefits - ProductCo | $ 244,274 | $ - | $ 242,267 | $ - | $ 242,267 | $ - | $ 231,981 |
| Commission - ProductCo | - | - | 30,000 | - | - | - | 30,000 |
| Inventory Purchases - ProductCo | - | 300,000 | - | - | - | - | - |
| Contractors - ProductCo | 102,796 | 23,500 | 152,750 | 40,500 | 87,400 | 40,500 | 152,750 |
| Key Consultants - ProductCo | - | - | 8,889 | - | - | - | 8,889 |
| Rent - ProductCo | - | - | 47,500 | - | - | - | 47,500 |
| Marketing - ProductCo | 50,000 | 50,000 | 624,000 | - | - | - | 774,000 |
| Insurance - ProductCo | 37,381 | 20,000 | 27,839 | 16,068 | 20,000 | 20,000 | 27,839 |
| Logistics - ProductCo | 128,982 | 128,982 | 128,982 | 128,982 | 128,982 | 128,982 | 128,982 |
| Professionals - ProductCo | - | - | 18,350 | 50,000 | - | - | 18,350 |
| Technology - ProductCo | 4,332 | - | 24,400 | 90,000 | - | - | 15,500 |
| Utilities - ProductCo | 1,129 | - | 3,000 | - | - | - | 3,000 |
| Other Expenses, Vendors - ProductCo | 86,850 | 75,000 | 130,500 | 75,000 | 75,000 | 75,000 | 90,000 |
| Sales tax - ProductCo | - | - | - | 100,000 | - | - | 100,000 |
| Payments to UK Affiliate[1] - ProductCo | - | 30,000 | - | 30,000 | - | 30,000 | - |
| Management Payroll - Transfer to HoldCo - ProductCo | 60,372 | - | 75,000 | - | 75,000 | - | 75,000 |
| Cross-Border Vendors - ProductCo | - | 16,750 | 26,750 | 16,750 | 16,750 | 16,750 | 26,750 |
| BK Professional Fees[2] - ProductCo | - | - | - | - | - | - | - |
| US Trustee Fees - ProductCo | - | - | - | - | - | - | - |
| **TOTAL PRODUCTCO DISBURSEMENTS** | $ 716,116 | $ 644,232 | $ 1,540,226 | $ 547,300 | $ 645,399 | $ 311,232 | $ 1,730,540 |
| **PRODUCTCO - CASH ROLLFORWARD** | | | | | | | |
| Beginning PRODUCTCO Cash Balance | $ 1,136,840 | $ 1,366,842 | $ 1,333,294 | $ 822,910 | $ 935,992 | $ 1,387,137 | $ 1,710,505 |
| (+) ProductCo Receipts | 946,118 | 610,684 | 1,029,842 | 660,381 | 1,096,544 | 634,600 | 1,065,432 |
| (-) ProductCo Disbursements | (716,116) | (644,232) | (1,540,226) | (547,300) | (645,399) | (311,232) | (1,730,540) |
| **Ending ProductCo Cash Balance** | $ 1,366,842 | $ 1,333,294 | $ 822,910 | $ 935,992 | $ 1,387,137 | $ 1,710,505 | $ 1,045,396 |
| Change in ProductCo Cash from Previous Week | $ 230,002 | $ (33,547) | $ (510,384) | $ 113,081 | $ 451,145 | $ 323,368 | $ (665,109) |
| **_Inventory Rollforward_** | | | | | | | |
| Beginning Inventory | $ 17,960,993 | $ 17,469,394 | $ 17,452,323 | $ 16,881,997 | $ 16,562,152 | $ 15,991,989 | $ 15,672,143 |
| (+) Purchases | - | 300,000 | - | - | - | - | - |
| (-) Cost of Goods | (491,599) | (317,070) | (570,326) | (319,845) | (570,163) | (319,845) | (570,163) |
| = Ending Inventory | $ 17,469,394 | $ 17,452,323 | $ 16,881,997 | $ 16,562,152 | $ 15,991,989 | $ 15,672,143 | $ 15,101,981 |
| **_Accounts Receivable Rollforward_** [3] | | | | | | | |
| Beginning AR | $ 4,467,123 | $ 4,462,171 | $ 4,505,407 | $ 4,552,588 | $ 4,551,909 | $ 4,527,048 | $ 4,552,150 |
| (+) Sales (Domestic Commercial, Retail, Government, Intl. Dist.) | 526,218 | 526,218 | 526,218 | 525,877 | 525,877 | 525,877 | 525,877 |
| (-) Collections (Domestic Commercial, Retail, Government, Intl. Dist.) | (531,169) | (482,981) | (479,037) | (526,556) | (550,738) | (500,775) | (514,626) |
| = Ending AR | $ 4,462,171 | $ 4,505,407 | $ 4,552,588 | $ 4,551,909 | $ 4,527,048 | $ 4,552,150 | $ 4,563,401 |

**Notes**
(1) Current payroll and current VAT / other taxes. There is approximately an additional 80,000 GBP outstanding related to VAT.
(2) There are no bankruptcy professional payments in this forecast.
(3) The AR Rollforward does not include sales and collections activity relating to Ecommerce and Amazon.
- This budget does not reflect the proceeds or use of any DIP financing nor carve-outs arising thereof.
- Information has been sourced from management and the Company's books and records. This information has not been audited or independently verified.

**Fitness Anywhere, LLC (known as "ProductCo") & TRX HoldCo, LLC (known as "HoldCo")**
Debtors Cash Collateral Budget
As of June 17, 2022
*$USD*

| Week --> | | Week 9 | Week 10 | Week 11 | Week 12 | Week 13 | Week 14 | Current Rolling 13 Weeks |
|---|---|---|---|---|---|---|---|---|
| From --> | | 8/1/2022 | 8/8/2022 | 8/15/2022 | 8/22/2022 | 8/29/2022 | 9/5/2022 | |
| Week-Ending --> | | 8/7/2022 | 8/14/2022 | 8/21/2022 | 8/28/2022 | 9/4/2022 | 9/11/2022 | |
| **PRODUCTCO** | | | | | | | | |
| **Beginning ProductCo Cash Balance** | $ | 1,045,396 $ | 1,378,427 $ | 1,742,939 $ | 2,103,241 $ | 2,408,665 $ | 1,706,963 $ | 1,136,840 |
| Ecommerce NA & UK | $ | 108,566 $ | 108,566 $ | 108,566 $ | 108,566 $ | 108,566 $ | 121,338 $ | 1,413,769 |
| Amazon FBA International | | 24,989 | - | 24,989 | - | 24,989 | - | 149,936 |
| Amazon FBA NA | | - | 304,444 | - | 304,444 | - | 296,369 | 2,528,402 |
| Transfers from Non-Debtor Affiliate (Japan) | | - | - | - | - | 5,000 | - | 15,000 |
| Accounts Receivables Collections | | 565,676 | 591,654 | 537,979 | 514,626 | 565,920 | 591,910 | 6,953,649 |
| **TOTAL PRODUCTCO SOURCES** | $ | 699,231 $ | 1,004,664 $ | 671,534 $ | 927,636 $ | 704,475 $ | 1,009,617 $ | 11,060,756 |
| Payroll, Payroll Tax & Benefits - ProductCo | $ | - $ | 231,981 $ | - $ | 231,981 $ | - $ | - $ | 1,424,750 |
| Commission - ProductCo | | - | - | - | 30,000 | - | - | 90,000 |
| Inventory Purchases - ProductCo | | - | - | - | - | - | - | 300,000 |
| Contractors - ProductCo | | 40,500 | 87,400 | 40,500 | 44,500 | 148,750 | 44,500 | 1,006,346 |
| Key Consultants - ProductCo | | - | - | - | - | 8,889 | - | 26,667 |
| Rent - ProductCo | | - | - | - | - | 47,500 | - | 142,500 |
| Marketing - ProductCo | | - | - | - | - | 724,000 | - | 2,222,000 |
| Insurance - ProductCo | | 16,068 | 20,000 | 20,000 | 20,000 | 23,907 | 20,000 | 289,102 |
| Logistics - ProductCo | | 128,982 | 128,982 | 128,982 | 128,982 | 128,982 | 128,982 | 1,676,761 |
| Professionals - ProductCo | | 50,000 | - | - | - | 50,000 | - | 186,700 |
| Technology - ProductCo | | 8,900 | 5,040 | - | - | 24,400 | - | 172,572 |
| Utilities - ProductCo | | - | - | - | - | 3,000 | - | 10,129 |
| Other Expenses, Vendors - ProductCo | | 75,000 | 75,000 | 75,000 | 75,000 | 90,000 | 75,000 | 1,072,350 |
| Sales tax - ProductCo | | - | - | - | - | 100,000 | - | 300,000 |
| Payments to UK Affiliate[1] - ProductCo | | 30,000 | - | 30,000 | - | 30,000 | - | 180,000 |
| Management Payroll - Transfer to HoldCo - ProductCo | | - | 75,000 | - | 75,000 | - | - | 435,372 |
| Cross-Border Vendors - ProductCo | | 16,750 | 16,750 | 16,750 | 16,750 | 26,750 | 16,750 | 231,000 |
| BK Professional Fees[2] - ProductCo | | - | - | - | - | - | - | - |
| US Trustee Fees - ProductCo | | - | - | - | - | - | - | - |
| **TOTAL PRODUCTCO DISBURSEMENTS** | $ | 366,200 $ | 640,152 $ | 311,232 $ | 622,212 $ | 1,406,177 $ | 285,232 $ | 9,766,248 |
| **PRODUCTCO - CASH ROLLFORWARD** | | | | | | | | |
| Beginning PRODUCTCO Cash Balance | $ | 1,045,396 $ | 1,378,427 $ | 1,742,939 $ | 2,103,241 $ | 2,408,665 $ | 1,706,963 $ | 1,136,840 |
| (+) ProductCo Receipts | | 699,231 | 1,004,664 | 671,534 | 927,636 | 704,475 | 1,009,617 | 11,060,756 |
| (-) ProductCo Disbursements | | (366,200) | (640,152) | (311,232) | (622,212) | (1,406,177) | (285,232) | (9,766,248) |
| **Ending ProductCo Cash Balance** | $ | 1,378,427 $ | 1,742,939 $ | 2,103,241 $ | 2,408,665 $ | 1,706,963 $ | 2,431,348 $ | 2,431,348 |
| *Change in ProductCo Cash from Previous Week* | $ | 333,031 $ | 364,512 $ | 360,303 $ | 305,424 $ | (701,703) $ | 724,385 | |
| **Inventory Rollforward** | | | | | | | | |
| Beginning Inventory | $ | 15,101,981 $ | 14,782,265 $ | 14,293,477 $ | 13,974,485 $ | 13,485,697 $ | 13,166,705 $ | 17,960,993 |
| (+) Purchases | | - | - | - | - | - | - | 300,000 |
| (-) Cost of Goods | | (319,716) | (488,788) | (318,992) | (488,788) | (318,992) | (534,392) | (5,628,680) |
| = Ending Inventory | $ | 14,782,265 $ | 14,293,477 $ | 13,974,485 $ | 13,485,697 $ | 13,166,705 $ | 12,632,313 $ | 12,632,313 |
| **Accounts Receivable Rollforward**[3] | | | | | | | | |
| Beginning AR | $ | 4,563,401 $ | 4,523,603 $ | 4,456,318 $ | 4,442,709 $ | 4,452,452 $ | 4,410,902 $ | 4,467,123 |
| (+) Sales (Domestic Commercial, Retail, Government, Intl. Dist.) | | 525,877 | 524,370 | 524,370 | 524,370 | 524,370 | 616,829 | 6,922,347 |
| (-) Collections (Domestic Commercial, Retail, Government, Intl. Dist.) | | (565,676) | (591,654) | (537,979) | (514,626) | (565,920) | (591,910) | (6,953,649) |
| = Ending AR | $ | 4,523,603 $ | 4,456,318 $ | 4,442,709 $ | 4,452,452 $ | 4,410,902 $ | 4,435,821 $ | 4,435,821 |

**Notes**
(1) Current payroll and current VAT / other taxes. There is approximately an additional 80,000 GBP outstanding related to VAT.
(2) There are no bankruptcy professional payments in this forecast.
(3) The AR Rollforward does not include sales and collections activity relating to Ecommerce and Amazon.
- This budget does not reflect the proceeds or use of any DIP financing nor carve-outs arising thereof.
- Information has been sourced from management and the Company's books and records. This information has not been audited or independently verified.

**Fitness Anywhere, LLC (known as "ProductCo") & TRX HoldCo, LLC (known as "HoldCo")**
Debtors Cash Collateral Budget
As of June 17, 2022
*$USD*

| Week --> | Week 2 | Week 3 | Week 4 | Week 5 | Week 6 | Week 7 | Week 8 |
|---|---|---|---|---|---|---|---|
| From --> | 6/13/2022 | 6/20/2022 | 6/27/2022 | 7/4/2022 | 7/11/2022 | 7/18/2022 | 7/25/2022 |
| Week-Ending --> | 6/19/2022 | 6/26/2022 | 7/3/2022 | 7/10/2022 | 7/17/2022 | 7/24/2022 | 7/31/2022 |
| **HOLDCO** | | | | | | | |
| **Beginning HoldCo Cash Balance** | $ 114,584 | $ 146,136 | $ 121,520 | $ 142,020 | $ 148,520 | $ 142,520 | $ 127,070 |
| Education/CORE - ExperienceCo | $ 50,000 | $ 50,000 | $ 50,000 | $ 50,000 | $ 50,000 | $ 50,000 | 50,000 |
| Apple Subscriptions - ExperienceCo | - | - | 40,000 | - | - | - | 40,000 |
| Management Payroll - InterCo Transfer from ProductCo | 60,372 | - | 75,000 | - | 75,000 | - | 75,000 |
| Other | - | - | - | - | - | - | - |
| **TOTAL HOLDCO SOURCES** | $ 110,372 | $ 50,000 | $ 165,000 | $ 50,000 | $ 125,000 | $ 50,000 | $ 165,000 |
| Payroll, Payroll Tax & Benefits- HoldCo | $ 60,372 | - | $ 75,000 | - | $ 75,000 | - | $ 75,000 |
| Contractors - HoldCo | - | 13,500 | 13,500 | 13,500 | 13,500 | 13,500 | 13,500 |
| Key Consultants - HoldCo | - | - | 12,500 | - | 12,500 | - | 12,500 |
| UK Studio Rent - HoldCo | - | 3,000 | - | - | - | 3,000 | - |
| Marketing - HoldCo | 18,448 | 17,500 | 17,500 | 17,500 | 17,500 | 17,500 | 17,500 |
| Technology - HoldCo | - | - | 1,000 | - | - | - | - |
| Other Expenses - HoldCo | - | 12,500 | 12,500 | 12,500 | 12,500 | 12,500 | 12,500 |
| Growth Initiative - HoldCo | - | 28,116 | 12,500 | - | - | 18,950 | - |
| **TOTAL HOLDCO DISBURSEMENTS** | $ 78,820 | $ 74,616 | $ 144,500 | $ 43,500 | $ 131,000 | $ 65,450 | $ 131,000 |
| **HOLDCO - CASH ROLLFORWARD** | | | | | | | |
| Beginning HOLDCO Cash Balance | $ 114,584 | $ 146,136 | $ 121,520 | $ 142,020 | $ 148,520 | $ 142,520 | $ 127,070 |
| (+) HoldCo Receipts | 110,372 | 50,000 | 165,000 | 50,000 | 125,000 | 50,000 | 165,000 |
| (-) HoldCo Disbursements | (78,820) | (74,616) | (144,500) | (43,500) | (131,000) | (65,450) | (131,000) |
| **Ending HoldCo Cash Balance** | $ 146,136 | $ 121,520 | $ 142,020 | $ 148,520 | $ 142,520 | $ 127,070 | $ 161,070 |
| *Change in HoldCo Cash from Previous Week* | $ 31,552 | $ (24,616) | $ 20,500 | $ 6,500 | $ (6,000) | $ (15,450) | $ 34,000 |

**Notes**
(1) Current payroll and current VAT / other taxes. There is approximately an additional 80,000 GBP outstanding related to VAT.
(2) There are no bankruptcy professional payments in this forecast.
(3) The AR Rollforward does not include sales and collections activity relating to Ecommerce and Amazon.
- This budget does not reflect the proceeds or use of any DIP financing nor carve-outs arising thereof.
- Information has been sourced from management and the Company's books and records. This information has not been audited or independently verified.

**Fitness Anywhere, LLC (known as "ProductCo") & TRX HoldCo, LLC (known as "HoldCo")**
Debtors Cash Collateral Budget
As of June 17, 2022
*$USD*

| Week --> | Week 9 | Week 10 | Week 11 | Week 12 | Week 13 | Week 14 | Current Rolling 13 Weeks |
|---|---|---|---|---|---|---|---|
| From --> | 8/1/2022 | 8/8/2022 | 8/15/2022 | 8/22/2022 | 8/29/2022 | 9/5/2022 | |
| Week-Ending --> | 8/7/2022 | 8/14/2022 | 8/21/2022 | 8/28/2022 | 9/4/2022 | 9/11/2022 | |
| **HOLDCO** | | | | | | | |
| **Beginning HoldCo Cash Balance** | $ 161,070 | $ 154,070 | $ 148,070 | $ 132,620 | $ 126,620 | $ 159,620 | $ 114,584 |
| Education/CORE - ExperienceCo | $ 50,000 | $ 50,000 | $ 50,000 | $ 50,000 | $ 50,000 | $ 50,000 | $ 650,000 |
| Apple Subscriptions - ExperienceCo | - | - | - | - | 40,000 | 40,000 | 160,000 |
| Management Payroll - InterCo Transfer from ProductCo | - | 75,000 | - | 75,000 | - | - | 435,372 |
| Other | - | - | - | - | - | - | - |
| **TOTAL HOLDCO SOURCES** | $ 50,000 | $ 125,000 | $ 50,000 | $ 125,000 | $ 90,000 | $ 90,000 | $ 1,245,372 |
| Payroll, Payroll Tax & Benefits- HoldCo | $ - | $ 75,000 | $ - | $ 75,000 | $ - | $ - | $ 435,372 |
| Contractors - HoldCo | 13,500 | 13,500 | 13,500 | 13,500 | 13,500 | 13,500 | 162,000 |
| Key Consultants - HoldCo | - | 12,500 | - | 12,500 | - | 12,500 | 75,000 |
| UK Studio Rent - HoldCo | - | - | 3,000 | - | - | - | 9,000 |
| Marketing - HoldCo | 17,500 | 17,500 | 17,500 | 17,500 | 17,500 | 17,500 | 228,448 |
| Technology - HoldCo | 1,000 | - | - | - | 1,000 | - | 3,000 |
| Other Expenses - HoldCo | 12,500 | 12,500 | 12,500 | 12,500 | 12,500 | 12,500 | 150,000 |
| Growth Initiative - HoldCo | 12,500 | - | 18,950 | - | 12,500 | - | 103,516 |
| **TOTAL HOLDCO DISBURSEMENTS** | $ 57,000 | $ 131,000 | $ 65,450 | $ 131,000 | $ 57,000 | $ 56,000 | $ 1,166,336 |
| **HOLDCO - CASH ROLLFORWARD** | | | | | | | |
| Beginning HOLDCO Cash Balance | $ 161,070 | $ 154,070 | $ 148,070 | $ 132,620 | $ 126,620 | $ 159,620 | $ 114,584 |
| (+) HoldCo Receipts | 50,000 | 125,000 | 50,000 | 125,000 | 90,000 | 90,000 | 1,245,372 |
| (-) HoldCo Disbursements | (57,000) | (131,000) | (65,450) | (131,000) | (57,000) | (56,000) | (1,166,336) |
| **Ending HoldCo Cash Balance** | $ 154,070 | $ 148,070 | $ 132,620 | $ 126,620 | $ 159,620 | $ 193,620 | $ 193,620 |
| *Change in HoldCo Cash from Previous Week* | $ (7,000) | $ (6,000) | $ (15,450) | $ (6,000) | $ 33,000 | $ 34,000 | |

**Notes**
(1) Current payroll and current VAT / other taxes. There is approximately an additional 80,000 GBP outstanding related to VAT.
(2) There are no bankruptcy professional payments in this forecast.
(3) The AR Rollforward does not include sales and collections activity relating to Ecommerce and Amazon.
- This budget does not reflect the proceeds or use of any DIP financing nor carve-outs arising thereof.
- Information has been sourced from management and the Company's books and records. This information has not been audited or independently verified.

**Fitness Anywhere, LLC (known as "ProductCo") & TRX HoldCo, LLC (known as "HoldCo")**
Debtors Cash Collateral Budget
As of June 17, 2022

*$USD*

| Week --> | Week 2 | Week 3 | Week 4 | Week 5 | Week 6 | Week 7 | Week 8 |
|---|---|---|---|---|---|---|---|
| From --> | 6/13/2022 | 6/20/2022 | 6/27/2022 | 7/4/2022 | 7/11/2022 | 7/18/2022 | 7/25/2022 |
| Week-Ending --> | 6/19/2022 | 6/26/2022 | 7/3/2022 | 7/10/2022 | 7/17/2022 | 7/24/2022 | 7/31/2022 |
| **CONSOLIDATED** | | | | | | | |
| **Beginning TOTAL Cash Balance** | $ 1,251,424 | $ 1,512,978 | $ 1,454,815 | $ 964,931 | $ 1,084,512 | $ 1,529,657 | $ 1,837,575 |
| Ecommerce NA & UK - ProductCo | $ 102,714 | $ 102,714 | $ 108,835 | $ 108,835 | $ 108,835 | $ 108,835 | $ 108,835 |
| Amazon FBA International - ProductCo | - | 24,989 | - | 24,989 | - | 24,989 | - |
| Amazon FBA NA - ProductCo | 312,235 | - | 436,970 | - | 436,970 | - | 436,970 |
| Transfers from Non-Debtor Affiliate (Japan) | - | - | 5,000 | - | - | - | 5,000 |
| Accounts Receivables Collections - ProductCo | 531,169 | 482,981 | 479,037 | 526,556 | 550,738 | 500,775 | 514,626 |
| Education/CORE - ExperienceCo | 50,000 | 50,000 | 50,000 | 50,000 | 50,000 | 50,000 | 50,000 |
| Apple Subscriptions - ExperienceCo | - | - | 40,000 | - | - | - | 40,000 |
| Management Payroll - InterCo Transfer from ProductCo | 60,372 | - | 75,000 | - | 75,000 | - | 75,000 |
| Other - HoldCo | - | - | - | - | - | - | - |
| **TOTAL SOURCES** | $ 1,056,490 | $ 660,684 | $ 1,194,842 | $ 710,381 | $ 1,221,544 | $ 684,600 | $ 1,230,432 |
| Payroll, Payroll Tax & Benefits | $ 304,646 | $ - | $ 317,267 | $ - | $ 317,267 | $ - | $ 306,981 |
| Commission | - | - | 30,000 | - | - | - | 30,000 |
| Inventory Purchases | - | 300,000 | - | - | - | - | - |
| Contractors | 102,796 | 37,000 | 166,250 | 54,000 | 100,900 | 54,000 | 166,250 |
| Key Consultants | - | - | 21,389 | - | 12,500 | - | 21,389 |
| Rent | - | 3,000 | 47,500 | - | - | 3,000 | 47,500 |
| Marketing | 68,448 | 67,500 | 641,500 | 17,500 | 17,500 | 17,500 | 791,500 |
| Insurance | 37,381 | 20,000 | 27,839 | 16,068 | 20,000 | 20,000 | 27,839 |
| Logistics | 128,982 | 128,982 | 128,982 | 128,982 | 128,982 | 128,982 | 128,982 |
| Professionals | - | - | 18,350 | 50,000 | - | - | 18,350 |
| Technology | 4,332 | - | 25,400 | 90,000 | - | - | 15,500 |
| Utilities | 1,129 | - | 3,000 | - | - | - | 3,000 |
| Payments to UK Affiliate[1] | - | 30,000 | - | 30,000 | - | 30,000 | - |
| Sales Tax | - | - | - | 100,000 | - | - | 100,000 |
| Other Expenses, Vendors | 86,850 | 75,000 | 130,500 | 75,000 | 75,000 | 75,000 | 90,000 |
| Growth Initiative | - | 28,116 | 12,500 | - | - | 18,950 | - |
| Miscellaneous, Other | - | 12,500 | 12,500 | 12,500 | 12,500 | 12,500 | 12,500 |
| Management Payroll - Transfer to HoldCo | 60,372 | - | 75,000 | - | 75,000 | - | 75,000 |
| Cross-Border Vendors | - | 16,750 | 26,750 | 16,750 | 16,750 | 16,750 | 26,750 |
| BK Professional Fees[2] | - | - | - | - | - | - | - |
| US Trustee Fees | - | - | - | - | - | - | - |
| **TOTAL DISBURSEMENTS** | $ 794,936 | $ 718,848 | $ 1,684,726 | $ 590,800 | $ 776,399 | $ 376,682 | $ 1,861,540 |
| *Net Cash* | $ 261,554 | $ (58,163) | $ (489,884) | $ 119,581 | $ 445,145 | $ 307,918 | $ (631,109) |
| **TOTAL - CASH ROLLFORWARD** | | | | | | | |
| Beginning TOTAL Cash Balance | $ 1,251,424 | $ 1,512,978 | $ 1,454,815 | $ 964,931 | $ 1,084,512 | $ 1,529,657 | $ 1,837,575 |
| (+) Total Receipts | 1,056,490 | 660,684 | 1,194,842 | 710,381 | 1,221,544 | 684,600 | 1,230,432 |
| (-) Total Disbursements | (794,936) | (718,848) | (1,684,726) | (590,800) | (776,399) | (376,682) | (1,861,540) |
| **Ending TOTAL Cash Balance** | $ 1,512,978 | $ 1,454,815 | $ 964,931 | $ 1,084,512 | $ 1,529,657 | $ 1,837,575 | $ 1,206,467 |
| ***Inventory Rollforward*** | | | | | | | |
| Beginning Inventory | $ 17,960,993 | $ 17,469,394 | $ 17,452,323 | $ 16,881,997 | $ 16,562,152 | $ 15,991,989 | $ 15,672,143 |
| (+) Purchases | - | 300,000 | - | - | - | - | - |
| (-) Cost of Goods | (491,599) | (317,070) | (570,326) | (319,845) | (570,163) | (319,845) | (570,163) |
| = Ending Inventory | $ 17,469,394 | $ 17,452,323 | $ 16,881,997 | $ 16,562,152 | $ 15,991,989 | $ 15,672,143 | $ 15,101,981 |
| ***Accounts Receivable Rollforward[3]*** | | | | | | | |
| Beginning AR | $ 4,467,123 | $ 4,462,171 | $ 4,505,407 | $ 4,552,588 | $ 4,551,909 | $ 4,527,048 | $ 4,552,150 |
| (+) Sales | 526,218 | 526,218 | 526,218 | 525,877 | 525,877 | 525,877 | 525,877 |
| (-) Collections | (531,169) | (482,981) | (479,037) | (526,556) | (550,738) | (500,775) | (514,626) |
| = Ending AR | $ 4,462,171 | $ 4,505,407 | $ 4,552,588 | $ 4,551,909 | $ 4,527,048 | $ 4,552,150 | $ 4,563,401 |

**Notes**
(1) Current payroll and current VAT / other taxes. There is approximately an additional 80,000 GBP outstanding related to VAT.
(2) There are no bankruptcy professional payments in this forecast.
(3) The AR Rollforward does not include sales and collections activity relating to Ecommerce and Amazon. Ecommerce and Amazon revenue and collections are recorded contemporaneously.
- This budget does not reflect the proceeds or use of any DIP financing nor carve-outs arising thereof.
- Information has been sourced from management and the Company's books and records. This information has not been audited or independently verified.

**Fitness Anywhere, LLC (known as "ProductCo") & TRX HoldCo, LLC (known as "HoldCo")**
Debtors Cash Collateral Budget
As of June 17, 2022
*$USD*

| Week --> | Week 9 | Week 10 | Week 11 | Week 12 | Week 13 | Week 14 | Current Rolling 13 Weeks |
|---|---|---|---|---|---|---|---|
| From --> | 8/1/2022 | 8/8/2022 | 8/15/2022 | 8/22/2022 | 8/29/2022 | 9/5/2022 | |
| Week-Ending --> | 8/7/2022 | 8/14/2022 | 8/21/2022 | 8/28/2022 | 9/4/2022 | 9/11/2022 | |
| **CONSOLIDATED** | | | | | | | |
| **Beginning TOTAL Cash Balance** | $ 1,206,467 | $ 1,532,497 | $ 1,891,009 | $ 2,235,862 | $ 2,535,286 | $ 1,866,583 | $ 1,251,424 |
| Ecommerce NA & UK - ProductCo | 108,566 | 108,566 | 108,566 | 108,566 | 108,566 | 121,338 | 1,413,769 |
| Amazon FBA International - ProductCo | 24,989 | - | 24,989 | - | 24,989 | - | 149,936 |
| Amazon FBA NA - ProductCo | - | 304,444 | - | 304,444 | - | 296,369 | 2,528,402 |
| Transfers from Non-Debtor Affiliate (Japan) | - | - | - | - | 5,000 | - | 15,000 |
| Accounts Receivables Collections - ProductCo | 565,676 | 591,654 | 537,979 | 514,626 | 565,920 | 591,910 | 6,953,649 |
| Education/CORE - ExperienceCo | 50,000 | 50,000 | 50,000 | 50,000 | 50,000 | 50,000 | 650,000 |
| Apple Subscriptions - ExperienceCo | - | - | - | - | 40,000 | 40,000 | 160,000 |
| Management Payroll - InterCo Transfer from ProductCo | - | 75,000 | - | 75,000 | - | - | 435,372 |
| Other - HoldCo | - | - | - | - | - | - | - |
| **TOTAL SOURCES** | $ 749,231 | $ 1,129,664 | $ 721,534 | $ 1,052,636 | $ 794,475 | $ 1,099,617 | $ 12,306,128 |
| Payroll, Payroll Tax & Benefits | $ - | $ 306,981 | $ - | $ 306,981 | $ - | $ - | $ 1,860,122 |
| Commission | - | - | - | 30,000 | - | - | 90,000 |
| Inventory Purchases | - | - | - | - | - | - | 300,000 |
| Contractors | 54,000 | 100,900 | 54,000 | 58,000 | 162,250 | 58,000 | 1,168,346 |
| Key Consultants | - | 12,500 | - | 12,500 | 8,889 | 12,500 | 101,667 |
| Rent | - | - | 3,000 | - | 47,500 | - | 151,500 |
| Marketing | 17,500 | 17,500 | 17,500 | 17,500 | 741,500 | 17,500 | 2,450,448 |
| Insurance | 16,068 | 20,000 | 20,000 | 20,000 | 23,907 | 20,000 | 289,102 |
| Logistics | 128,982 | 128,982 | 128,982 | 128,982 | 128,982 | 128,982 | 1,676,761 |
| Professionals | 50,000 | - | - | - | 50,000 | - | 186,700 |
| Technology | 9,900 | 5,040 | - | - | 25,400 | - | 175,572 |
| Utilities | - | - | - | - | 3,000 | - | 10,129 |
| Payments to UK Affiliate[1] | 30,000 | - | 30,000 | - | 30,000 | - | 180,000 |
| Sales Tax | - | - | - | - | 100,000 | - | 300,000 |
| Other Expenses, Vendors | 75,000 | 75,000 | 75,000 | 75,000 | 90,000 | 75,000 | 1,072,350 |
| Growth Initiative | 12,500 | - | 18,950 | - | 12,500 | - | 103,516 |
| Miscellaneous, Other | 12,500 | 12,500 | 12,500 | 12,500 | 12,500 | 12,500 | 150,000 |
| Management Payroll - Transfer to HoldCo | - | 75,000 | - | 75,000 | - | - | 435,372 |
| Cross-Border Vendors | 16,750 | 16,750 | 16,750 | 16,750 | 26,750 | 16,750 | 231,000 |
| BK Professional Fees[2] | - | - | - | - | - | - | - |
| US Trustee Fees | - | - | - | - | - | - | - |
| **TOTAL DISBURSEMENTS** | $ 423,200 | $ 771,152 | $ 376,682 | $ 753,212 | $ 1,463,177 | $ 341,232 | $ 10,932,584 |
| Net Cash | $ 326,031 | $ 358,512 | $ 344,853 | $ 299,424 | $ (668,703) | $ 758,385 | $ 1,373,544 |
| **TOTAL - CASH ROLLFORWARD** | | | | | | | |
| Beginning TOTAL Cash Balance | $ 1,206,467 | $ 1,532,497 | $ 1,891,009 | $ 2,235,862 | $ 2,535,286 | $ 1,866,583 | $ 1,251,424 |
| (+) Total Receipts | 749,231 | 1,129,664 | 721,534 | 1,052,636 | 794,475 | 1,099,617 | 12,306,128 |
| (-) Total Disbursements | (423,200) | (771,152) | (376,682) | (753,212) | (1,463,177) | (341,232) | (10,932,584) |
| **Ending TOTAL Cash Balance** | $ 1,532,497 | $ 1,891,009 | $ 2,235,862 | $ 2,535,286 | $ 1,866,583 | $ 2,624,968 | $ 2,624,968 |
| *Inventory Rollforward* | | | | | | | |
| Beginning Inventory | $ 15,101,981 | $ 14,782,265 | $ 14,293,477 | $ 13,974,485 | $ 13,485,697 | $ 13,166,705 | $ 17,960,993 |
| (+) Purchases | - | - | - | - | - | - | 300,000 |
| (-) Cost of Goods | (319,716) | (488,788) | (318,992) | (488,788) | (318,992) | (534,392) | (5,628,680) |
| = Ending Inventory | $ 14,782,265 | $ 14,293,477 | $ 13,974,485 | $ 13,485,697 | $ 13,166,705 | $ 12,632,313 | $ 12,632,313 |
| *Accounts Receivable Rollforward*[3] | | | | | | | |
| Beginning AR | $ 4,563,401 | $ 4,523,603 | $ 4,456,318 | $ 4,442,709 | $ 4,452,452 | $ 4,410,902 | $ 4,467,123 |
| (+) Sales | 525,877 | 524,370 | 524,370 | 524,370 | 524,370 | 616,829 | 6,922,347 |
| (-) Collections | (565,676) | (591,654) | (537,979) | (514,626) | (565,920) | (591,910) | (6,953,649) |
| = Ending AR | $ 4,523,603 | $ 4,456,318 | $ 4,442,709 | $ 4,452,452 | $ 4,410,902 | $ 4,435,821 | $ 4,435,821 |

**Notes**
(1) Current payroll and current VAT / other taxes. There is approximately an additional 80,000 GBP outstanding related to VAT.
(2) There are no bankruptcy professional payments in this forecast.
(3) The AR Rollforward does not include sales and collections activity relating to Ecommerce and Amazon. Ecommerce and Amazon revenue and collections are recorded contemporaneously.
- This budget does not reflect the proceeds or use of any DIP financing nor carve-outs arising thereof.
- Information has been sourced from management and the Company's books and records. This information has not been audited or independently verified.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
2818 La Cienega Avenue, Los Angeles, CA 90034.

A true and correct copy of the foregoing document entitled (*specify*): **SUPPLEMENT TO DEBTORS' EMERGENCY MOTION FOR ENTRY OF AN ORDER AUTHORIZING THE DEBTORS TO USE CASH COLLATERAL PURSUANT TO 11 U.S.C. §§ 361, 362 AND 363 AND GRANTING ADEQUATE PROTECTION AND RELATED RELIEF** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **June 17, 2022**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Ron Bender**    rb@lnbyb.com
- **Shawn M Christianson**    cmcintire@buchalter.com, schristianson@buchalter.com
- **Michael I. Gottfried**    mgottfried@elkinskalt.com, cavila@elkinskalt.com
- **Jonathan Gottlieb**    jdg@lnbyg.com
- **Michael J Hauser**    michael.hauser@usdoj.gov
- **Marsha A Houston**    mhouston@reedsmith.com, hvalencia@reedsmith.com
- **Krikor J Meshefejian**    kjm@lnbyg.com
- **Ali M Mojdehi**    amojdehi@btlaw.com, jgertz@btlaw.com;arego@btlaw.com;amattingly@btlaw.com
- **Christopher O Rivas**    crivas@reedsmith.com, chris-rivas-8658@ecf.pacerpro.com
- **Lindsey L Smith**    lls@lnbyg.com, lls@ecf.inforuptcy.com
- **United States Trustee (SA)**    ustpregion16.sa.ecf@usdoj.gov

**2.** **SERVED BY UNITED STATES MAIL**: On (*date*) **June 17, 2022**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3.** **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **June 17, 2022**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**SERVED BY PERSONAL DELIVERY**
Honorable Scott C. Clarkson
U.S. Bankruptcy Court, Ronald Reagan Federal Building
411 West Fourth Street
Suite 5130
Santa Ana, CA 92701-4593

**SERVED BY OVERNIGHT MAIL,**
John Hutchinson
665 Blair Avenue
Piedmont CA 94611

☐ Service information **BY OVERNIGHT MAIL** continued on attached page

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-3.1.PROOF.SERVICE**

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| June 17, 2022 | Lourdes Cruz | /s/ Lourdes Cruz |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*  **F 9013-3.1.PROOF.SERVICE**

In re TRX Holdco, LLC
File No. 9738
RSN UST, 20 Largest, Secured

Counsel for Creative Artists Agency
Michael I. Gottfried, Esq. **RSN**
Elkins Kalt Weintraub Reuben
Gartside LLP 10345 W. Olympic Blvd.
Los Angeles, CA 90064

Michael J Hauser
United States Trustee
411 W Fourth St Suite 7160
Santa Ana, CA 92701-4593

Baker Tilly US, LLP
10 Terrace Court PO Box 7398
Madison, WI 53707-7398

Cole Schotz P.C.
25 Main Street P.O. Box 800
Hackensack, NJ 07602

Creative Artists Agency
Attn: Jeffrey Freedman
2000 Avenue of the Stars
Los Angeles, CA 90067

JMBM LLP
1900 Avenue of the Stars
Los Angeles, CA 90067

Morrison & Morrison
222 Souther Riverside Plaza
Chicago, IL 60606

Sterling Legal Solutions, Inc.
Attn: Stephanie Sterling
26895 Aliso Creek Rd., B-129
Aliso Viejo, CA 92656

UDR-Eight 80
1590 Adams Avenue
PO Box 2350
Costa Mesa, CA 92628

UDR-Eight 80
Agent for Service of Process
330 N. Brand Blvd., Suite 700
Glendale, CA 91203

Sterling Legal Solutions, Inc.
Agent for Service of Process
720 14th Street
Sacramento, CA 95814

OTHER

Farmers & Merchants Bank
2421 East Coast Hwy
Corona del Mar, CA 92625

Farmers & Merchants Bank
Attn: Christine M Bowman
302 Pine Avenue
Long Beach, CA 90802

SECURED

Counsel for Woodforest National Bank
Katten Muchin Rosenmann LLP
Attn: Jan Harris Cate, Esq.
515 South Flower Street, Suite 1000
Los Angeles, CA 90071

Woodforest National Bank
Attn: CMB Loan Operations
25231 Grogans Mill Road, 6th Floor
The Woodlands, TX 77380

Woodforest National Bank
Attn: David A. Macdonald
1330 Lake Robbins Drive, Suite 500
The Woodlands, TX 77380

Counsel for Woodforest National Bank
ReedSmith
Marsha Houston/Christopher Rivas
355 South Grand Avenue, Suite 2900
Los Angeles, CA, 90071

In re Fitness Anywhere LLC
File No. 9744
RSN UST, 20 Largest and Secured
Served by US Mail or NEF if Marked with an *

Exemplar Design
4680 Parkway Drive
Suite 300
Mason, OK 45040

Michael J Hauser
United States Trustee
411 W Fourth St Suite 7160
Santa Ana, CA 92701-4593

Exemplar Design
4680 Parkway Drive Suite 300
Mason, OH 45040

Core Health & Fitness, LLC
4400 Northeast 77th Avenue
Suite 300
Manufacturer Land America
Vancouver, WA 98662

Stephen Gould Corporation
35 South Jefferson Road
Whippany, NJ 07981

Flexport Inc
P.O. Box 207244
Dallas, TX 75320-7244

UPS Plan 0386NE
55 Glenlake Parkway NE
Atlanta, GA 30328

Duane Morris LLP
30 South 17th Street
Philadelphia, PA 19103-4196

Buy Box Experts
3020 N Cullen Ct. Pleasant
Grove, UT 84062

MAN Staffing, LLC
550 East Del Amo Boulevard
Carson, CA 90746

Syzygy Digital Marketing, Inc
41 Flatbush Avenue
Brooklyn, NY 11217

Lahlouh Inc
Attn: H. John Lahlouh
1649 Adrian Road
Burlingame, CA 94010

US Customs and Border Protection
PO BOX 979126
St. Louis, MO 63197-9000

McCollister's Transportation Group, Inc
8 Terri Lane
Burlington, NJ 08016

NetSuite Inc
500 Oracle Parkway
Redwood City, CA 94065

Google
P.O. Box 39000
San Francisco, CA 94139

AMEX Corp Card
P.O. Box 0001
Los Angeles, CA 90096

The Trade Desk
42 N Chestnut St.
Ventura, CA 93001

Dirbos Inc.
27758 Santa Margarita Pkwy
Suite 366
Mission Viejo, CA 92691

Redwood Supply Chain Solutions
1765 North Elston Avenue Suite 216
Chicago, IL 60642

USA Global Logistics LLC
255 Madsen Drive
Bloomingdale, IL 60108

ISUPPORT WORLDWIDE LLC
1019 West James St
Kent, WA 98032

Core Health & Fitness, LLC
Agent for Service of Process
330 N. Brand Blvd, Ste 700
Glendale, CA 91203

Stephen Gould Corporation
Agent for Service of Process
2710 Gateway Oaks Drive
Ste 150N
Sacramento, CA 95833

Flexport Inc.
Agent for Service of Process
5716 Corsa Ave.
Ste 110
Westlake Village, CA 91362

United Parcel Service, Inc.
Agent for Service of Process
2710 Gateway Oaks Dr.
Ste 150N
Sacramento, CA 95833

McCollister's Transportation Systems, Inc.
Agent for Service of Process
2710 gateway Oaks Dr.
Ste 150N
Sacramento, CA 95833

Netsuite Inc.
Agent for Service of Process
2710 Gateway Oaks Dr.
Ste 150N
Sacramento, CA 95833

Google
Agent for Service of Process
2710 Gateway Oaks Dr.
Ste 150N
Sacramento, CA 95833

Man Staffing LLC
Attn: Miguel A Navarro
550 E Del Amo Blvd.
Suite C
Carson, CA 90746

Trade Desk
Agent for Service of Process
2710 Gateway Oaks Dr.
Ste 150N
Sacramento, CA 95833

Dirbos
Agent for Service of Process
101 N. Brand Blvd. 11th Floor
Glendale, CA 91203

Redwood Supply Chain Solutions
Attn: David Robinson
323 W 25th Ave.
San Mateo, CA 94403

Counsel for Creative Artists Agency
Michael I. Gottfried, Esq. **RSN**
Elkins Kalt Weintraub Reuben
Gartside LLP 10345 W. Olympic Blvd.
Los Angeles, CA 90064

Counsel for Core Health & Fitness, LLC
Ali M.M. Mojdehi **RSN (NEF *)**
Barnes & Thornburg LLP
655 West Broadway, Suite 1300
San Diego, CA 92101

SECURED:

Counsel for Woodforest National Bank
ReedSmith
Marsha Houston/Christopher Rivas
355 South Grand Avenue, Suite 2900 Los Angeles, CA, 90071

Counsel for Woodforest National Bank
Katten Muchin Rosenmann LLP
Attn: Jan Harris Cate, Esq.
515 South Flower Street, Suite 1000
Los Angeles, CA 90071

Woodforest National Bank
Attn: CMB Loan Operations
25231 Grogans Mill Road, 6th Floor
The Woodlands, TX 77380

Woodforest National Bank
Attn: David A. Macdonald
1330 Lake Robbins Drive, Suite 500
The Woodlands, TX 77380