RON BENDER (SBN 143364)
KRIKOR J. MESHEFEJIAN (SBN 255030)
LINDSEY L. SMITH (SBN 265401)
LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.
2818 La Cienega Avenue
Los Angeles, California 90034
Telephone: (310) 229-1234; Facsimile: (310) 229-1244
Email: RB@LNBYG.COM; KJM@LNBYG.COM; LLS@LNBYG.COM

Proposed Attorneys for Chapter 11 Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**SANTA ANA DIVISION**

| | |
|---|---|
| In re:<br><br>TRX HOLDCO, LLC, a Delaware limited liability company,<br><br>    Debtor and Debtor in Possession.<br><br>In re:<br><br>FITNESS ANYWHERE LLC, a Delaware limited liability company, dba TRX and TRX Training,<br><br>    Debtor and Debtor in Possession.<br><br>☒ Affects both Debtors<br><br>☐ Affects TRX Holdco, LLC only<br><br>☐ Affects Fitness Anywhere, LLC only | Lead Case No.: 8:22-bk-10948-SC<br><br>Jointly administered with:<br>8:22-bk-10949-SC<br><br>Chapter 11 Cases<br><br>**NOTICE OF ERATTA RE DEBTORS' MOTION FOR ENTRY OF AN ORDER AUTHORIZING REJECTION OF SEPARATION AND RELEASE OF CLAIMS AGREEMENT WITH JOHN HUTCHISON**<br><br>DATE:    June 24, 2022<br>TIME:    10:00 a.m.<br>PLACE:    *Via ZoomGov<br>              Courtroom 5C<br>              411 West Fourth Street<br>              Santa Ana, CA 92701 |

1

TRX Holdco, LLC ("Hold Co") and Fitness Anywhere LLC, dba TRX and TRX Training ("Product Co" and together with Hold Co and Product Co, the "Debtors"), the debtors and debtors-in-possession in the above-captioned, jointly-administered Chapter 11 bankruptcy cases, hereby file this notice of errata to correct the misspelling of the name of John Hutchison, the counter-party to that certain "Separation And Release Agreement" and any agreement related thereto (collectively, the "Agreement") which is the subject of the *Debtors' Motion For Entry Of An Order Authorizing Rejection Of Separation And Release Of Claims Agreement With John Hutchison*. The contracting counterparty to the Agreement is John Hutchison.

Dated: June 20, 2022

TRX HOLDCO, LLC
FITNESS ANYWHERE LLC

By: */s/ Krikor J. Meshefejian*
    RON BENDER
    KRIKOR J. MESHEFEJIAN
    LINDSEY L. SMITH
    LEVENE, NEALE, BENDER,
    YOO & GOLUBCHIK L.L.P.
    Proposed Attorneys for Chapter 11 Debtors
    and Debtors in Possession

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 2818 La Cienega Avenue, Los Angeles, CA 90034

A true and correct copy of the foregoing document entitled (*specify*): **NOTICE OF ERATTA RE DEBTORS' MOTION FOR ENTRY OF AN ORDER AUTHORIZING REJECTION OF SEPARATION AND RELEASE OF CLAIMS AGREEMENT WITH JOHN HUTCHISON** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **June 20, 2022**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Ron Bender**    rb@lnbyb.com
- **Shawn M Christianson**    cmcintire@buchalter.com, schristianson@buchalter.com
- **Michael I. Gottfried**    mgottfried@elkinskalt.com, cavila@elkinskalt.com
- **Jonathan Gottlieb**    jdg@lnbyg.com
- **Michael J Hauser**    michael.hauser@usdoj.gov
- **Marsha A Houston**    mhouston@reedsmith.com, hvalencia@reedsmith.com
- **Krikor J Meshefejian**    kjm@lnbyg.com
- **Ali M Mojdehi**    amojdehi@btlaw.com, jgertz@btlaw.com;arego@btlaw.com;amattingly@btlaw.com
- **Christopher O Rivas**    crivas@reedsmith.com, chris-rivas-8658@ecf.pacerpro.com
- **Lindsey L Smith**    lls@lnbyg.com, lls@ecf.inforuptcy.com
- **United States Trustee (SA)**    ustpregion16.sa.ecf@usdoj.gov

**2**. **SERVED BY UNITED STATES MAIL**: On (*date*) **June 20, 2022**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3**. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **June 20, 2022**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**SERVED BY OVERNIGHT MAIL**
John Hutchison
665 Blair Avenue
Piedmont CA 94611

**SERVED BY EMAIL BY ATTORNEY KRIKOR J. MESHEFEJIAN**
Michael Hauser of the UST michael.hauser@usdoj.gov
John Hutchison john.w.hutchison@gmail.com

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| June 20, 2022 | Lourdes Cruz | /s/ Lourdes Cruz |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*    **F 9013-3.1.PROOF.SERVICE**