RON BENDER (SBN 143364)
KRIKOR J. MESHEFEJIAN (SBN 255030)
LINDSEY L. SMITH (SBN 265401)
LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.
2818 La Cienega Avenue
Los Angeles, California 90034
Telephone: (310) 229-1234; Facsimile: (310) 229-1244
Email: RB@LNBYG.COM; KJM@LNBYG.COM; LLS@LNBYG.COM

Proposed Attorneys for Chapter 11 Debtors
and Debtors in Possession

**FILED & ENTERED**

**JUN 21 2022**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY bolte         DEPUTY CLERK

## UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA
### SANTA ANA DIVISION

| | |
|---|---|
| In re: | Lead Case No.: 8:22-bk-10948-SC |
| TRX HOLDCO, LLC, a Delaware limited liability company, | Jointly administered with: 8:22-bk-10949-SC |
| Debtor and Debtor in Possession. | Chapter 11 Cases |
| In re: | **ORDER APPROVING STIPULATION BY AND BETWEEN THE DEBTORS AND WOODFOREST NATIONAL BANK REGARDING INSIDER COMPENSATION** |
| FITNESS ANYWHERE LLC, a Delaware limited liability company, dba TRX and TRX Training, | |
| Debtor and Debtor in Possession. | [No hearing required] |

☒ Affects both Debtors

☐ Affects TRX Holdco, LLC only

☐ Affects Fitness Anywhere, LLC only

The Court, having read and considered that certain *Stipulation By And Between The Debtors And Woodforest National Bank Regarding Insider Compensation* filed as Docket No. 83 (the "Stipulation") and good cause appearing, **IT IS HEREBY ORDERED** that the Stipulation is approved.

###

Date: June 21, 2022

Scott C. Clarkson
United States Bankruptcy Judge