Case 8:22-bk-10948-SC    Doc 88    Filed 06/22/22    Entered 06/22/22 13:16:16    Desc
Main Document    Page 1 of 4

Peter C. Anderson
United States Trustee
Kenneth M. Misken
Assistant United States Trustee
Office of the United States Trustee
411 West Fourth Street, Suite 7160
Santa Ana, CA  92701-8000
Tel: 714-338-3400
Fax: 714-338-3421
Kenneth.M.Misken@usdoj.gov

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION

| | |
|---|---|
| In re:<br>TRX HOLDCO, LLC, a Delaware limited liability company<br><br>    Debtor and Debtor-in-possession | CASE NUMBER: 8:22-10948-SC<br><br>CHAPTER 11<br><br>Jointly Administered with Case No.: 22-10949-SC |
| In re:<br>FITNESS ANYWHERE LLC, a Delaware limited liability company, dba TRX and TRX Training<br><br>    Debtor and Debtor-in-possession | APPOINTMENT AND NOTICE OF APPOINTMENT OF COMMITTEE OF UNSECURED CREDITOR AS TO FITNESSS ANYWHERE, LLC ONLY |
| Affects:<br><br>☐ All Debtors<br><br>☐ AFFECTS TRX HOLDCO, LLC ONLY<br><br>☒ AFFECTS FITNESS ANYWHERE LLC, ONLY | Date: [NO HEARING REQUIRED]<br>Time:<br>Courtroom:  5C |

1

**TO THE HONORABLE SCOTT CLARKSON UNITED STATES BANKRUPTCY JUDGE, DEBTORS, DEBTORS' ATTORNEY AND PARTIES IN INTEREST:**

Pursuant to 11 U.S.C. §1102(a)(1), the undersigned hereby appoints the following three (3) members to serve on a Committee of Creditors holding unsecured claims in the case of Fitness Anywhere, LLC, case number 8:22-10949-SC.

**SEE EXHIBIT A**

Respectfully Submitted,
United States Trustee

KENNETH MISKEN
Digitally signed by KENNETH MISKEN
Date: 2022.06.22 12:41:54 -07'00'

Dated:  June 22, 2022          Kenneth M. Misken

**CASE NUMBER: 8:22-10949-SC**

**CASE NAME:  FITNESS ANYWHERE, LLC**


**United Parcel Service, Inc.** and its affiliated entities

Attention: Farah C. Spainhour

55 Glenlake Parkway

Atlanta, GA 30328


**Core Health & Fitness, LLC**

Attention:  Sy Mares

4400 NE 77th Avenue, Suite 250

Vancouver, WA 98662


**Exemplar Design, LLC**

Attention: Matt Nelson

4680 Parkway Drive, Suite 300

Mason, OH 45040


EXHIBIT A

**PROOF OF SERVICE OF DOCUMENT**

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: OFFICE OF THE U.S. TRUSTEE, 411 W. 4TH STREET, #7160, SANTA ANA, CA 92701.

A true and correct copy of the foregoing document described as *Appointment and Notice of Appointment of Committee of Unsecured Creditors as to Fitness Anywhere, LLC ONLY*

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **JUNE 22 ,2022,** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

- Ron Bender    rb@lnbyb.com
- Michael J Hauser    michael.hauser@usdoj.gov
- Marsha A Houston    mhouston@reedsmith.com, hvalencia@reedsmith.com
- Krikor J Meshefejian    kjm@lnbyg.com
- Christopher O Rivas    crivas@reedsmith.com, chris-rivas-8658@ecf.pacerpro.com
- Lindsey L Smith    lls@lnbyg.com, lls@ecf.inforuptcy.com
- United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov

**iI. SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:** On**, JUNE 22, 2022,** I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is fled.

**FITNESS ANYWHERE, LLC**
**ATTN: BRENT LEFFEL**
**450 NEWPORT CENTER DRIVE, #590**
**NEWPORT BEACH, CA 92660**

**SEE ATTACHED EXHBIT "A"**

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **JUNE 22, 2022,** I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| June 22, 2022 | Tari King | /s/ Tari King |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

1