RON BENDER (SBN 143364)
KRIKOR J. MESHEFEJIAN (SBN 255030)
LINDSEY L. SMITH (SBN 265401)
LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.
2818 La Cienega Avenue
Los Angeles, California 90034
Telephone:  (310) 229-1234; Facsimile:  (310) 229-1244
Email: RB@LNBYG.COM; KJM@LNBYG.COM; LLS@LNBYG.COM

Proposed Attorneys for Chapter 11 Debtors and Debtors in Possession

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
## SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>TRX HOLDCO, LLC, a Delaware limited liability company,<br><br>       Debtor and Debtor in Possession.<br>——————————————————<br>In re:<br><br>FITNESS ANYWHERE LLC, a Delaware limited liability company, dba TRX and TRX Training,<br><br>       Debtor and Debtor in Possession.<br>——————————————————<br>⊠  Affects both Debtors<br><br>☐ Affects TRX Holdco, LLC only<br><br>☐ Affects Fitness Anywhere, LLC only | Lead Case No.: 8:22-bk-10948-SC<br><br>Jointly administered with:<br>8:22-bk-10949-SC<br><br>Chapter 11 Cases<br><br>**NOTICE OF HEARING ON DEBTORS' MOTION FOR ENTRY OF ORDER (I) ESTABLISHING BIDDING PROCEDURES FOR FREE AND CLEAR SALE OF ASSETS; (II) ESTABLISHING PROCEDURES RELATING TO ASSUMPTION AND ASSIGNMENT OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES; (III) APPROVING FORMS OF NOTICE; (IV) APPROVING FORM OF ASSET PURCHASE AGREEMENT; (V) SCHEDULING AN AUCTION; (VI) SCHEDULING A SALE HEARING; AND (VII) GRANTING RELATED RELIEF**<br><br>**Date:** **June 30, 2022**<br>**Time:** **10:00 a.m.**<br>**Place:** **\*Via ZoomGov**<br>      Courtroom 5C<br>      411 West Fourth Street<br>      Santa Ana, CA 92701 |

**TO THE HONORABLE SCOTT C. CLARKSON, UNITED STATES BANKRUPTCY JUDGE, THE UNITED STATES TRUSTEE, THE DEBTORS' CREDITORS AND EQUITY SECURITY HOLDERS, AND ALL PARTIES WHO HAVE REQUESTED SPECIAL NOTICE IN THESE CASES:**

**PLEASE TAKE NOTICE** that, pursuant to Rule 6004-1(b)(1) of the Local Bankruptcy Rules, a hearing will be held on **June 30, 2022, at 10:00 a.m., via ZoomGov**, for the Court to consider the motion ("Motion") filed by TRX Holdco, LLC ("Hold Co") and Fitness Anywhere LLC,  dba TRX and TRX Training ("Product Co" and together with Hold Co and Product Co, the "Debtors"), the debtors and debtors-in-possession in the above-captioned Chapter 11 bankruptcy cases[1], seeking the entry of an order that, among other things:

(i)    Approves the Debtors' proposed bidding procedures ("Bidding Procedures") attached as **Exhibit "2"** to the concurrently filed Declaration of Joshua Benn for the sale of substantially all of the Debtors' assets related to the operation of the Debtors' business (the "Purchased Assets"), free and clear of all liens, claims, encumbrances and other interests;

(ii)    Establishing and approving procedures relating to the Debtors' assumption and assignment of executory contracts and unexpired leases and which approves the form of notice to be provided to all counterparties to executory contracts;

(iii)    Approving the Debtors' proposed form of notice to be sent to all creditors, equity holders, proposed buyers and other parties;

(iv)    Approving the Debtors' proposed form of asset purchase agreement (the "Template APA") without exhibits;

(v)    Scheduling an auction ("Auction");

(vi)    Scheduling a hearing to consider approval of the sale of the Purchased Assets to the winning bidder and winning back-up bidder at the Auction ("Sale Hearing"); and

(vii)    Granting related relief.

---

[1] The Court previously entered an order approving the joint administration of these chapter 11 bankruptcy cases.

**PLEASE TAKE FURTHER NOTICE** that information to access and attend the virtual hearing via ZoomGov can be obtained on the Bankruptcy Court's website by viewing the tentative ruling calendar of the Honorable Scott C. Clarkson for June 30, 2022.

**PLEASE TAKE FURTHER NOTICE** that any response in opposition to the Motion must be filed and served at least one (1) day prior to the hearing on the Motion, i.e., **June 29, 2022**.

**PLEASE TAKE FURTHER NOTICE** that the Motion is based upon this Notice, the Memorandum of Points and Authorities annexed to the Motion, the concurrently filed Declaration of Joshua Benn ("Benn Declaration") and all Exhibits attached thereto, the entire record of the Debtors' bankruptcy cases, the statements, arguments, and representations of counsel to be made at the hearing on this Motion, and any other evidence properly presented to the Court.

**PLEASE TAKE FURTHER NOTICE** that the failure of a party in interest to file and serve a timely objection to the Motion may be deemed by the Court to constitute such party's consent to all of the relief requested by the Debtors in the Motion.

### **Additional Information**

Parties requesting a copy of the Motion, the Benn Declaration, the Bidding Procedures or any other information pertaining to the Motion may obtain such copies and information by contacting proposed counsel to the Debtors – Levene, Neale, Bender, Yoo & Golubchik L.L.P., Attn: Krikor J. Meshefejian, Esq., Email: KJM@LNBYG.COM.

The documents referenced above and in the Motion are substantially complete, but subject to continuing discussions, revisions and amendments, and, thus, may not yet be final. If any changes are made to any such documents, the Debtors will file the updated versions with the Court prior to the hearing date on the Motion.

The complete bases of the Motion are set forth in the Memorandum of Points and Authorities annexed to the Motion and the supporting Benn Declaration filed concurrently herewith. The Debtors have scheduled a hearing on the Motion pursuant to Local Bankruptcy Rule 6004-1(b) given the Debtors' financial situation and desire to consummate a sale of the Purchased Assets as soon as possible but at the same time establishing bidding procedures that

have been carefully thought out and vetted with the Debtors' investment banker designed to achieve the highest and best price possible for the Purchased Assets under the circumstances of these chapter 11 bankruptcy cases.

As set forth in the Debtors' various first-day motions, the Debtors made a determination shortly prior to their bankruptcy filings that proceeding with a free and clear asset sale process was in the best interests of their estate. While it appears that there is a substantial amount of interest in the buying community to acquire the Debtors' business and by many to serve as a stalking horse bid, since the Debtors only commenced their free and clear asset sale process shortly prior to their bankruptcy filings, the Debtors do not yet have a stalking horse bid lined up. The Debtors therefore believe that proceeding at this point to the Auction without a stalking horse bid in hand is the best option for these bankruptcy estates, with the Debtors' retaining the right to seek an alternative order from the Court if facts and circumstances dictate otherwise.

After extensive consultation with the Debtors' well regarded and experienced investment banker in Kroll Securities, LLC ("Kroll")[2], and after taking into account the Debtors' financial situation, including the possibility that the Debtors' will be provided with post-petition financing from the Debtors' pre-petition secured lender, Woodforest National Bank (the "Bank"), the Debtors believe that the following is the optimal timetable in order to achieve the highest and best price for the Purchased Assets[3]:

**July 27, 2022 at 5 p.m. (prevailing Pacific time)** – **Initial Bid Deadline** – Deadline by when initial bids need to be submitted by parties who wish to participate in the Auction. In order to participate in the Auction, all prospective bidders must do all of the following:

---

[2] The Debtors have filed an application to employ Kroll as their investment banker (and an affiliate of Kroll to serve as the Debtors' financial advisor). The Debtors' application to employ Kroll as their investment banker is pending. The application proposes that in the event of a sale, Kroll's fee shall equal to $700,000 plus (a) 6.0% of the consideration greater than $25,000,000 but less than or equal to $40,000,000, and (b) 12% of the consideration greater than $40,000,000. The proposed transaction fee shall only be paid after the closing of the sale of the Debtors' assets AND Bankruptcy Court approval of the transaction fee and the payment thereof.

[3] Additional information and details are provided in the Bidding Procedures document attached as **Exhibit "2"** to the concurrently filed Benn Declaration. Parties requesting a copy of the proposed Bidding Procedures should contact proposed bankruptcy counsel to the Debtors.

1.  Submit a redlined version of the template asset purchase agreement (the "Template APA") indicating all changes that are requested to be made to the Template APA, with the Template APA to include their proposed initial bid;

2.  Submit all documents to enable Kroll to determine whether the proposed bidder is financially qualified to participate in the Auction; and

3.  Submit a deposit equal to 10% of the proposed initial bid, which 10% deposit would be deemed non-refundable if the bidder is deemed to be the winning bidder at the Auction and then the Debtors' proposed free and clear sale of the Purchased Assets to the bidder is approved by the Bankruptcy Court. Bidders will have the right to withdraw their bid at any time up until Noon (prevailing Pacific time) on August 2, 2022, in which case they will receive a return of their 10% deposit and no longer be eligible to participate in the Auction.

**August 3, 2022 commencing at 10 a.m. (prevailing Pacific time)** - Auction to be held at the offices of Levene, Neale, Bender, Yoo & Golubchik L.L.P., which are located at 2818 La Cienega Avenue, Los Angeles, CA, or via zoom with all Qualified Bidders to be provided with particulars in advance of the Auction.

**Sale Hearing** - hearing for the Court to consider approval of the Debtors' proposed sale of the Purchased Assets to the winning bidder at the Auction – (to be set by Court at the hearing on this Motion – the Debtors are seeking to have this hearing be the first date possible after the August 3, 2022 Auction).

**August 12, 2022** - Outside date by when the winning bidder at the Auction is required to close its purchase of the Purchased Assets unless the winning bidder and the Debtors jointly agree to extend the outside closing date.

These proposed Bidding Procedures are designed to ensure that the highest price possible is paid for the Purchased Assets by a purchaser who has the financial ability to close on a purchase of the Purchased Assets. This is being done by providing all prospective buyers with a

level playing field with no bidder having any financial advantage over any other bidder.[4]  Kroll has already established an extensive data room and, to date, approximately 45 prospective bidders have signed NDA's who are actively engaged in the data room in connection with the current asset sale process, and Kroll is receiving new and additional inquiries virtually daily – meaning that this is a very active asset sale process.  Kroll is also in discussions with numerous prospective buyers regarding the possibility of serving as a stalking horse bidder.  Even if the Debtors reach an agreement with a financially qualified buyer to serve as the stalking horse bidder which will then be presented to the Court for approval, the Debtors will still insist upon an overbid process to make sure that all prospective bidders have the opportunity to overbid the stalking horse bid at an open Auction process to insure that the highest and best price is ultimately paid for the Purchased Assets.

The Debtors (after extensive consultation with Kroll) are confident that the proposed Bidding Procedures make the most sense under the circumstances of these cases to result in the highest and best price being paid for the Purchased Assets.

For all of the reasons set forth herein and in the concurrently filed Motion and Benn Declaration, the Debtors believes that the proposed Bidding Procedures and all of the relief sought herein are in the best interests of the Debtors' estates as they have been designed to achieve the highest and best price for the Purchased Assets.

**WHEREFORE**, the Debtors respectfully requests that this Court do all of the following:

(1)    grant the Motion in its entirety;

(2)    enter the Bidding Procedures Order in substantially the form appended as **Exhibit "1"** to the Benn Declaration;

(3)    Approve the Bidding Procedures substantially in the form described in **Exhibit "2"** attached to the Benn Declaration for the sale of the Purchased Assets free and clear of all liens, claims, encumbrances and other interests;

---

[4] The Debtors reserve the right to accept a stalking horse bid presented to the Debtors before July 27, 2022 and/or to seek a further order of the Bankruptcy Court to modify any of the terms of these Bidding Procedures.

(4)     Establish and approve procedures relating to the Debtors' assumption and assignment of executory contracts and unexpired leases and which approves the form of notice to be provided to all counterparties to executory contracts and unexpired leases attached as **Exhibit "3"** to the Benn Declaration;

(5)     Approve the Debtors' proposed form of notice to be sent to all creditors, equity holders, proposed buyers and other parties in interest in the form attached as **Exhibit "4"** to the Benn Declaration;

(6)     Approve the Template APA (without exhibits) in the form attached as **Exhibit "5"** to the Benn Declaration;

(7)     Schedule the Auction for August 3, 2022 as requested in the Motion;

(8)     Schedule the Sale Hearing for the Court to consider approval of the Debtors' sale of the Purchased Assets to the winning bidder and winning back-up bidder at the Auction; and

(9)     Grant such other and further relief as the Court deems just and proper under the circumstances.

Dated:  June 23, 2022                                  TRX HOLDCO, LLC
                                                       FITNESS ANYWHERE LLC

                                                       By:___*/s/ Ron Bender*_____
                                                            RON BENDER
                                                            KRIKOR J. MESHEFEJIAN
                                                            LINDSEY L. SMITH
                                                            LEVENE, NEALE, BENDER,
                                                            YOO & GOLUBCHIK L.L.P.
                                                            Proposed Attorneys for Chapter 11 Debtors
                                                            and Debtors in Possession

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
2818 La Cienega Avenue, Los Angeles, CA 90034

A true and correct copy of the foregoing document entitled (*specify*): **NOTICE OF HEARING ON DEBTORS' MOTION FOR ENTRY OF ORDER (I) ESTABLISHING BIDDING PROCEDURES FOR FREE AND CLEAR SALE OF ASSETS; (II) ESTABLISHING PROCEDURES RELATING TO ASSUMPTION AND ASSIGNMENT OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES; (III) APPROVING FORMS OF NOTICE; (IV) APPROVING FORM OF ASSET PURCHASE AGREEMENT; (V) SCHEDULING AN AUCTION; (VI) SCHEDULING A SALE HEARING; AND (VII) GRANTING RELATED RELIEF** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **_June 23, 2022_**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Ron Bender    rb@lnbyb.com**
- **Shawn M Christianson    cmcintire@buchalter.com, schristianson@buchalter.com**
- **Michael I. Gottfried    mgottfried@elkinskalt.com, cavila@elkinskalt.com**
- **Jonathan Gottlieb    jdg@lnbyg.com**
- **Michael J Hauser    michael.hauser@usdoj.gov**
- **Marsha A Houston    mhouston@reedsmith.com, hvalencia@reedsmith.com**
- **Krikor J Meshefejian    kjm@lnbyg.com**
- **Ali M Mojdehi    amojdehi@btlaw.com, jgertz@btlaw.com;arego@btlaw.com;amattingly@btlaw.com**
- **Christopher O Rivas    crivas@reedsmith.com, chris-rivas-8658@ecf.pacerpro.com**
- **Lindsey L Smith    lls@lnbyg.com, lls@ecf.inforuptcy.com**
- **United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov**

**2. SERVED BY UNITED STATES MAIL**: On (*date*) **_June 23, 2022_**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **_June 23, 2022_**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

**SERVED BY PERSONAL DELIVERY**
Honorable Scott C. Clarkson
U.S. Bankruptcy Court, Ronald Reagan Federal Building
411 West Fourth Street
Suite 5130
Santa Ana, CA 92701-4593

☒ Service information **BY OVERNIGHT MAIL** continued on attached page

☒ Service information **BY EMAIL** continued on attached page

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                    **F 9013-3.1.PROOF.SERVICE**

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| June 23, 2022 | Lourdes Cruz | /s/ Lourdes Cruz |
|---|---|---|
| _Date_ | _Printed Name_ | _Signature_ |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**F 9013-3.1.PROOF.SERVICE**

In re Fitness Anywhere LLC and TRX
File No. 9745
RSN UST, 20 Largest and Secured
EMAIL LIST

Core Health & Fitness, LLC
Sy Mares
smares@corehandf.com

Office of the U.S. Trustee
Michael J Hauser
Michael.hauser@usdoj.gov

Flexport Inc
alyssa@flexport.com

Dirbos Inc.
jon@dirbos.com
(949) 466-1897

Duane Morris LLP
Michael J. Silvernman
mjsilverman@duanemorris.com

NetSuite Inc
Carmina.espinola@oracle.com

ISUPPORT WORLDWIDE LLC
Courtney Bissett
cbissett@isupportworldwide.com

Syzygy Digital Marketing, Inc
finance@syzygy.us
Geanina Scuipici
Geanina.Scuipici@syzygy.co.uk

Sprint FWD, LLC
Bryan Arp
bryanarp@gmail.com

Counsel for Creative Artists Agency
Michael I. Gottfried, Esq.
mgottfied@elkinskalt.com

McCollister's Transportation Group, Inc
sschukraft@mccollisters.com

UDR-Eight 80
rholly@udr.com

Morrison & Foerster LLP
Murray A. Indick
mindick@mofo.com

Woodforest National Bank
mhouston@reedsmith.com
crivas@reedsmith.com

SprintFWD, LLC
Bryan Arp
bryanarp@gmail.com

Comma,8 LLC
Bryan Arp
bryanarp@gmail.com

Counsel for Core Health & Fitness, LLC
Ali M.M. Mojdehi **RSN**
amojdehi@btlaw.com
arego@btlaw.com

Email block:

smares@corehandf.com; Michael.hauser@usdoj.gov; alyssa@flexport.com; jon@dirbos.com; mjsilverman@duanemorris.com; Carmina.espinola@oracle.com; cbissett@isupportworldwide.com; finance@syzygy.us; bryanarp@gmail.com; mgottfied@elkinskalt.com; sschukraft@mccollisters.com; rholly@udr.com; mindick@mofo.com; mhouston@reedsmith.com; crivas@reedsmith.com; bryanarp@gmail.com; amojdehi@btlaw.com; arego@btlaw.com

In re TRX Holdco, LLC
File No. 9745
RSN UST, 20 Largest, Secured
 SERVICE BY OVERNIGHT MAIL

Michael J Hauser
United States Trustee
411 W Fourth St Suite 7160
Santa Ana, CA 92701-4593

Baker Tilly US, LLP
10 Terrace Court PO Box 7398
Madison, WI 53707-7398

Cole Schotz P.C.
25 Main Street P.O. Box 800
Hackensack, NJ 07602

Creative Artists Agency
Attn: Jeffrey Freedman
2000 Avenue of the Stars
Los Angeles, CA 90067

JMBM LLP
1900 Avenue of the Stars
Los Angeles, CA 90067

Morrison & Morrison
222 Souther Riverside Plaza
Chicago, IL 60606

Sterling Legal Solutions, Inc.
Attn: Stephanie Sterling
26895 Aliso Creek Rd., B-129
Aliso Viejo, CA 92656

UDR-Eight 80
1590 Adams Avenue
PO Box 2350
Costa Mesa, CA 92628

UDR-Eight 80
Agent for Service of Process
330 N. Brand Blvd., Suite 700
Glendale, CA 91203

Sterling Legal Solutions, Inc.
Agent for Service of Process
720 14th Street
Sacramento, CA 95814

SprintFWD, LLC
Attn: Bryan Arp
703 Pier Avenue, Suite B #632
Hermosa Beach CA 90254-0000

Comma,8 LLC
Attn: Bryan Arp
703 Pier Avenue, Suite B #632
Hermosa Beach CA 90254-0000

In re Fitness Anywhere LLC
File No. 9744
RSN UST, 20 Largest and Secured

 SERVICE BY OVERNIGHT MAIL

Counsel for Woodforest National Bank
ReedSmith
Marsha Houston/Christopher Rivas
355 South Grand Avenue, Suite
2900 Los Angeles, CA, 90071

Michael J Hauser
United States Trustee
411 W Fourth St Suite 7160
Santa Ana, CA 92701-4593

Committee
Exemplar Design, LLC
Attention: Matt Nelson
4680 Parkway Drive, Suite 300
Mason, OH 45040

Committee
Core Health & Fitness, LLC
Attention:  Sy Mares
4400 NE 77th Avenue, Suite 250
Vancouver, WA 98662

Committee
United Parcel Service, Inc.
Attention: Farah C. Spainhour
55 Glenlake Parkway
Atlanta, GA 30328

Morrison & Foerster LLP
Attn: Murray A. Indick
425 Market Street
San Francisco CA 94105-0000

Core Health & Fitness, LLC
4400 Northeast 77th Avenue
Suite 300
Manufacturer Land America
Vancouver, WA 98662

Stephen Gould Corporation
35 South Jefferson Road
Whippany, NJ 07981

Flexport Inc
P.O. Box 207244
Dallas, TX 75320-7244

UPS Plan 0386NE
55 Glenlake Parkway NE
Atlanta, GA 30328

Duane Morris LLP
30 South 17th Street
Philadelphia, PA 19103-4196

Buy Box Experts
3020 N Cullen Ct. Pleasant
Grove, UT 84062

MAN Staffing, LLC
550 East Del Amo Boulevard
Carson, CA 90746

Syzygy Digital Marketing, Inc
41 Flatbush Avenue
Brooklyn, NY 11217

Lahlouh Inc
Attn: H. John Lahlouh
1649 Adrian Road
Burlingame, CA 94010

US Customs and Border Protection
PO BOX 979126
St. Louis, MO 63197-9000

McCollister's Transportation Group, Inc
8 Terri Lane
Burlington, NJ 08016

NetSuite Inc
500 Oracle Parkway
Redwood City, CA 94065

Google
P.O. Box 39000
San Francisco, CA 94139

AMEX Corp Card
P.O. Box 0001
Los Angeles, CA 90096

The Trade Desk
42 N Chestnut St.
Ventura, CA 93001

Dirbos Inc.
27758 Santa Margarita Pkwy
Suite 366
Mission Viejo, CA 92691

Redwood Supply Chain Solutions
1765 North Elston Avenue Suite 216
Chicago, IL 60642

USA Global Logistics LLC
255 Madsen Drive
Bloomingdale, IL 60108

ISUPPORT WORLDWIDE LLC
1019 West James St
Kent, WA 98032

Core Health & Fitness, LLC
Agent for Service of Process
330 N. Brand Blvd, Ste 700
Glendale, CA 91203

Stephen Gould Corporation
Agent for Service of Process
2710 Gateway Oaks Drive
Ste 150N
Sacramento, CA 95833

Flexport Inc.
Agent for Service of Process
5716 Corsa Ave.
Ste 110
Westlake Village, CA 91362

United Parcel Service, Inc.
Agent for Service of Process
2710 Gateway Oaks Dr.
Ste 150N
Sacramento, CA 95833

McCollister's Transportation
Systems, Inc.
Agent for Service of Process
2710 gateway Oaks Dr.
Ste 150N
Sacramento, CA 95833

Netsuite Inc.
Agent for Service of Process
2710 Gateway Oaks Dr.
Ste 150N
Sacramento, CA 95833

Google
Agent for Service of Process
2710 Gateway Oaks Dr.
Ste 150N
Sacramento, CA 95833

Man Staffing LLC
Attn: Miguel A Navarro
550 E Del Amo Blvd.
Suite C
Carson, CA 90746

Trade Desk
Agent for Service of Process
2710 Gateway Oaks Dr.
Ste 150N
Sacramento, CA 95833

Dirbos
Agent for Service of Process
101 N. Brand Blvd. 11th Floor
Glendale, CA 91203

Redwood Logistics LLC
C/O COGENCY GLOBAL INC.
1325 J STREET STE 1550
SACRAMENTO, CA 95814

Counsel for Creative Artists Agency
Michael I. Gottfried, Esq. **RSN**
Elkins Kalt Weintraub Reuben
Gartside LLP 10345 W. Olympic Blvd.
Los Angeles, CA 90064

Counsel for Core Health & Fitness, LLC
Ali M.M. Mojdehi **RSN**
Barnes & Thornburg LLP
655 West Broadway, Suite 1300
San Diego, CA 92101

Sprint FWD, LLC
Attn: Bryan Arp
703 Pier Avenue
Suite B #632
Hermosa Beach CA 90254-0000

In re TRX Holdco, LLC
File No. 9745

SERVICE BY US MAIL

E38-TRX Holdco Investments, LLC
450 Newport Center Drive, Suite 590
Newport Beach CA 90266-0000

E38-TRX, LLC
450 Newport Center Drive, Suite 590
Newport Beach CA 90266-0000

TRX Holdco Incentive Holdings, LLC
450 Newport Center Drive, Suite 590
Newport Beach CA 90266-0000

Label Matrix for local noticing
0973-8
Case 8:22-bk-10948-SC
Central District of California
Santa Ana
Thu Jun 23 10:46:46 PDT 2022

Core Health & Fitness, LLC
4400 NE 77th Ave. Ste 250
Vancouver, WA 98662-6829

TRX Holdco, LLC
450 Newport Center Drive
Suite 590
Newport Beach, CA 92660-7648

## SERVICE BY U.S. MAIL

Santa Ana Division
411 West Fourth Street, Suite 2030,
Santa Ana, CA 92701-4500

26 Fitness, 1nc
1501 7th Street Ln Southeast
Hickory, NC 28602-8690

3PL Central LLC
830 S Pacific Coast Hwy Suite 102
El Segundo, CA 90245-4841

5 Star Janitorial Inc.
7349 Milliken Ave. 1406
Rancho Cucamonga, CA 91730-7435

8020 Consulting LLC
6303 Owensmouth Ave 10th Floor
Woodland Hillsr CA 91367-2262

AMEX Corp Card
P.O. Box 0001
Los Angeles, CA 90096-0001

Accounting Principles,
Dept CH 14031
Palatine, IL 60055-4031

Acorn Paper
PO Box 23965
Angeles, CA 90023-0965

Active Design Systems,
6216 Autumnwood Dr
Friscor TX 75035-2152

Ada Support Inc.
96 Spadina avenue Unit 801
Toronto, OH 12345

Adcom Worldwide
4300 Raley Boulevard
Sacramento, CA 95838-2858

Admiral Insurance Group
PO Box 639824
Oude Meer, OH 45263-9824

Advanced Exercise
861 Southpark Drive #100
Littleton, CO 80120-5684

Anthony S. Erlick
2127 Red Oak Place
Danville, CA 94506-2033

Apex Vista Fitness Services
23610 N. 20th Drive, Ste. 8
Phoenix, AZ 85085-0627

Aspen Core Fitness, LLC
97 Lewis Lane
Basalt, CO 81621-9389

Avalara Inc
Dept CH 16781
Palatine, IL 60055-6781

Avant Marketing Group
1922 Prospector Avenue
Park City, UT 84060-7287

Avendra LLC
Attn: Controller
P.O. Box 75019
Baltimore, MD 21275-5019

Avery Dennison
Hong Kong B.V No. 7 , Chun Ying Street T
O Tndustrial Estate New Territories
Hong Kong 19720-0000

Baker Tilly US, LLP
10 Terrace Court PO Box 7398
Madison, WI 53707-7398

Bigcommerce
11305 Four Points Drive Bldg II, Third F
Austin, TX 78726-2204

BlenderBottle Europe Benley GmbH
Heinrich-Lanz-Allee 12 60437
Frankfurt, Germany 60437-0000

Blue Banyan Solutions, Inc.
1569 Solano Avew Suite 645
Berkeley, CA 94707-2116

Brand Amp LLC
1945 Placentia Avenue Bldg C
Costa Mesa, CA 92627-6274

Buy Box Experts
3020 N Cullen Ct. Pleasant
Grove, UT 84062-9443

Bynder LLC
321 Summer Street, Suite 100
Boston, MA 02210-1725

BzBGateway.Net
Payment Processing Center
PO Box 838
Hope Valley, RI 02832-0838

W.C.H. ROBINSON WORLDWIDE INC
ATTN BANKRUPTCY TEAM BILL GLAD
14701 CHARLSON ROAD
SUITE 2400
EDEN PRAIRIE MN 55347-5076

Castanea Partners, et al.
Three Newton Executive Park
Suite 304
Newton, MA 02462-1462

Cole Schotz P.C.
25 Main Street P.O. Box 800
Hackensack, NJ 07602-0800

CommerceHub
25736 Network Place
Chicago, IL 60673-1257

Commercial Fitness Equipment
4686 Isabelle Unit A
Eugene, OR 97402-8766

Conde Nast
1 World Trade Center
New York, NY 10007

Core Health & Fitness, LLC
4400 Northeast 77th Avenue Suite
300 Manufacturer Land America
Vancouver, WA 98662

Corodata Records
PO Box 842638
Los Angeles, CA 90084-2638

Corodata Shredding Inc.
PO Box 846137
Los Angeles, CA 90084-6137

Corporation Service Company
Po Box 13397
Philadelphiar PA 19101-3397

Crackyl Media Inc.
1955 Ashgrove Court
London, Canada N6K 4S2

Creative Artists Agency
2000 Avenue of the Stars Speakers Dept.
Los Angeles, CA 90067-4705

Crunch Franchising, LLC
1 Harbour Place, Suite 230
Portsmouth, NH 03801-3837

Crystal & Company
Wall Street Station
PO Box 1405
New York, NY 10268-1405

Culligan Water of Ontario
1925 Burgundy Pl
Ontario, CA 91761-2317

Cybersource Corporation
PO Box 742842
Los Angeles, CA 90074-2842

Cyclops Marine Ltd
Unit 25 The Slipway, Port Solent
Portsmouth, United Kingdom PO6 4TR

Czarnowski Display Service,
6067 Eagle Way
Chicago, IL 60678-1060

DGI Logistics
7350 Transit Rd
Williamsville, NY 14221-6174

DHL x5964
16592 Collections Center Drive
Chicago, IL 60693-0001

DPI - Digital Print Imaging
645 Mariposa Street
San Francisco, CA 94107-2514

DSV Air & Sea Inc.
2100 West 195Th Street
Torrance, CA 90501

Degree, Inc DBA Lattice
PO Box 207585
Dallas, TX 75320-7585

Dirbos Inc.
27758 Santa Margarita Pkwy Suite 366
Mission Viejo, CA 92691-6709

Duane Morris LLP
30 South 17Th Street
Philadelphia, PA 19106-2350

Ecore International, Inc
PO Box 21691
New York, NY 10087-1691

Elite Forklift Service and Repairs
12398 Antigua Drive
Mira Lomaz CA 91752

Engine Yard, Inc
580 Market Street Suite 150
San Francisco, CA 94104-5427

Equity 38, LLC
450 Newport Center Drive, Suite 590
Newport Beach, CA 92660-7648

Equity 38, LLC
75 14th St NE Ste 2700
Atlanta, GA 30309-7602

Ethan Senoff
18214 S. Grasle Road
Oregon City, OR 97045-8061

Exemplar Design
4680 Parkway Drive Suite 300
Mason, OK 45040-7979


FBI National Academy Associates
1 Range Road
Quantico, VA 22135-0001

FIT Summit Pte.
35b Boat Quay
Singapore, Singapore 49824-0000

Fastenal Company
2001 Theurer Blvd
Winona, MN 55987-9902


Fedex Express
PO Box 7221
Pasadena, CA 91109-7321

Fedex Freight
PO Box 21415
Pasadena, CA 91185-1415

Fedex Trade Networks Canada ACH
Box 916200
Toronto, Canada M5W 0E9


Ferrellgas, LP
PO Box 173940
Denver, CO 80217-3940

Fidelity
PO Box 73307
Chicago, IL 60673-7307

Fitness Anywhere LLC
450 Newport Center Drive, Suite 590
Newport Beach, CA 92660-7648


Fitness Anywhere, Inc.
Attn: Murray A. Indick
425 Market Street
San Francisco, CA 94105-2532

Five Star Transport
18530 Damon Drive
Hesperia, CA 92345-7431

Flexport Inc
P.O. Box 207244
Dallas, TX 75320-7244


Franklin Retail Solutions
310 Spring Street
West Roxbury, MA 02132-5419

Freighthawk Xpress
255 Madsen Drive
Bensenville, IL 60106

Frontier Communications Corporation
401 Merritt 7
Norwalk, CT 06854


Full Sail Enterprises, Inc.
15632 Product Laner Ste. A
Huntington Beach, CA 92649-1346

GSA-IFF - GSAIOI
USDA Office of the CFO FMLOB provider
2300 Main St 2SE
Kansas Cityr MO 64108-2416

Getty Images US ,lnc.
PO Box 953604
St. Louis, MO 63195-3604


GoExceed
655 W. Grand Ave Suite
Elmhurst, IL 60126-1060

Gohealth Urgent Care
5555 Glenridge Connector Suite
Atlanta, GA 30342-4759

Google
P.O. Box 39000
San Francisco, SF 94139-0001


Google Voice Inc
1600 Amphitheatre Parkway
Mountain View, CA 94043-1351

HUNG01
Vicky Ya-chi Hung
No 60 Sec 1 Zongcheng Rd Shilin
Taipei, Taiwan 00111-0000

Haymaker Partners, LLC
450 Newport Center Drive, Suite 590
Manhattan Beach, CA 92660-7648


Hearst Magazine Media, Inc.
3540 Toringdon Way Building #7
Charlotte, NC 28277-4969

Helix Human Capital
18210 Edna Road
Jonestown, TX 78645-3407

Helpmonks LLC
9793 Lima Cir
Commerce City, CO 80022-6222

Humane
1350 West Venture Drive
Janesville, WI 53546-9479

UBSA
70 Fargo Street
Boston, MA 02210-1588

ISUPPORT WORLDWIDE LLC
1019 West James St
Kent, WA 98032-4332

Influx Inc
8605 Santa Monica Blvd
West Hollywood, CA 90069-4109

Innomark Communications, LLC
420 Distribution Circle PO Box 715035
Fairfield, OH 45014-5473

Instantsearch
5375 Beeehwood Lane
Los Altos, CA 94024-7128

Intercultural Elements
5 Wei estra e
Leipzig, Germany 04299-0000

J.B. HUNT
615 JB Hunt Corporate Drive
Lowellz AR 72745-9143

JAS Forwarding Netherlands BV
Breguetlaan Oude Meer,
Netherlands 01438

JASF01
Jas Forwarding Inc.
Dept 3570 PO Box 123570
Dallas, TX 75312-3570

JMBM LLP
1900 Avenue of the Stars
Los Angeles, CA 90067-4308

Jack Nadel International
PO Box 8342
Pasadena, CA 91109-8342

John Hutchinson
665 Blair Avenue
Piedmont, CA 94611-3445

John Hutchison Cobra
665 Blair Avenue
Piedmont, CA 94611-3445

Johnson Controls Security Solutions
PO Box 371967
Pittsburgh, PA 15250-7967

KLAVIYO
125 Summer Street Floor 6
Boston, MA 02110-1641

Kanaree.io
3802 South 16th Street
Chickasha, OK 73018-7775

Katten Muchin Rosenman LLP
Attn: Jan Harris Cate, Esq.
515 South Flower Street, Suite 1000
Los Angeles, CA 90071-2212

Katten Muchin Rosenmann LLP
Attn: Jan Harris Cate, Esq.
515 South Flower Street, Suite 1000
Los Angeles, CA 90071-2212

Keith Design Group
11558 Henness Road
Truckee, CA 96161-2988

Kustomer, Inc.
5 Penn Plazar 19th Floor
New York, NY 10001

Lahlouh Inc
1649 Adrian Road
Burlingame, CA 94010-2103

Land America
Ecoldyn Limited R.2207 2208,
22F Island Place Towerz Island Place 510
North Point
Hong Kong

Law Office of Michael A. Zuercher, Inc.
4105 Via Largavista
Palos Verdes Estates, CA 90274-1123

LexDellmeier Germany
Nymphenburger Str. 23
Munich, Germany 80335-0000

Littler Mendelson, PC
2301 McGee Street Suite 800
Kansas City, MO 64108-2662

Localytics
101 Arch Street, 8th Floor
Boston, MA 02110-7500

MAN Staffing, LLC
550 East Del Amo Boulevard
Carson, CA 90746

Marin Lazic
13 19 Glassop Street Balmain
Sydney, Australia NSW 2041

McCollisterls Transportation Group, Inc
8 Terri Lane
Burlington, NJ 08016-4901

Medallia Inc
575 Market Street, Ste 1850
San Francisco, CA 94105-5803

Microsoft Corporation
One Microsoft Way
Redmond, WA 98052-8300

Missouri Deparment of Revenue
Taxation Division
PO Box 3400
Jefferson City, MO 65105-3400

Mitel
ShoreTel Inc.
28760 Network Place
Chicago, IL 60673-1287

Morrison & Morrison
222 Souther Riverside Plaza
Chicago, IL 60606

Neogrid
6750 North Andrews Avenue
Fort Lauderdale, FL 33309-2173

Netsuite Inc
500 Oracle Parkway
Redwood City, CA 94065-1677

North Climb Fitness Equipment Servies
33 Shore Breeze Driver Unit 410
Torontor Canada M8V 0G1

OMS
45 Collingwood Dr
Cranston, RI 02921-2610

PHITBOD, LLC
221221 fb
Jefferson City, MO 65101

Pacful Printing
11311 White Rock rd
Rancho Cordova, CA 95742-6876

Pacific Customs Brokers
1400 A Street
Blaine, WA 98230-5212

Packaging Plus
501 North Smith Avenue Suite 102
Corona, CA 92878-4367

Paragon Brokerage, Inc
720 Industrial Blvdw Suite 400
Grapevine, TX 76051-8642

Pitney Bowes Lease
PO Box 371887
Pittsburgh, PA 15250-7887

Prime Fitness
25027 Oak Drive
Damascus, MD 20872-1801

Priority 1 Inc.
1800 E Roosevelt
Little Rock, AR 72206-2516

Propack CAD
7351 Vantage Way
Delta, BC, Canada V4G 1C9

Prosource Fitness Equipment
6503 Hilburn Drive
Raleigh, NC 27613-1908

Pyramid Case
122 Manton Avenue
Box 4
Providence, RI 02909-3369

RH Incentive Holdings II,
Attn: Murray A. Indick
425 Market Street
San Francisco, CA 94105-2532

RH Incentive Holdings Ir LLC
Attn: Murray A. Tndick
425 Market Street
San Francisc, CA 94105-2532

Radial
PO Box 204113
Dallas, TX 75320-4114

Rakuten Marketing LLC
6985 S. Union Park Center, Suite 300
Midvale, UT 84047-6078

Ravins Business Services
1750 4th St
Hood River, OR 97031-6703

Red Points Solutions,S.L
38 Carrer de Berl n
Barcelona, Spain 08029-0000

Redwood Supply Chain Solutions
1765 North Elston Avenue Suite 216
Chicago, IL 60642-1501

Refund Sniper LLC
988 Allen Lane
Woodmere, NY 11598-1705

Rewind Fitness LLC
7111 West 151st Street #296
Overland Park, KS 66223-2231

Right Side Up, LLC
9901 Brodie Lane, Suite 160
PMB515
Austin, TX 78748-5892

Robyn Hagan Cain
1121 N 2nd St
Nashville, TN 37207-5436

Ryan Heft
3600 Highway 31E
Bethpage, TN 37022

SPS Commerce Inc
333 South Seventh Street, Suite 101
Minneapolis, MN 55402-2421


Samantha Milk
1005 Wigwam Parkway
Henderson, NV 89074-8247

Singer Burke Zimmer, LLP
6345 Balboa Boulevard Suite 375
Encino, CA 91316-1536

Soldiers to Sidelines
8234 Burnley Road
Towson, MD 21204-1808


Sorinex
193 LITTON DR
Lexington, SC 29073-8010

(p)SOUTHERN CALIFORNIA EDISON COMPANY
1551 W SAN BERNARDINO ROAD
COVINA CA 91722-3407

Sprint FWD LLC
703 Pier Avenue
Suite B #632
Hermosa Beach, CA 90254-3943


Staples - STAP01
Staples Business Advantage
Dept LA
Chicago,  IL 60696-3689

Stephen Gould Corporation
35 South Jefferson Road
Whippany, NJ 07981-1043

(p)STERLING LEGAL SOLUTIONS  INC
ATTN STEPHANIE STERLING
26895 ALISO CREEK RD #B-129
ALISO VIEJO CA 92656-5301


Student Beans US
100 Wall Street Suite 902
New York, NY 10005

Sunrise Nationwide USA Inc.
101 West Walnut Street Suite 129
Gardena, CA 90248-3142

Systems Continuity
21681 Cabrosa
Mission Viejo, CA 92691-1242


Syzygy Digital Marketingz
41 Flatbush Avenue
Brooklyn, NY 11217-1160

TMA Worldwide, Inc.
4038 Aitken Dairy Road
Rocklin, CA 95677-4027

TRX Incentive Holdings, LLC
450 Newport Center Drive
Suite 590
Newport Beach, CA 92660-7648


Teads, Inc.
55 5th Ave 17th Floor
New York, NY 10003-4301

The Fitness Center Service Tech
4802 West Bexley Park Drive
Delray Beach, FL 33445-3573

The Hartford FA082651
P.O. Box 415738
Boston, MA 02241-5738


The Trade Desk
42 N Chestnut St.
Ventura, CA 93001-2662

Thomas Shaw
2429 Hines Drive
Los Angeles, CA 90065-3409

Tigers International Logistics BV
Schaapherderweg 24
2988 CK Ridderkerk
Netherlands


Transperfect Translations
Attn: Accounts Receivable
Three Parks Avenue, 39th Floor
New York, NY 10016-5918

U.S. Trustee - Santa Ana
411 West Fourth Street
Suite 7160
Santa Ana, CA 92701-4500

UDR-Eight 80
1590 Adams Avenue PO Box 2350
Costa Mesa, CA 92628-2350


UPS Plan 0386NE
55 Glenlake Parkway NE
Atlanta, GA 30328-3474

US Customs and Border Protection
PO BOX 979126
St. Louis, MO 63197-9000

USA Global Logistics LLC
255 Madsen Drive
Bloomingdale, IL 60108-2638

Uline Shipping Supplies
PO Box 88741
Chicago, IL 60680-1741

United States Trustee (SA)
411 W Fourth St., Suite 7160
Santa Ana, CA 92701-4500

Verizon Media Inc.
770 Broadway
New York, NY 10003-9522


Vincent Wagliardo
216 Fallen Road
Ennis, TX 75119-0049

Wellness Solutions Inc.
6614 James Madison Hwy
Haymarket, VA 20169-2713

Wholesale Pallets, Inc.
142 S. San Antonio Ave
Pomona, CA 91766-2141


Wilco Collective LLC
12 Pinckney Street
Greenville, SC 29601-1422

Wistia, Inc.
17 Tudor Street
Cambridge, MA 02139-4558

Woodforest National Bank
Attn: CMB Loan Operations
25231 Grogans Mill Road, 6th Floor
The Woodlands, TX 77380-3112


Woodforest National Bank
Attn: David A. Macdonald
1330 Lake Robbins Drive, Suite 500
The Woodlands, TX 77380-3203

Workday Inc.
6110 Stoneridge Mall Road
Pleasanton, CA 94588-3211

XD Fit, LLC
4680 Parkway Dr.
Suite 300
Monroe, OH 45050


Zeal Fitness Training LLC
3401 East Laurel Avenue
Visalia, CA 93292-3433

Zendesk
Dept CH 19895
Palatine, IL 60055-9895

Zoom Video Communications, Inc
Box 888843 Suite 600
Los Angeles, CA 90088-8843


monday.com Ltd
6 Yitzhak Sadeh Street
Tel Avivz CA 00677-7506

Jonathan Gottlieb
Levene, Neale, Bender, Yoo & Golubchik L
2818 La Cienega Ave
Los Angeles, CA 90034-2645

Krikor J Meshefejian
Levene, Neale, Bender, Yoo & Golubchik L
2818 La Cienega Avenue
Los Angeles, CA 90034-2645


Lindsey L Smith
Levene Neale Bender Yoo & Golubchik LLP
2818 La Cienega Avenue
Los Angeles, CA 90034-2645

Ron Bender
Levene, Neale, Bender, Yoo & Golubchik L
2818 La Cienega Avenue
Los Angeles, CA 90034-2645


The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).


C.H. Robinson
PO Box 9121
Minneapolis, MN 55480-9121

Southern California Edison
P.O. Box 300
Rosemead, CA 91722

Sterling Legal Solutions, Inc.
26895 Aliso Creek Rd., B-129
Aliso Viejo, CA 92656


The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Creative Artists Agency LLC

(u)Request Courtesy NEF

(u)Woodforest National Bank

(d)TRX Holdco, LLC
450 Newport Center Drive, Suite 590
Newport Beach, CA 92660-7648

(u)Zoe Ades

End of Label Matrix
Mailable recipients   199
Bypassed recipients     5
Total                 204