RON BENDER (SBN 143364)
KRIKOR J. MESHEFEJIAN (SBN 255030)
LINDSEY L. SMITH (SBN 265401)
LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.
2818 La Cienega Avenue
Los Angeles, California 90034
Telephone: (310) 229-1234; Facsimile: (310) 229-1244
Email: RB@LNBYG.COM; KJM@LNBYG.COM; LLS@LNBYG.COM

Proposed Attorneys for Chapter 11 Debtors
and Debtors in Possession

FILED & ENTERED

JUN 24 2022

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY  bolte       DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
### SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>TRX HOLDCO, LLC, a Delaware limited liability company,<br><br>    Debtor and Debtor in Possession.<br><br>In re:<br><br>FITNESS ANYWHERE LLC, a Delaware limited liability company, dba TRX and TRX Training,<br><br>    Debtor and Debtor in Possession.<br><br>☒ Affects both Debtors<br><br>☐ Affects TRX Holdco, LLC only<br><br>☐ Affects Fitness Anywhere, LLC only | Lead Case No.: 8:22-bk-10948-SC<br><br>Jointly administered with:<br>8:22-bk-10949-SC<br><br>Chapter 11 Cases<br><br>**ORDER GRANTING DEBTORS' MOTION FOR ENTRY OF AN ORDER AUTHORIZING REJECTION OF SEPARATION AND RELEASE OF CLAIMS AGREEMENT WITH JOHN HUTCHISON**<br><br>DATE:    June 24, 2022<br>TIME:    10:00 a.m.<br>PLACE:   *Via ZoomGov<br>         Courtroom 5C<br>         411 West Fourth Street<br>         Santa Ana, CA 92701 |

On June 24, 2022, at 10:00 a.m., the Court held a hearing to consider the motion ("Motion") (Doc 67) filed by TRX Holdco, LLC and Fitness Anywhere LLC, dba TRX and TRX Training (together, the "Debtors"), the debtors and debtors-in-possession in the above-captioned, jointly-administered Chapter 11 bankruptcy cases, for the entry of an order authorizing the Debtors to reject, effective June 8, 2022, pursuant to 11 U.S.C. § 365, that certain "Separation And Release Agreement" and any agreement related thereto (collectively, the "Agreement") between the Debtors, on the one hand, and John Hutchison, on the other hand. Appearances at the hearing were waived.

The Court, having read and considered the Motion and the Declaration of Michael A. Zuercher annexed to the Motion, and all other pleadings and papers filed in support of the Motion, notice of the Motion having been proper under the circumstances, no opposition to the Motion having been filed, with good cause appearing, orders as follows:

1. The Motion is granted.

2. The Debtors are authorized to reject the Agreement pursuant to 11 U.S.C. § 365(a), effective as of June 8, 2022, and the rejection of the Agreement as of that date is hereby approved.

**IT IS SO ORDERED.**

### #

Date: June 24, 2022

Scott C. Clarkson
United States Bankruptcy Judge