RON BENDER (SBN 143364)
KRIKOR J. MESHEFEJIAN (SBN 255030)
LINDSEY L. SMITH (SBN 265401)
LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.
2818 La Cienega Avenue
Los Angeles, California 90034
Telephone: (310) 229-1234; Facsimile: (310) 229-1244
Email: RB@LNBYG.COM; KJM@LNBYG.COM; LLS@LNBYG.COM

Proposed Attorneys for Chapter 11 Debtors
and Debtors in Possession

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
## SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>TRX HOLDCO, LLC, a Delaware limited liability company,<br><br>　　　　Debtor and Debtor in Possession.<br><br>In re:<br><br>FITNESS ANYWHERE LLC, a Delaware limited liability company, dba TRX and TRX Training,<br><br>　　　　Debtor and Debtor in Possession.<br><br>☒ Affects both Debtors<br><br>☐ Affects TRX Holdco, LLC only<br><br>☐ Affects Fitness Anywhere, LLC only | Lead Case No.: 8:22-bk-10948-SC<br><br>Jointly administered with:<br>8:22-bk-10949-SC<br><br>Chapter 11 Cases<br><br>**STIPULATION EXTENDING DEADLINE FOR SECURED CREDITOR WOODFOREST NATIONAL BANK TO FILE ANY OBJECTION TO THE DEBTORS' CASH COLLATERAL MOTION**<br><br>DATE:　　June 30, 2022<br>TIME:　　10:00 a.m.<br>PLACE:　*Via ZoomGov<br>　　　　　Courtroom 5C<br>　　　　　411 West Fourth Street<br>　　　　　Santa Ana, CA 92701 |

1

This Stipulation is entered into by and between TRX Holdco, LLC ("Hold Co") and Fitness Anywhere LLC, dba TRX and TRX Training ("Product Co" and together with Hold Co and Product Co, the "Debtors"), the debtors and debtors-in-possession in the above-captioned, jointly-administered, Chapter 11 bankruptcy cases, on the one hand, and Woodforest National Bank (the "Bank" together with the Debtors, the "Parties"), on the other hand, with respect to the following:

A. The Debtors filed voluntary petitions under chapter 11 of the Bankruptcy Code on June 8, 2022.

B. A hearing was held on June 10, 2022 for the Court consider approval of the Debtors' emergency cash collateral motion (the "Motion"). Prior to that hearing, the Debtors and the Bank reached an agreement on the terms of an interim cash collateral order which was formalized following that hearing and approved by the Court through an interim order entered on June 10, 2022 as Docket No. 38 (the "Interim Order").

C. The Debtors filed a supplement to the Motion on June 17, 2022 as Docket No. 75, which supplement contained modified proposed budgets (collectively, the "Updated Budgets").

D. The Interim Order provides that any opposition to entry of a final order granting the Motion is to be filed by June 28, 2022.

E. The Debtors and the Bank, primarily through their respective professionals, have been actively engaged in dialogue, communication and exchange of information in an effort to try to reach an agreement on the form of a final cash collateral order and Updated Budgets that would be acceptable to the Debtors and the Bank.

F. The Debtors and the Bank believe that their time would be better spent continuing discussions than the Bank preparing and filing an objection. As a result, subject to the approval of the Court, the Debtors and the Bank are requesting that the deadline for the Bank to file any opposition to entry of a final order granting the Motion and/or to respond to the Updated Budgets be extended to June 29, 2022, with the Debtors continuing to have the ability to assert any reply to any such opposition orally at the final hearing as the Interim Order provides.

NOW THEREFORE, THE DEBTORS AND THE BANK HEREBY STIPULATE AND AGREE AS FOLLOWS:

1. The deadline for the Bank to file any opposition to entry of a final order granting the Motion and/or to respond to the Updated Budgets is extended to June 29, 2022.

2. The Debtors shall continue to have the ability to assert any reply to any such opposition orally at the final hearing as the Interim Order provides.

3. Following the execution of this Stipulation, the Debtors will file this Stipulation and upload an order approving this Stipulation with the Court.

*[Signature Pages Contained On The Following Page]*

Agreed:

Dated:  June 28, 2022                    TRX HOLDCO, LLC
                                         FITNESS ANYWHERE LLC

                                         By: ___/s/ Ron Bender_____
                                             RON BENDER
                                             KRIKOR J. MESHEFEJIAN
                                             LINDSEY L. SMITH
                                             LEVENE, NEALE, BENDER,
                                             YOO & GOLUBCHIK L.L.P.
                                             Proposed Attorneys for Chapter 11 Debtors
                                             and Debtors in Possession


Agreed:

Dated:  June 28, 2022                    WOODFOREST NATIONAL BANK

                                         By : _____
                                             CHRISTOPHER O. RIVAS
                                             MARSHA A. HOUSTON
                                             REED SMITH LLP
                                             Attorneys for Woodforest National Bank

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
2818 La Cienega Avenue, Los Angeles, CA 90034

A true and correct copy of the foregoing document entitled (*specify*): **STIPULATION EXTENDING DEADLINE FOR SECURED CREDITOR WOODFOREST NATIONAL BANK TO FILE ANY OBJECTION TO THE DEBTORS' CASH COLLATERAL MOTION** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **June 28, 2022**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Ron Bender**  rb@lnbyb.com
- **Shawn M Christianson**  cmcintire@buchalter.com, schristianson@buchalter.com
- **Michael I. Gottfried**  mgottfried@elkinskalt.com, cavila@elkinskalt.com
- **Jonathan Gottlieb**  jdg@lnbyg.com
- **Michael J Hauser**  michael.hauser@usdoj.gov
- **Marsha A Houston**  mhouston@reedsmith.com, hvalencia@reedsmith.com
- **Krikor J Meshefejian**  kjm@lnbyg.com
- **Ali M Mojdehi**  amojdehi@btlaw.com, jgertz@btlaw.com;arego@btlaw.com;amattingly@btlaw.com
- **Christopher O Rivas**  crivas@reedsmith.com, chris-rivas-8658@ecf.pacerpro.com
- **Lindsey L Smith**  lls@lnbyg.com, lls@ecf.inforuptcy.com
- **United States Trustee (SA)**  ustpregion16.sa.ecf@usdoj.gov

**2**. **SERVED BY UNITED STATES MAIL**: On (*date*) **June 28, 2022**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3**. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **June 28, 2022**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| June 28, 2022 | Lourdes Cruz | /s/ Lourdes Cruz |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                          **F 9013-3.1.PROOF.SERVICE**