SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
ORI KATZ, Cal. Bar No. 209561
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4109
Telephone:    415.434.9100
Facsimile:     415.434.3947
E mail          okatz@sheppardmullin.com

JENNIFER L. NASSIRI, Cal. Bar No. 209796
ALEXANDRIA G. LATTNER, Cal. Bar No. 314855
333 South Hope Street, 43rd Floor
Los Angeles, CA 90071-1422
Telephone: 213.620.1780
Facsimile: 213.620.1398
E-mail          jnassiri@sheppardmullin.com
                     alattner@sheppardmullin.com

Proposed Counsel to the Official Committee of
Unsecured Creditors

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**SANTA ANA DIVISION**

| | |
|---|---|
| In re:<br><br>TRX HOLDCO, LLC, a Delaware limited liability company,<br><br>    Debtor and Debtor in Possession.<br><br>In re:<br><br>FITNESS ANYWHERE LLC, a Delaware limited liability company, dba TRX and TRX Training,<br><br>    Debtor and Debtor in Possession.<br><br>☒ Affects both Debtors<br><br>☐ Affects TRX Holdco, LLC only<br><br>☐ Affects Fitness Anywhere, LLC only | Case No.: 8:22-bk-10948-SC<br><br>Chapter 11 Case<br><br>**THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS' LIMITED OBJECTION AND RESERVATION OF RIGHTS TO THE DEBTORS' EMERGENCY MOTION FOR ENTRY OF AN INTERIM ORDER: (I) AUTHORIZING THE DEBTORS TO USE CASH COLLATERAL PURSUANT TO 11 U.S.C. §§ 361, 362 AND 363; (II) GRANTING ADEQUATE PROTECTION; (III) SCHEDULING A FINAL HEARING PURSUANT TO BANKRUPTCY RULE 4001(b); AND (IV) GRANTING RELATED RELIEF**<br><br>DATE:  June 30, 2022<br>TIME:   10:00 a.m.<br>PLACE:  *Via ZoomGov<br>          Courtroom 5C<br>          411 West Fourth Street<br>          Santa Ana, CA 92701 |

The Official Committee of Unsecured Creditors (the "Committee"), through its proposed undersigned attorneys, hereby submits this limited objection and reservation of rights (this "Limited Objection") to *Debtors' Emergency Motion for Entry of an Interim Order: (I) Authorizing the Debtors to Use Cash Collateral Pursuant to 11 U.S.C. §§ 361, 362 and 363; (II) Granting Adequate Protection; (III) Scheduling a Final Hearing Pursuant to Bankruptcy Rule 4001(b); and (IV) Granting Related Relief* [Docket No. 7] (the "Cash Collateral Motion") and the *Supplement to the Debtors' Emergency Motion for Entry of an Order Authorizing the Debtors to Use Cash Collateral Pursuant to 11 U.S.C. §§ 361, 362 and 363 and Granting Adequate Protection and Related Relief* [Docket No. 75] (the "Cash Collateral Supplement"), filed by the Debtors TRX Holdco, LLC and Fitness Anywhere LLC (jointly, the "Debtors"), and respectfully states as follows:

On June 29, 2022, the Committee retained Sheppard, Mullin, Richter & Hampton LLP ("Sheppard Mullin") to serve as its counsel in these bankruptcy cases. Immediately, Sheppard Mullin reached out to Debtors' counsel requesting additional information supporting the Cash Collateral Motion and the Cash Collateral Supplement. Sheppard Mullin has not yet had an opportunity, however, to speak with counsel for Woodforest National Bank, which it hopes to do as soon as practicable after the hearing. While the Committee is generally supportive of the Debtors' use of cash collateral and does not oppose the Court's approval of an additional interim order approving the same, it has some questions and suggestions in connection with the Debtors' proposed use of cash collateral. Given that Sheppard Mullin was only retained the day before the hearing on the Cash Collateral Motion and Cash Collateral Supplement, the Committee requires additional time to review and analyze the Debtors' proposed budgets and the bank's terms for the use of cash collateral. The Committee is hopeful it can work collaboratively with the Debtors and Woodforest National Bank on the terms of a final order for the use of cash collateral. As such, the Committee respectfully requests a brief three-week extension to the deadline to object to the Cash Collateral Motion to July 19, 2022, and that a final hearing on the Cash Collateral Motion is held soon thereafter.

| | |
|---|---|
| 1 | Dated: June 30, 2022 |
| 2 | SHEPPARD, MULLIN, RICHTER & HAMPTON LLP |
| 3 | |
| 4 | By  */s/ Jennifer Nassiri* |
| 5 | ORI KATZ |
| | JENNIFER NASSIRI |
| 6 | ALEXANDRIA LATTNER |
| 7 | Proposed Attorneys for Official Committee of Unsecured Creditors |

(Lines 8–28 blank)

-3-

SMRH:4872-8015-3639 · THE COMMITTEE'S LIMITED OBJECTION TO THE DEBTORS' CASH COLLATERAL MOTION

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is 333 South Hope Street, 43rd Floor, Los Angeles, CA 90071.

A true and correct copy of the foregoing document entitled (*specify*): **THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS' LIMITED OBJECTION AND RESERVATION OF RIGHTS TO THE DEBTORS' EMERGENCY MOTION FOR ENTRY OF AN INTERIM ORDER: (I) AUTHORIZING THE DEBTORS TO USE CASH COLLATERAL PURSUANT TO 11 U.S.C. §§ 361, 362 AND 363; (II) GRANTING ADEQUATE PROTECTION; (III) SCHEDULING A FINAL HEARING PURSUANT TO BANKRUPTCY RULE 4001(b); AND (IV) GRANTING RELATED RELIEF** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b) in the manner stated below**:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) June 30, 2022, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Ron Bender  rb@lnbyb.com
- Shawn M Christianson  cmcintire@buchalter.com, schristianson@buchalter.com
- Michael I. Gottfried  mgottfried@elkinskalt.com, cavila@elkinskalt.com
- Jonathan Gottlieb  jdg@lnbyg.com
- Michael J Hauser on behalf of U.S. Trustee United States Trustee (SA)  michael.hauser@usdoj.gov
- Marsha A Houston  mhouston@reedsmith.com, hvalencia@reedsmith.com
- Krikor J Meshefejian  kjm@lnbyg.com
- Ali M Mojdehi  amojdehi@btlaw.com, jgertz@btlaw.com;arego@btlaw.com;amattingly@btlaw.com
- Christopher O Rivas  crivas@reedsmith.com
- Lindsey L Smith  lls@lnbyg.com,
- United States Trustee (SA)  ustpregion16.sa.ecf@usdoj.gov

☐ Service information continued on attached page.

**2. SERVED BY UNITED STATES MAIL**:
On (*date*)_____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page.

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (June 30, 2022), I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. be completed no later than 24 hours after the document is filed.

**SERVED BY OVERNIGHT MAIL:**

Honorable Scott C. Clarkson
U.S. Bankruptcy Court, Ronald Reagan Federal Building
411 West Fourth Street
Suite 5130
Santa Ana, CA 92701-4593

☐ Service information continued on attached page.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| June 30, 2022 | Alexandria G. Lattner | /s/ Alexandria G. Lattner |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |