SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
ORI KATZ, Cal. Bar No. 209561
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4109
Telephone:    415.434.9100
Facsimile:    415.434.3947
E mail    okatz@sheppardmullin.com

JENNIFER L. NASSIRI, Cal. Bar No. 209796
ALEXANDRIA G. LATTNER, Cal. Bar No. 314855
333 South Hope Street, 43rd Floor
Los Angeles, CA 90071-1422
Telephone: 213.620.1780
Facsimile: 213.620.1398
E-mail    jnassiri@sheppardmullin.com
        alattner@sheppardmullin.com

Proposed Counsel to the Official Committee of
Unsecured Creditors

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**SANTA ANA DIVISION**

| | |
|---|---|
| In re:<br><br>TRX HOLDCO, LLC, a Delaware limited liability company,<br><br>    Debtor and Debtor in Possession.<br><br>In re:<br><br>FITNESS ANYWHERE LLC, a Delaware limited liability company, dba TRX and TRX Training,<br><br>    Debtor and Debtor in Possession.<br><br>☒ Affects both Debtors<br><br>☐ Affects TRX Holdco, LLC only<br><br>☐ Affects Fitness Anywhere, LLC only | Case No.: 8:22-bk-10948-SC<br><br>Chapter 11 Case<br><br>**THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS' LIMITED OBJECTION AND RESERVATION OF RIGHTS TO THE DEBTORS' MOTION FOR ENTRY OF ORDER (I) ESTABLISHING BIDDING PROCEDURES FOR FREE AND CLEAR SALE OF ASSETS;(II) ESTABLISHING PROCEDURES RELATING TO ASSUMPTION AND ASSIGNMENT OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES; (III) APPROVING FORMS OF NOTICE; (IV) APPROVING FORM OF ASSET PURCHASE AGREEMENT; (V) SCHEDULING AN AUCTION; (VI) SCHEDULING A SALE HEARING; AND (VII) GRANTING RELATED RELIEF**<br><br>DATE:  June 30, 2022<br>TIME:   10:00 a.m.<br>PLACE: *Via ZoomGov<br>          Courtroom 5C<br>          411 West Fourth Street<br>          Santa Ana, CA 92701 |

The Official Committee of Unsecured Creditors (the "Committee"), through its proposed undersigned attorneys, hereby submits this limited objection and reservation of rights (this "Limited Objection") to *Debtors' Motion for Entry of Order (I) Establishing Bidding Procedures for Free and Clear Sale of Assets; (II) Establishing Procedures Relating to Assumption and Assignment of Executory Contracts and Unexpired Leases; (III) Approving Forms of Notice; (IV) Approving Form of Asset Purchase Agreement; (V) Scheduling an Auction; (VI) Scheduling a Sale Hearing; and (VII) Granting Related Relief* [Docket No. 89] (the "Bid Procedures Motion"), filed by the Debtors TRX Holdco, LLC and Fitness Anywhere LLC (jointly, the "Debtors"), and respectfully states as follows:

On June 29, 2022, the Committee retained Sheppard, Mullin, Richter & Hampton LLP ("Sheppard Mullin") to serve as its counsel in these bankruptcy cases. The Committee and its counsel are reviewing the Bid Procedures Motion and the Debtors' proposed bidding procedures outlined therein. The Committee and the Debtors are working collaboratively and hope to reach an agreement on the Debtors' proposed bidding procedures before the hearing on this matter. The Committee, however, files this Limited Objection to reserve its rights in all respects to object to the Bidding Procedures Motion or request that the hearing be adjourned for a short amount of time to provide the parties additional time to reach an agreement regarding the bidding procedures.

Dated:  June 30, 2022

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By      */s/ Ori Katz*
ORI KATZ
JENNIFER NASSIRI
ALEXANDRIA LATTNER
[Proposed] Attorneys for Official Committee of Unsecured Creditors

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is 333 South Hope Street, 43rd Floor, Los Angeles, CA 90071-1422

A true and correct copy of the foregoing document entitled (*specify*): **THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS' LIMITED OBJECTION AND RESERVATION OF RIGHTS TO THE DEBTORS' MOTION FOR ENTRY OF ORDER (I) ESTABLISHING BIDDING PROCEDURES FOR FREE AND CLEAR SALE OF ASSETS;(II) ESTABLISHING PROCEDURES RELATING TO ASSUMPTION AND ASSIGNMENT OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES; (III) APPROVING FORMS OF NOTICE; (IV) APPROVING FORM OF ASSET PURCHASE AGREEMENT; (V) SCHEDULING AN AUCTION; (VI) SCHEDULING A SALE HEARING; AND (VII) GRANTING RELATED RELIEF** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b) in the manner stated below**:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) June 30, 2022, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Ron Bender  rb@lnbyb.com
- Shawn M Christianson  cmcintire@buchalter.com, schristianson@buchalter.com
- Michael I. Gottfried  mgottfried@elkinskalt.com, cavila@elkinskalt.com
- Jonathan Gottlieb  jdg@lnbyg.com
- Michael J Hauser on behalf of U.S. Trustee United States Trustee (SA)  michael.hauser@usdoj.gov
- Marsha A Houston  mhouston@reedsmith.com, hvalencia@reedsmith.com
- Krikor J Meshefejian  kjm@lnbyg.com
- Ali M Mojdehi  amojdehi@btlaw.com, jgertz@btlaw.com;arego@btlaw.com;amattingly@btlaw.com
- Christopher O Rivas  crivas@reedsmith.com
- Lindsey L Smith  lls@lnbyg.com,
- United States Trustee (SA)  ustpregion16.sa.ecf@usdoj.gov

☐ Service information continued on attached page.

**2. SERVED BY UNITED STATES MAIL**:
On (*date*)_____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page.

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (June 30, 2022), I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. be completed no later than 24 hours after the document is filed.

**SERVED BY OVERNIGHT MAIL**

Honorable Scott C. Clarkson
U.S. Bankruptcy Court, Ronald Reagan Federal Building
411 West Fourth Street
Suite 5130
Santa Ana, CA 92701-4593

☐ Service information continued on attached page.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| June 30, 2022 | Alexandria G. Lattner | /s/ Alexandria G. Lattner |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

-2-

PROOF OF SERVICE