RON BENDER (SBN 143364)
KRIKOR J. MESHEFEJIAN (SBN 255030)
LINDSEY L. SMITH (SBN 265401)
LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.
2818 La Cienega Avenue
Los Angeles, California 90034
Telephone: (310) 229-1234; Facsimile: (310) 229-1244
Email: RB@LNBYG.COM; KJM@LNBYG.COM; LLS@LNBYG.COM

Proposed Attorneys for Chapter 11 Debtors
and Debtors in Possession

**FILED & ENTERED**

**JUL 05 2022**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY bolte      DEPUTY CLERK

**CHANGES MADE BY COURT**

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**SANTA ANA DIVISION**

| | |
|---|---|
| In re:<br><br>TRX HOLDCO, LLC, a Delaware limited liability company,<br><br>    Debtor and Debtor in Possession.<br><br>In re:<br><br>FITNESS ANYWHERE LLC, a Delaware limited liability company, dba TRX and TRX Training,<br><br>    Debtor and Debtor in Possession.<br><br>☒ Affects both Debtors<br><br>☐ Affects TRX Holdco, LLC only<br><br>☐ Affects Fitness Anywhere, LLC only | Lead Case No.: 8:22-bk-10948-SC<br><br>Jointly administered with:<br>8:22-bk-10949-SC<br><br>Chapter 11 Cases<br><br>**SECOND INTERIM ORDER AUTHORIZING THE DEBTORS TO USE CASH COLLATERAL PURSUANT TO 11 U.S.C. §§ 361, 362 AND 363 AND GRANTING ADEQUATE PROTECTION AND RELATED RELIEF**<br><br>DATE:    June 30, 2022<br>TIME:    10:00 a.m.<br>PLACE:    *Via ZoomGov<br>                Courtroom 5C<br>                411 West Fourth Street<br>                Santa Ana, CA 92701 |

At a hearing held on June 10, 2022, at 10:00 a.m. (Pacific Time) (the "Interim Hearing"), the Court granted the emergency motion (the "Motion") (Doc 7), filed by TRX Holdco, LLC ("Hold Co") and Fitness Anywhere LLC, dba TRX and TRX Training ("Product Co" and, together with Hold Co, the "Debtors"), the debtors and debtors-in-possession in the above-captioned, jointly-administered, Chapter 11 bankruptcy cases, for the entry of an interim order that, among other things:

(1)     authorized the Debtors to use cash collateral for the purposes set forth in the Motion; and

(2)     granted adequate protection to secured creditor Woodforest National Bank (the "Bank").

With the Bank's consent, the Court entered an interim order (the "Interim Order") granting the Motion on an interim basis, as modified by the Interim Order (Doc 38), and the Court scheduled a further hearing on the Motion to be held on June 30, 2022, at 10:00 a.m. (the "Second Interim Hearing").

On June 17, 2022 (Doc 75), the Debtors filed a supplement to the Motion (the "Supplement") to which the Debtors attached revised proposed budgets as Exhibit "1" to the Supplement (the "Updated Budgets").    On June 29, 2022 (Doc 102), the Bank filed a limited objection to the Supplement (the "Bank Objection").    On June 30, 2022 (Doc 104), the Official Committee of Unsecured Creditors filed a limited objection to the Supplement (the "Committee Objection").

Appearances were made at the Interim Hearing as stated on the Court's record.

The Court, having read and considered the Motion and the Supplement and all of the pleadings filed by the Debtors in support of the Motion and the Supplement, and all pleadings filed by the Bank in response to the Motion and the Bank Objection; the Committee Objection;

notice of the Second Interim Hearing having been given in accordance with all applicable rules; and the Second Interim Hearing having been held and concluded; and all objections, if any, to the relief requested in the Motion as modified by the Supplement having been withdrawn, resolved or overruled by the Court; and it appearing that approval of the relief requested in the Motion as modified by the Supplement is in the best interests of the Debtors' bankruptcy estates; and after due deliberation and consideration, and good and sufficient cause appearing, hereby orders as follows:

1.      The Motion, as supplemented by the Supplement, is granted on a further interim basis for the period set forth in and in accordance with the Debtors' Budgets, attached hereto as Exhibit "1" (the "Updated Budgets"), through the week ending July 10, 2022 (the "Outside Date").

2.      The Debtors are authorized to use their cash collateral on an interim basis through the Outside Date in order to: (a) pay quarterly fees to the United States Trustee and any required Court costs; (b) pay, in the ordinary course of business, the expenses set forth in the Updated Budgets; and (c) pay up to $304,000 for the purchase of new inventory, which figure is inclusive of the $300,000 inventory figure contained in the Interim Order.  The Debtors may not pay any professional fees or expenses that are not otherwise provided for in previously approved insider compensation forms absent a further order of the Court, including any order of the Court granting a professional employment application that authorizes any such payments.

3.      Subject to the last sentence of this paragraph, the Debtors are authorized to deviate from the Updated Budgets, without the need for any further Court order, by up to 15% by line item and 15% in the aggregate (meaning the Debtors have the authority to deviate by more than 15% per any particular line items provided they don't exceed 15% in the aggregate) without the need for any further Court order, and the Debtors are authorized to deviate further from the

Updated Budgets without the need for any further Court order, including for the purchase of additional new inventory, provided the Debtors obtain the prior written consent of the Bank, provided further that the Debtors shall provide the Bank with no less than five (5) business days' notice of any request for additional variance.  In the event of an unforeseen urgency which requires shorter notice than provided herein, the Debtors shall provide such shorter notice to the Bank with a requested turnaround time and a brief explanation of the nature of the unforeseen urgency, and both parties shall work together in good faith to address such issues.  In addition to the foregoing deviations, the Debtors have the authority to increase their budgeted expense amounts to pay for any proportional increase in post-petition commissions owing as a result of any increase in sales beyond the projected sales amounts, e.g., AMZN commissions (meaning the more the Debtors sell the higher their commissions will be).  Notwithstanding the foregoing, the Debtors may not spend more than $304,000 (inclusive of the $300,000 inventory figure contained in the Interim Order) through the Outside Date for the purchase of additional new inventory without the prior consent of the Bank or order of the Court.

      4.      The Debtors will continue to provide the Bank with financial reporting on not less than a weekly basis in the same format as the Debtors were providing the Bank pre-petition, and the Debtors and the Bank will work in good faith in an effort to accommodate the Bank's request for any additional or different financial reporting.  By Wednesday of each week, the Debtors will provide the Bank with a variance report that compares the Debtors' financial performance for the prior week compared to the Debtors' projected performance for the prior week.  The reporting format for the variance reports will be the in the same format as summarized in the Updated Budgets.

      5.      The Bank is hereby granted, on account of the Bank's interest in the Debtors' cash collateral, on account of the Debtors' post-petition use of cash collateral, adequate

protection in the form of (a) a replacement lien against the Debtors' post-petition assets (excluding any avoidance causes of action), to the extent of any post-petition diminution in the value of the Bank's collateral as a result of the Debtors' post-petition use of cash collateral; and (b) a super priority administrative claim pursuant to Section 507(b) of the Bankruptcy Code to the extent of any post-petition diminution in the value of the Bank's prepetition collateral as a result of the Debtors' post-petition use of cash collateral. All replacement liens granted herein are valid, enforceable and fully perfected, and no filing or recordation or any other act in accordance with any applicable local, state, or federal law is necessary to create or perfect such lien and security interest; provided, however, that upon request of the Bank, the Debtors shall execute such security and perfection documentation as may be reasonably required to create or perfect such liens under applicable non-bankruptcy law. For the avoidance of doubt, the Bank shall not be required to seek relief from the automatic stay to create or perfect such liens.

6.    Nothing herein shall constitute a waiver, release or modification of the rights of the Bank to assert a claim under §§ 364(c) or 507(b).

7.    This Order shall be binding on the Debtors under all circumstances and shall be binding upon all other parties in interest, including any chapter 7 or chapter 11 trustee that may be appointed or elected on behalf of the Debtors' estates.

8.    Nothing contained in this Order shall be deemed or construed to waive, reduce or otherwise diminish the rights of the Bank or the Debtors under the Loan Documents (subject to applicable bankruptcy law and the imposition of the automatic stay), or the Bankruptcy Code, and nothing contained in this Order shall be deemed or construed to waive, reduce or otherwise diminish the rights of the Bank to seek additional or different adequate protection of its interests under the Loan Documents, to take any other action in these bankruptcy cases, including, but not limited to, seeking relief from the automatic stay or dismissal or conversion of this case at any

time, all without prejudice to the rights of the Debtors or any other party in interest to oppose any such relief sought or requested by the Bank.

9. As a result of the foregoing carve out amounts, all surcharge rights in favor of the Debtors and their professionals are permanently waived.

10. A further cash collateral hearing will be held on July 7, 2022, at 9:30 a.m.

11. The Debtors are not required to provide any further notice of the further cash collateral hearing.

12. The Debtors shall file any desired supplement to the Motion and any further revised proposed budgets by no later than July 5, 2022.

13. Any opposition to any such revised proposed budgets or to the Debtors' continued use of cash collateral must be filed and served on proposed counsel to the Debtors by no later than July 6, 2022.

14. Any reply to an opposition may be asserted orally at the Final Hearing.

15. This Order shall be immediately effective and enforceable upon its entry and there shall be no stay of execution or effectiveness of this Interim Order.

16. This Order is without prejudice to the rights of the Debtors to seek further or different use of cash collateral at a subsequent Court hearing, and is without prejudice to the rights of any other party in interest, including the Bank, to oppose any such request of the Debtors.

\#

Date: July 5, 2022

Scott C. Clarkson
United States Bankruptcy Judge

# EXHIBIT "1"

**Fitness Anywhere, LLC (known as "ProductCo") & TRX HoldCo, LLC (known as "HoldCo")**
Debtors Cash Collateral Budget
As of June 30, 2022

*$USD*

| | Week 1 | Week 2 | Current Rolling 2 Weeks |
|---|---|---|---|
| Week --> | | | |
| From --> | 6/27/2022 | 7/4/2022 | |
| Week-Ending --> | 7/3/2022 | 7/10/2022 | |
| **CONSOLIDATED** | | | |
| **Beginning TOTAL Cash Balance** | $ 1,460,732 | $ 1,232,160 | $ 1,460,732 |
| Ecommerce NA & UK - ProductCo | $ 108,835 | $ 108,835 | $ 217,670 |
| Amazon FBA International - ProductCo | - | 24,989 | 24,989 |
| Amazon FBA NA - ProductCo | 436,970 | - | 436,970 |
| Transfers from Non-Debtor Affiliate (Japan) | - | - | - |
| Accounts Receivables Collections - ProductCo | 479,037 | 526,556 | 1,005,593 |
| Education/CORE - ExperienceCo | 50,000 | 50,000 | 100,000 |
| Apple Subscriptions - ExperienceCo | 40,000 | - | 40,000 |
| Management Payroll - InterCo Transfer from ProductCo | 91,464 | - | 91,464 |
| Other | 10,295 | - | 10,295 |
| **TOTAL SOURCES** | **$ 1,216,602** | **$ 710,381** | **$ 1,926,982** |
| Payroll, Payroll Tax & Benefits | $ - | $ 270,000 | $ 270,000 |
| Commission | 30,000 | - | 30,000 |
| Inventory Purchases | - | 304,000 | 304,000 |
| Contractors | 158,470 | 58,000 | 216,470 |
| Key Consultants | 21,389 | - | 21,389 |
| Rent | 61,287 | - | 61,287 |
| Marketing | 657,680 | 17,500 | 675,180 |
| Insurance | 31,642 | 16,068 | 47,710 |
| Logistics | 125,899 | 125,899 | 251,797 |
| Professionals | 56,851 | 50,000 | 106,851 |
| Technology | 24,283 | 90,000 | 114,283 |
| Utilities | 508 | - | 508 |
| Payments to UK Affiliate[1] | 30,000 | - | 30,000 |
| Sales Tax | - | 100,000 | 100,000 |
| Other Expenses, Vendors | 85,000 | 75,000 | 160,000 |
| Growth Initiative | 31,450 | - | 31,450 |
| Miscellaneous, Other | 12,500 | 12,500 | 25,000 |
| Management Payroll - Transfer to HoldCo | 91,464 | - | 91,464 |
| Cross-Border Vendors | 26,750 | 16,750 | 43,500 |
| BK Professional Fees[2] | - | - | - |
| US Trustee Fees | - | - | - |
| **TOTAL DISBURSEMENTS** | **$ 1,445,173** | **$ 1,135,717** | **$ 2,580,890** |
| *Net Cash* | $ (228,572) | $ (425,336) | $ (653,908) |
| **TOTAL - CASH ROLLFORWARD** | | | |
| Beginning TOTAL Cash Balance | $ 1,460,732 | $ 1,232,160 | $ 1,460,732 |
| (+) Total Receipts | 1,216,602 | 710,381 | 1,926,982 |
| (-) Total Disbursements | (1,445,173) | (1,135,717) | (2,580,890) |
| **Ending TOTAL Cash Balance** | **$ 1,232,160** | **$ 806,824** | **$ 806,824** |
| ***Inventory Rollforward*** | | | |
| Beginning Inventory | $ 17,561,604 | $ 16,991,278 | $ 17,561,604 |
| (+) Purchases (Value, not disbursements) | - | 1,281,498 | 1,281,498 |
| (-) Cost of Goods | (570,326) | (319,845) | (890,172) |
| = Ending Inventory | $ 16,991,278 | $ 17,952,931 | $ 17,952,931 |
| ***Accounts Receivable Rollforward*** [3] | | | |
| Beginning AR | $ 4,594,863 | $ 4,642,043 | $ 4,594,863 |
| (+) Sales (Domestic Commercial, Retail, Government, Intl. Dist.) | 526,218 | 525,877 | 1,052,095 |
| (-) Collections (Domestic Commercial, Retail, Government, Intl. Dist.) | (479,037) | (526,556) | (1,005,593) |
| = Ending AR | $ 4,642,043 | $ 4,641,364 | $ 4,641,364 |

**Notes**
(1) Current payroll and current VAT / other taxes. There is approximately an additional 80,000 GBP outstanding related to VAT.
(2) There are no bankruptcy professional payments in this forecast.
(3) The AR Rollforward does not include sales and collections activity relating to Ecommerce and Amazon. Ecommerce and Amazon revenue and collections are recorded contemporaneously.
- This budget does not reflect the proceeds or use of any DIP financing nor carve-outs arising thereof.
- Information has been sourced from management and the Company's books and records. This information has not been audited or independently verified.

**Fitness Anywhere, LLC (known as "ProductCo") & TRX HoldCo, LLC (known as "HoldCo")**
Debtors Cash Collateral Budget
As of June 30, 2022

*$USD*

| | Week 1 | Week 2 | Current Rolling 2 Weeks |
|---|---|---|---|
| Week --> From --> Week-Ending --> | 6/27/2022 7/3/2022 | 7/4/2022 7/10/2022 | |
| **PRODUCTCO** | | | |
| **Beginning ProductCo Cash Balance** | $ 1,432,402 | $ 1,096,316 | $ 1,432,402 |
| Ecommerce NA & UK | 108,835 | 108,835 | 217,670 |
| Amazon FBA International | - | 24,989 | 24,989 |
| Amazon FBA NA | 436,970 | - | 436,970 |
| Transfers from Non-Debtor Affiliate (Japan) | - | - | - |
| Accounts Receivables Collections | 479,037 | 526,556 | 1,005,593 |
| Other - ProductCo | 10,295 | - | 10,295 |
| **TOTAL PRODUCTCO SOURCES** | $ 1,035,137 | $ 660,381 | $ 1,695,518 |
| Payroll, Payroll Tax & Benefits - ProductCo | $ - | $ 180,000 | $ 180,000 |
| Commission - ProductCo | 30,000 | - | 30,000 |
| Inventory Purchases - ProductCo | - | 304,000 | 304,000 |
| Contractors - ProductCo | 144,970 | 44,500 | 189,470 |
| Key Consultants - ProductCo | 8,889 | - | 8,889 |
| Rent - ProductCo | 58,287 | - | 58,287 |
| Marketing - ProductCo | 657,680 | - | 657,680 |
| Insurance - ProductCo | 31,642 | 16,068 | 47,710 |
| Logistics - ProductCo | 125,899 | 125,899 | 251,797 |
| Professionals - ProductCo | 56,851 | 50,000 | 106,851 |
| Technology - ProductCo | 23,283 | 90,000 | 113,283 |
| Utilities - ProductCo | 508 | - | 508 |
| Other Expenses, Vendors - ProductCo | 85,000 | 75,000 | 160,000 |
| Sales tax - ProductCo | - | 100,000 | 100,000 |
| Payments to UK Affiliate[1] - ProductCo | 30,000 | - | 30,000 |
| Management Payroll - Transfer to HoldCo - ProductCo | 91,464 | - | 91,464 |
| Cross-Border Vendors - ProductCo | 26,750 | 16,750 | 43,500 |
| BK Professional Fees[2] - ProductCo | - | - | - |
| US Trustee Fees - ProductCo | - | - | - |
| **TOTAL PRODUCTCO DISBURSEMENTS** | $ 1,371,223 | $ 1,002,217 | $ 2,373,440 |
| **PRODUCTCO - CASH ROLLFORWARD** | | | |
| Beginning PRODUCTCO Cash Balance | $ 1,432,402 | $ 1,096,316 | $ 1,432,402 |
| (+) ProductCo Receipts | 1,035,137 | 660,381 | 1,695,518 |
| (-) ProductCo Disbursements | (1,371,223) | (1,002,217) | (2,373,440) |
| **Ending ProductCo Cash Balance** | $ 1,096,316 | $ 754,480 | $ 754,480 |
| *Change in ProductCo Cash from Previous Week* | $ (336,086) | $ (341,836) | |
| ***Inventory Rollforward*** | | | |
| Beginning Inventory | $ 17,561,604 | $ 16,991,278 | $ 17,561,604 |
| (+) Purchases (Value, not disbursements) | - | 1,281,498 | 1,281,498 |
| (-) Cost of Goods | (570,326) | (319,845) | (890,172) |
| = Ending Inventory | $ 16,991,278 | $ 17,952,931 | $ 17,952,931 |
| ***Accounts Receivable Rollforward[3]*** | | | |
| Beginning AR | $ 4,594,863 | $ 4,642,043 | $ 4,594,863 |
| (+) Sales (Domestic Commercial, Retail, Government, Intl. Dist.) | 526,218 | 525,877 | 1,052,095 |
| (-) Collections (Domestic Commercial, Retail, Government, Intl. Dist.) | (479,037) | (526,556) | (1,005,593) |
| = Ending AR | $ 4,642,043 | $ 4,641,364 | $ 4,641,364 |

**Notes**
(1) Current payroll and current VAT / other taxes. There is approximately an additional 80,000 GBP outstanding related to VAT.
(2) There are no bankruptcy professional payments in this forecast.
(3) The AR Rollforward does not include sales and collections activity relating to Ecommerce and Amazon. Ecommerce and Amazon revenue and collections are recorded contemporaneously.

- This budget does not reflect the proceeds or use of any DIP financing nor carve-outs arising thereof.
- Information has been sourced from management and the Company's books and records. This information has not been audited or independently verified.

**Fitness Anywhere, LLC (known as "ProductCo") & TRX HoldCo, LLC (known as "HoldCo")**
Debtors Cash Collateral Budget
As of June 30, 2022

*$USD*

| | Week 1 | Week 2 | Current |
|---|---|---|---|
| *Week -->* | | | Rolling 2 |
| *From -->* | 6/27/2022 | 7/4/2022 | Weeks |
| *Week-Ending -->* | 7/3/2022 | 7/10/2022 | |
| **HOLDCO** | | | |
| **Beginning HoldCo Cash Balance** | $ 28,329 | $ 135,844 | $ 28,329 |
| Education/CORE - ExperienceCo | $ 50,000 | $ 50,000 | $ 100,000 |
| Apple Subscriptions - ExperienceCo | 40,000 | - | 40,000 |
| Management Payroll - InterCo Transfer from ProductCo | 91,464 | - | 91,464 |
| Other - HoldCo | - | - | - |
| **TOTAL HOLDCO SOURCES** | $ 181,464 | $ 50,000 | $ 231,464 |
| Payroll, Payroll Tax & Benefits- HoldCo | $ - | $ 90,000 | $ 90,000 |
| Contractors - HoldCo | 13,500 | 13,500 | 27,000 |
| Key Consultants - HoldCo | 12,500 | - | 12,500 |
| UK Studio Rent - HoldCo | 3,000 | - | 3,000 |
| Marketing - HoldCo | - | 17,500 | 17,500 |
| Technology - HoldCo | 1,000 | - | 1,000 |
| Other Expenses - HoldCo | 12,500 | 12,500 | 25,000 |
| Growth Initiative - HoldCo | 31,450 | - | 31,450 |
| **TOTAL HOLDCO DISBURSEMENTS** | $ 73,950 | $ 133,500 | $ 207,450 |
| **HOLDCO - CASH ROLLFORWARD** | | | |
| Beginning HOLDCO Cash Balance | $ 28,329 | $ 135,844 | $ 28,329 |
| (+) HoldCo Receipts | 181,464 | 50,000 | 231,464 |
| (-) HoldCo Disbursements | (73,950) | (133,500) | (207,450) |
| **Ending HoldCo Cash Balance** | $ 135,844 | $ 52,344 | $ 52,344 |
| *Change in HoldCo Cash from Previous Week* | $ 107,514 | $ (83,500) | |

**Notes**
(1) Current payroll and current VAT / other taxes. There is approximately an additional 80,000 GBP outstanding related to VAT.
(2) There are no bankruptcy professional payments in this forecast.
(3) The AR Rollforward does not include sales and collections activity relating to Ecommerce and Amazon. Ecommerce and Amazon revenue and collections are recorded contemporaneously.
- This budget does not reflect the proceeds or use of any DIP financing nor carve-outs arising thereof.
- Information has been sourced from management and the Company's books and records. This information has not been audited or independently verified.