| | |
|---|---|
| 1 | RON BENDER (SBN 143364) |
| 2 | KRIKOR J. MESHEFEJIAN (SBN 255030) |
|   | LINDSEY L. SMITH (SBN 265401) |
| 3 | LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P. |
|   | 2818 La Cienega Avenue |
| 4 | Los Angeles, California 90034 |
|   | Telephone: (310) 229-1234; Facsimile: (310) 229-1244 |
| 5 | Email: RB@LNBYG.COM; KJM@LNBYG.COM; LLS@LNBYG.COM |

**FILED & ENTERED**

**JUL 05 2022**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY bolte      DEPUTY CLERK

Proposed Attorneys for Chapter 11 Debtors and Debtors in Possession

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
## SANTA ANA DIVISION

| | |
|---|---|
| In re: | Lead Case No.: 8:22-bk-10948-SC |
| TRX HOLDCO, LLC, a Delaware limited liability company, | Jointly administered with: 8:22-bk-10949-SC |
| Debtor and Debtor in Possession. | Chapter 11 Cases |
| In re: | **ORDER (I) ESTABLISHING BIDDING PROCEDURES FOR FREE AND CLEAR SALE OF ASSETS; (II) ESTABLISHING PROCEDURES RELATING TO ASSUMPTION AND ASSIGNMENT OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES; (III) APPROVING FORMS OF NOTICE; (IV) APPROVING FORM OF ASSET PURCHASE AGREEMENT; (V) SCHEDULING AN AUCTION; (VI) SCHEDULING A SALE HEARING; AND (VII) GRANTING RELATED RELIEF** |
| FITNESS ANYWHERE LLC, a Delaware limited liability company, dba TRX and TRX Training, | |
| Debtor and Debtor in Possession. | |
| ☒ Affects both Debtors | Date: June 30, 2022 |
| ☐ Affects TRX Holdco, LLC only | Time: 10:00 a.m. |
| ☐ Affects Fitness Anywhere, LLC only | Place: *Via ZoomGov |
| | Courtroom 5C |
| | 411 West Fourth Street |
| | Santa Ana, CA 92701 |

1

A hearing was held at the above-referenced date and time for the Court to consider approval of the motion (the "Motion") filed by TRX Holdco, LLC ("Hold Co") and Fitness Anywhere LLC, dba TRX and TRX Training ("Product Co" and together with Hold Co and Product Co, the "Debtors"), the debtors and debtors-in-possession in the above-captioned Chapter 11 bankruptcy cases[1], seeking the entry of an order that, among other things:

(i) Approves the Debtors' proposed bidding procedures ("Bidding Procedures") substantially in the form in **Exhibit "2"** attached to the Declaration of Joshua Benn filed by the Debtors as Docket No. 90 (the "Benn Declaration") for the sale of substantially all of the Debtors' assets related to the operation of the Debtors' business (the "Purchased Assets"), free and clear of all liens, claims, encumbrances and other interests;

(ii) Establishes and approves procedures relating to the Debtors' assumption and assignment of executory contracts and unexpired leases and which approves the form of notice to be provided to all counterparties to executory contracts and unexpired leases attached as **Exhibit "3"** to the Benn Declaration;

(iii) Approves the Debtors' proposed form of notice to be sent to all creditors, equity holders, proposed buyers and other parties in interest in the form attached as **Exhibit "4"** to the Benn Declaration;

(iv) Approves the Debtors' proposed form of asset purchase agreement (the "Template APA") without exhibits in the form attached as **Exhibit** "5" to the Benn Declaration;

(v) Schedules an auction ("Auction");

(vi) Schedules a hearing for the Court to consider approval of the sale of the Purchased Assets to the winning bidder and winning back-up bidder at the Auction ("Sale Hearing"); and

(vii) Grants related relief.

---

[1] The Court previously entered an order approving the joint administration of these chapter 11 bankruptcy cases.

Appearances were made at the hearing on the Motion as set forth on the record of the Court.

The Court, having considered the Motion and all of the pleadings filed by the Debtors in support of the Motion, the statements, arguments and representations of counsel for the Debtors made at the hearing on the Motion, any responses or objections filed to the Motion and any replies filed by the Debtors, the statements, arguments and representations of all other parties who appeared at the hearing on the Motion, and good cause appearing,

HEREBY ORDERS AS FOLLOWS:

1. The version of the Bidding Procedures filed with the Court as Docket No. 111 (without exhibits) is approved.

2. July 27, 2022 at 5 p.m. (prevailing Pacific time) is the deadline (the "Initial Bid Deadline") by when initial bids need to be submitted by parties who wish to participate in the Auction. In order to participate in the Auction, all prospective bidders must do all of the following:

(i) Submit a redlined version of the template asset purchase agreement (the "Template APA") indicating all changes that are requested to be made to the Template APA, with the Template APA to include their proposed initial bid;

(ii) Submit all documents to enable Kroll, after consultation with the Debtors, the Official Committee of Unsecured Creditors and Woodforest National Bank, to determine whether the proposed bidder is financially qualified to participate in the Auction; and

(iii) Submit a deposit equal to 10% of the proposed initial bid, which 10% deposit would be deemed non-refundable if the bidder is deemed to be the winning bidder at the Auction and then the Debtors' proposed free and clear sale of the Purchased Assets to the bidder is approved by the Bankruptcy Court. Bidders will have the right to withdraw their bid at any time up until Noon (prevailing Pacific time) on August 2, 2022, in which case they will receive a return of their 10% deposit and no longer be eligible to participate in the Auction.

3. The procedures proposed by the Debtors in the Motion relating to the Debtors' assumption and assignment of executory contracts and unexpired leases are approved, and the Debtors' proposed form of notice to be provided to all counterparties to executory contracts and unexpired leases attached as **Exhibit "3"** to the Benn Declaration is approved.

4. The Debtors' proposed form of notice to be sent to all creditors, equity holders, proposed buyers and other parties in interest in the form attached as **Exhibit "4"** to the Benn Declaration is approved.

5. The Debtors' proposed form of Template APA in substantially the form attached as **Exhibit "5"** to the Benn Declaration (without exhibits) is approved.

6. The Auction shall be held on August 3, 2022 at 10 a.m. (prevailing Pacific time), at the offices of Levene, Neale, Bender, Yoo & Golubchik L.L.P., located at 2818 La Cienega Avenue, Los Angeles, CA, with Qualified Bidders having the option to participate in person or via zoom, and the Auction procedures proposed by the Debtors in the Motion are approved.

7. The hearing for the Court to consider approval of the Debtors' proposed sale of the Purchased Assets to the Winning Bidder at the Auction (and to approve the Winning Back-Up Bidder) will be held on August 4, 2022, at 11:00 a.m. (the "Sale Hearing"). The Debtors shall file their proposed asset sale motion and related pleadings (collectively, the "Sale Motion") with the Court by no later than twenty-one days prior to the Sale Hearing. Any objections to the Sale Motion must be filed with the Court by no later than fourteen days prior to the Sale Hearing. Any reply pleadings to any objections filed to the Sale Motion must be filed with the Court by no later than seven days prior to the Sale Hearing.

\#

Date: July 5, 2022

Scott C. Clarkson
United States Bankruptcy Judge