SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
ORI KATZ, Cal. Bar No. 209561
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4109
Telephone:    415.434.9100
Facsimile:    415.434.3947
E mail    okatz@sheppardmullin.com

JENNIFER L. NASSIRI, Cal. Bar No. 209796
ALEXANDRIA G. LATTNER, Cal. Bar No. 314855
333 South Hope Street, 43rd Floor
Los Angeles, CA 90071-1422
Telephone: 213.620.1780
Facsimile: 213.620.1398
E-mail    jnassiri@sheppardmullin.com
    alattner@sheppardmullin.com

Proposed Counsel to the Official Committee of Unsecured Creditors

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**SANTA ANA DIVISION**

| | |
|---|---|
| In re:<br><br>TRX HOLDCO, LLC, a Delaware limited liability company,<br><br>    Debtor and Debtor in Possession.<br><br>In re:<br><br>FITNESS ANYWHERE LLC, a Delaware limited liability company, dba TRX and TRX Training,<br><br>    Debtor and Debtor in Possession.<br><br>☒ Affects both Debtors<br><br>☐ Affects TRX Holdco, LLC only<br><br>☐ Affects Fitness Anywhere, LLC only | Case No.: 8:22-bk-10948-SC<br><br>Chapter 11 Case<br><br>**THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS' SECOND LIMITED OBJECTION AND RESERVATION OF RIGHTS TO THE DEBTORS' EMERGENCY MOTION FOR ENTRY OF AN INTERIM ORDER: (I) AUTHORIZING THE DEBTORS TO USE CASH COLLATERAL PURSUANT TO 11 U.S.C. §§ 361, 362 AND 363; (II) GRANTING ADEQUATE PROTECTION; (III) SCHEDULING A FINAL HEARING PURSUANT TO BANKRUPTCY RULE 4001(B); AND (IV) GRANTING RELATED RELIEF**<br><br>DATE:    July 7, 2022<br>TIME:    9:30 a.m.<br>PLACE:  *Via ZoomGov<br>    Courtroom 5C<br>    411 West Fourth Street<br>    Santa Ana, CA 92701 |

The Official Committee of Unsecured Creditors (the "Committee"), through its proposed undersigned attorneys, hereby submits this second limited objection and reservation of rights (this "Second Limited Objection") to *Debtors' Emergency Motion for Entry of an Interim Order: (I) Authorizing the Debtors to Use Cash Collateral Pursuant to 11 U.S.C. §§ 361, 362 and 363; (II) Granting Adequate Protection; (III) Scheduling a Final Hearing Pursuant to Bankruptcy Rule 4001(b); and (IV) Granting Related Relief* [Docket No. 7] (the "Cash Collateral Motion") and the *Supplement to the Debtors' Emergency Motion for Entry of an Order Authorizing the Debtors to Use Cash Collateral Pursuant to 11 U.S.C. §§ 361, 362 and 363 and Granting Adequate Protection and Related Relief* [Docket No. 75] (the "Cash Collateral Supplement"), filed by the Debtors TRX Holdco, LLC and Fitness Anywhere LLC (jointly, the "Debtors"), and respectfully states as follows:

As background, the Committee retained Sheppard, Mullin, Richter & Hampton LLP on June 29, 2022 to serve as its counsel in the above-captioned bankruptcy cases. On June 30, 2022, the Committee filed its first limited objection to the Cash Collateral Motion and Cash Collateral Supplement requesting that the Court continue the final hearing on the Cash Collateral Motion and Cash Collateral Supplement to provide additional time for the Committee and its Counsel to review and analyze the Debtors' proposed budgets and the bank's terms for the use of cash collateral. *See* Docket No. 104. That same day, the Court held a hearing on the Cash Collateral Motion and Cash Collateral Supplement and ultimately continued the hearing to July 7, 2022, to provide the Committee and its professionals additional time to work with the Debtors and the bank to reach an agreement with respect to the Debtors' use of cash collateral.

The Committee remains hopeful that an agreement will be reached regarding use of cash collateral. While significant progress and exchange of information has taken place (with both the Debtors and the bank), the practical reality is that the 4th of July holiday provided the parties with only two full business days (July 1 and 5) prior to today's deadline to make progress prior to the filing of this opposition. It remains the case that an agreement with the Debtors and the bank will likely be reached just prior to the commencement of the continued hearing. But in the event such an agreement is not reached, the Committee requests an additional very brief extension to allow

the discussions and exchange of information to reach their conclusion, at which point an agreed resolution would be presented to the Court or a substantive objection will be filed and argued by the Committee.

Dated: July 6, 2022

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By       */s/ Jennifer Nassiri*
ORI KATZ
JENNIFER NASSIRI
ALEXANDRIA LATTNER
Proposed Attorneys for Official Committee of Unsecured Creditors

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is 333 South Hope Street, 43rd Floor, Los Angeles, CA 90071.

A true and correct copy of the foregoing document entitled (*specify*): **THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS' SECOND LIMITED OBJECTION AND RESERVATION OF RIGHTS TO THE DEBTORS' EMERGENCY MOTION FOR ENTRY OF AN INTERIM ORDER: (I) AUTHORIZING THE DEBTORS TO USE CASH COLLATERAL PURSUANT TO 11 U.S.C. §§ 361, 362 AND 363; (II) GRANTING ADEQUATE PROTECTION; (III) SCHEDULING A FINAL HEARING PURSUANT TO BANKRUPTCY RULE 4001(b); AND (IV) GRANTING RELATED RELIEF** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b) in the manner stated below**:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) July 6, 2022, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Ron Bender  rb@lnbyb.com
- Shawn M Christianson  cmcintire@buchalter.com, schristianson@buchalter.com
- Michael I. Gottfried  mgottfried@elkinskalt.com, cavila@elkinskalt.com
- Jonathan Gottlieb  jdg@lnbyg.com
- Michael J Hauser on behalf of U.S. Trustee United States Trustee (SA)  michael.hauser@usdoj.gov
- Marsha A Houston  mhouston@reedsmith.com, hvalencia@reedsmith.com
- Krikor J Meshefejian  kjm@lnbyg.com
- Ali M Mojdehi  amojdehi@btlaw.com, jgertz@btlaw.com;arego@btlaw.com;amattingly@btlaw.com
- Christopher O Rivas  crivas@reedsmith.com
- Lindsey L Smith  lls@lnbyg.com,
- United States Trustee (SA)  ustpregion16.sa.ecf@usdoj.gov

☐ Service information continued on attached page.

**2. SERVED BY UNITED STATES MAIL**:
On (*date*)_____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page.

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (July 6, 2022), I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. be completed no later than 24 hours after the document is filed.

**SERVED BY MESSENGER:**

SMRH:4865-3426-4615                                                                                          PROOF OF SERVICE

Honorable Scott C. Clarkson
U.S. Bankruptcy Court, Ronald Reagan Federal Building
411 West Fourth Street
Suite 5130
Santa Ana, CA 92701-4593

☐ Service information continued on attached page.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| July 6, 2022 | Alexandria G. Lattner | /s/ Alexandria G. Lattner |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |