1  Ron Oliner (SBN 152373)
**DUANE MORRIS LLP**
2  Spear Tower
One Market Plaza, Suite 2200
3  San Francisco, CA  94105-1127
Telephone: +1 415 957 3000
4  Fax: +1 415 957 3001
E-mail:roliner@duanemorris.com
5
Special Counsel for Debtors
6  TRX Holdco, LLC and Fitness Anywhere LLC

7

8  **UNITED STATES BANKRUPTCY COURT**

9  **CENTRAL DISTRICT OF CALIFORNIA**

10  **SANTA ANA DIVISION**

| | |
|---|---|
| 11  In re: | Lead Case No. 8:22-bk-10948-SC |
| 12  TRX HOLDCO, LLC a Delaware limited liability company, | Jointly Administered with: 8:22bk-10949-SC |
| 13 | |
| Debtor and Debtor in Possession. | Chapter 11 Cases |
| 14 | |
| 15  In re: | **FIRST AND FINAL APPLICATION OF DUANE MORRIS LLP, SPECIAL COUNSEL TO THE DEBTORS, FOR PAYMENT OF FEES AND REIMBURSEMENT OF EXPENSES; DECLARATION OF ALAIN VILLENEUVE IN SUPPORT THEREOF** |
| 16  FITNESS ANYWHERE LLC,  a Delaware limited liability company, dba TRX and TRX Training, | |
| 17 | |
| 18  Debtor and Debtor in Possession. | |
| 19 | Hearing Date: |
| ☒Affects both Debtors | Hearing Time: Place of Hearing: |
| 20 | |
| 21  ☐Affects TRX Holdco, LLC only | |
| 22  ☐Affects Fitness Anywhere, LLC only | |

23

24

25

26

27

28

**SUMMARY OF FEE REQUEST**

| | |
|---|---|
| <u>Name Of Applicant</u>: | Duane Morris LLP ("DM"). |
| Authorized To Provide <u>Special Counsel Services To</u>: | TRX Holdco, LLC; a Delaware limited liability company, and Fitness Anywhere LLC, a Delaware limited liability company |
| <u>Date Of Retention</u>: | Application filed on June 17, 2022. |
| | Order entered on July 19, 2022 with employment effective as of June 8, 2022. |
| Period For Which Compensation <u>And Reimbursement Is Sought</u>: | June 8, 2022 through August 24, 2022. |
| Amount Of <u>Compensation Sought</u>: | Fees in the amount of $69,926.00 and expenses in the amount of $0.00 for total compensation of $69,926.00. |

TO THE HONORABLE SCOTT C. CLARKSON, UNITED STATES BANKRUPTCY JUDGE, THE OFFICE OF THE UNITED STATES TRUSTEE, THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS AND ALL PARTIES IN INTEREST:

Duane Morris LLP ("DM"), special counsel for the debtors captioned herein ("Debtors"), respectfully submits this First and Final Fee Application Of Duane Morris LLP, Special Counsel to the Debtors, for Payment of Fees and Reimbursement of Expenses (the "Application"), for services rendered and expenses incurred by DM for the period from June 8, 2022 through and including August 24, 2022 (the "Fee Period").[1]

During the Fee Period, DM performed necessary services on behalf of the Debtors for the benefit of the Debtors' bankruptcy estate including maintenance and protection of their international intellectual property portfolio and brand / patent enforcement online.  In support of this Application, DM respectfully represents as follows:

## I.

## **INTRODUCTION**

**A.      Request for Allowance and Payment of Fees and Reimbursement of Expenses.**

1.      Pursuant to this Application, DM requests that the Court approve, allow and award on a final basis, all fees and expenses incurred during the during the period from June 8, 2022 through and including) August 24, 2022.  DM also requests that the Court authorize payment by the Debtors of all fees and expenses approved pursuant to this Application.  As set forth in this Application, DM incurred fees in the sum of $69,926.00 and expenses in the sum of $0.00, for total fees and expenses of $69,926.00, during the Fee Period.

2.      DM has not received a retainer for legal services in contemplation of and in connection with DM's representation of the Debtors as special counsel in connection with the Debtors' chapter 11 cases.  DM has not received any lien or other interest in property of the Debtors or of a third party to secure payment of DM's fees or expenses in the Debtors' case.  However, the amount of $65,000.00 is available to pay DM pursuant to a court-approved carve-out.

---

[1] At this time, DM is still rendering intellectual property services to the Debtors to maintain the IP portfolio of the Debtors' assets in chapter 11 and thus may supplement this Application.

3.      Pursuant to Federal Rules of Bankruptcy Procedure 2016(b), DM has not shared nor has DM agreed to share (a) any compensation it may receive with another person other than with the members of DM or (b) any compensation another person or party has received or may receive.

4.      As described in more detail below, during the Fee Period, DM has performed critical and necessary services on behalf of the Debtors.  These services have benefited the Debtors' estate and creditors.  DM believes that the compensation requested for these services is reasonable and should be approved.

**B.      Proper Notice.**

5.      Pursuant to Federal Rule of Bankruptcy Procedure 2002(a)(6) and Local Bankruptcy Rule 2016-1(c)(3), notice of this Application and the amount of fees and expenses sought herein has been served upon the Office of the United States Trustee all creditors of the estate, and all parties who have requested special notice.

## II.

## EMPLOYMENT OF DM

6.      On June 17, 2022, as docket number 61, the Debtors filed that certain *Application of Chapter 11 Debtors and Debtors In Possession To Employ Duane Morris LLP as Special Counsel Pursuant to 11 U.S.C. §327(e)* (the "Employment Application").  Pursuant to the Employment Application, the Debtors sought Court authority to employ DM as the Debtors' special counsel pursuant to Sections 327(e) and 330 of the Bankruptcy Code and to have such employment effective as of June 8, 2022 ("Petition Date").  As set forth in the Employment Application, the Debtors sought to employ DM to serve as the Debtors' special counsel for the purpose of providing intellectual property advice including patent, trademark prosecution, brand enforcement, IP litigation, management of foreign IP, and maintenance of IP assets.  DM was engaged in both cases captioned herein.

7.      The Debtors decided that DM was the ideal company to serve as the Debtors' counsel taking into account the fact that prior to the Petition Date, DM was retained by the Debtors to represent the Debtors in connection with the issues described above, and as such, DM was fully familiar with and knowledgeable about the legal issues and factual record regarding the Debtors'

business and would be able to aid the Debtors in connection with a sale of assets.

8.      The primary professionals at DM that performed work on behalf of the Debtors is Alain Villeneuve and J.E. Monroe.  Pursuant to the terms of DM's employment order, DM is authorized to bill its time for its representation of the Debtors on an hourly basis.  Mr. Villeneuve's hourly billing rate is $725.00.  Mr. Monroe's hourly rate is $720.00.  Further, Mr. Aron M. Oliner has rendered services specific to the sale process, at the rate of $725.00.

9.      This is the final and only fee application filed by DM in this case.  DM has performed critical and necessary services on behalf of the Debtors and their estate and not on behalf of any committee, creditor or other person.  DM believes that the fees and expenses requested to be approved and awarded are reasonable and are based upon necessary services performed on behalf of and at the request of the Debtors.

**III.**

**DESCRIPTION OF THE SERVICES RENDERED
AND EXPENSES INCURRED BY DM DURING THE FEE PERIOD**

10.      In summary, during the Fee Period, DM billed a total of 96.5 hours and incurred a total of $69,926.00 in fees.  Attached to the Declaration of Alain Villeneuve annexed hereto as **Exhibit "1"** is a detailed listing of all time that DM spent during the Fee Period for which DM seeks compensation, including the date DM rendered the service, a description of the service, the amount of time spent and a designation of the person who rendered the service for the period of time for the Fee Period.  There were myriad intellectual property services rendered to the Debtors during this Fee Period.  Rather than describe the services rendered in narrative form, DM commends the Court's attention to the detailed billing statements appended hereto.

11.      The services provided by DM in the Debtors' cases were integral to the sale of the Debtors' business.  On a day-to-day basis, the Debtors required counsel to assist with IP matters.  DM provided this necessary service to the Debtors.

**IV.**

**SOURCE OF PAYMENT OF FEES**

12.      The fees sought by DM herein can be paid pursuant to a carve-out, from the proceeds

from the sale of the Debtors' assets, which sale is known to this Court.

**V.**

**STANDARD OF LAW**

Prior to the enactment of the Bankruptcy Code, the rule with respect to compensation requests in the Ninth Circuit was that the Bankruptcy Court should award attorneys' fees in accordance with a "strict rule of economy test." *In re THC Financial Corp.,* 659 F.2d 951, 955 n.2 (9th Cir.1981), *cert. denied*, 456 U.S. 977 (1982). This is no longer the law. The legislative history to section 330 of the Bankruptcy Code indicates that Congress was primarily concerned with protecting the public interest in the smooth, efficient operation of the bankruptcy system by encouraging competent bankruptcy specialists to remain in the field. *First National Bank of Chicago v. Committee of Creditors Holding Unsecured Claims (In re Powerline Oil Co.)*, 71 B.R. 767, 770 (Bankr. 9th Cir. 1986); *In re Baldwin-United Corp.*, 79 B.R. 321, 346 (Bankr.S.D.Ohio 1987). Toward this end, Congress specifically disavowed notions of economy of administration, and provided that compensation in bankruptcy case should be comparable to what is charged in nonbankruptcy matters. *Id.* at 346.

Under the lodestar approach, the Court is to determine the number of hours reasonably expended in an attorney's representation of a debtor and multiply such number by a reasonable hourly rate for the services performed. *See Delaware Valley Citizens' Council for Clear Air*, 478 U.S. at 565; *In re Powerline Oil Co.*, 71 B.R. at 770. A reasonable hourly rate is presumptively the rate the marketplace pays for the services rendered. *Missouri v. Jenkins by Agyei*, 491 U.S. 274, 109 S.Ct. 2463, 2469 (1989); *Burgess v. Klenske (In re Manoa Finance Co., Inc.)*, 853 F.2d 687, 691 (9th Cir.1988). Recognizing that the determination of an appropriate "market rate" for the services of a lawyer is inherently difficult, the Supreme Court stated:

> Market prices of commodities and most services are determined by supply and demand. In this traditional sense there is no such thing as a prevailing market rate for the service of lawyers in a particular community. The type of services rendered by lawyers, as well as its experience, skill, and reputation, varies extensively -- even within a law firm. Accordingly, the hourly rates of lawyers in private practice also vary widely. The fees charged often are based on the product of hours devoted to the representation multiplied by the lawyer's customary rate.

*Blum v. Stenson*, 465 U.S. 886, 895 n.11 (1984).  The Supreme Court has stated that a reasonable attorney's fee "means a fee that would have been deemed reasonable if billed to affluent plaintiffs by its own attorneys."  *Missouri v. Jenkins by Agyei*, 109 S.Ct. at 2470 (quoting *City of Riverside v. Rivera*, 477 U.S. 561, 591 (1986) (Rehnquist, J. dissenting)).  Accordingly, a reasonable hourly rate is the hourly amount to which attorneys in the area with comparable skill, experience and reputation typically would be entitled as compensation.  *Blum v. Stenson*, 465 U.S. at 895 n.11.

DM respectfully submits that the hourly rates for its professionals are reasonable and appropriate in the relevant community, and that DM's fees are reasonable and appropriate, particularly in light of the worked perform by DM on behalf of the Debtors.

## VI.

## CONCLUSION

**WHEREFORE**, based on the foregoing, DM requests that the Court enter an order:

1.      approving and allowing, on a final basis in accordance with 11 U.S.C. § 330, compensation in the amount of $69,926.00 for the reasonable and necessary services that DM rendered to the Debtors during the Fee Period;

2.      directing the payment by the Debtors of the allowed fees approved in paragraph 1 above; and

3.      granting such other and further relief as the Court deems just and proper.


Dated: August 31, 2022                     **DUANE MORRIS LLP**


                                           By: */s/ Aron M. Oliner (SBN 152373)*
                                           Aron M. Oliner (SBN 152373)
                                           Special Counsel for Both Debtors
                                           TRX Holdco, LLC and Fitness Anywhere LLC

## <u>DECLARATION ALAIN VILLENEUVE, ESQ.</u>

I, Alain Villeneuve, Esq., hereby declare as follows:

1.      I have personal knowledge of the facts set forth below and, if called to testify, would and could competently testify thereto.  Capitalized terms not otherwise defined herein shall have the same meaning ascribed to such terms in the Application to which this Declaration is attached (the "<u>Application</u>").

2.      I am a partner of DM.  I specialize in intellectual property law, and advise clients on patent, trademark prosecution, brand enforcement, management of foreign IP and other matters.

3.      Pursuant to the Application to which this Declaration is annexed, DM requests that the Court approve, allow and award on a final basis, all fees and expenses incurred during the Fee Period from June 8, 2022 through and including August 24, 2022.  DM also requests that the Court authorize payment by the Debtors of any fees approved pursuant to the Application.  As set forth in the Application, DM incurred fees in the sum of $69,926.00 during the Fee Period.

4.      DM has not received a retainer for legal services in contemplation of and in connection with DM's representation of the Debtors as special counsel in connection with the Debtors' chapter 11 cases.  DM has not received any lien or other interest in property of the Debtors or of a third party to secure payment of DM's fees or expenses in the Debtors' case.  However, I understand that pursuant to a carve-out that has been approved by this Court, DM will receive $65,000,00.

5.      DM has not shared nor has DM agreed to share (a) any compensation it may receive with another person other than with the members of DM or (b) any compensation another person or party has received or may receive.

6.      As described in more detail below, during the Fee Period, I submit that DM has performed critical and necessary services on behalf of the Debtors.  I believe that these services have benefited the Debtors' estate and creditors.  I believe that the compensation requested for these services is reasonable and should be approved.

7.      I understand that notice of the Application and the amount of fees and expenses sought therein has been served upon the Office of the United States Trustee all creditors of the estate, and all parties who have requested special notice.

8.      On June 17, 2022, as docket number 61, the Debtors filed that certain *Application of Chapter 11 Debtors and Debtors In Possession To Employ Duane Morris LLP as Special Counsel Pursuant to 11 U.S.C. §327(e)* (the "Employment Application").   Pursuant to the Employment Application, the Debtors sought Court authority to employ DM as the Debtors' special counsel pursuant to Sections 327 and 330 of the Bankruptcy Code and to have such employment effective as of June 8, 2022.  As set forth in the Employment Application, the Debtors sought to employ DM to serve as the Debtors' special counsel for the purpose of providing intellectual property advice including patent, trademark prosecution, brand enforcement, IP litigation, management of foreign IP, and maintenance of IP assets

9.      I understand that the Debtors decided that DM was the ideal company to serve as the Debtors' special counsel taking into account the fact that prior to the Petition Date, DM was retained by the Debtors to represent the Debtors in connection with the issues described above, and as such, DM is fully familiar with and knowledgeable about the legal issues and factual record regarding the Debtors' business and was able to aid the Debtors in connection with a sale of assets and specifically the IP issues that arose during the Debtors' chapter 11 case.

10.     I am the primary professional at DM that performed work on behalf of the Debtors. Under the terms of DM's employment, DM is authorized to bill its time for its representation of the Debtors on an hourly basis.  My hourly billing rate is $725.00.

11.     This is the first and final fee application filed by DM in this case.  I believe that DM has performed critical and necessary services on behalf of the Debtors and not on behalf of any committee, creditor or other person.  I believe that the fees and expenses requested to be approved and awarded are reasonable and are based upon necessary services performed on behalf of and at the request of the Debtors.

12.     DM's services performed on behalf of the Debtors described in detail in the attached billing statements.

13.     Schedule 1.1(i) of the APA lists the Debtors' IP portfolio, consisting of a massive volume of active and ongoing national and international matters including: (a) 130 utility patent

applications/registrations, (b) 90 design applications/registrations, (c) 204 trademark applications/registrations, and (d) 78 copyright registrations.

14. To protect this IP, during the Fee Period, DM billed a total of 96.5 hours and incurred a total of $69,926.00 in fees. Attached hereto as **Exhibit "1"** is a detailed listing of all time that DM spent during the Fee Period for which DM seeks compensation, including the date DM rendered the service, a description of the service, the amount of time spent and a designation of the person who rendered the service for the period of time for the Fee Period.

I believe that the services provided by DM in the Debtors' case were integral to the smooth operation of the Debtors' business. On a day-to-day basis, the Debtors required counsel to assist with IP matters. DM provided this necessary service to the Debtor.

I declare and verify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed on this 31st day of August , 2022, at Seattle .

_____
ALAIN VILLENEUVE

# EXHIBIT 1

# Duane Morris

FIRM and AFFILIATE OFFICES

NEW YORK
LONDON
SINGAPORE
PHILADELPHIA
CHICAGO
WASHINGTON, DC
SAN FRANCISCO
SILICON VALLEY
SAN DIEGO
SHANGHAI
BOSTON
HOUSTON
DALLAS
AUSTIN
LOS ANGELES
TAIWAN
HANOI
HO CHI MINH CITY
ATLANTA
BALTIMORE
WILMINGTON
MIAMI
BOCA RATON
PITTSBURGH
NEWARK
LAS VEGAS
CHERRY HILL
LAKE TAHOE
MYANMAR

**PLEASE REMIT PAYMENT TO:**
**DUANE MORRIS LLP**
**ATTN: PAYMENT PROCESSING**
**PO BOX 787166**
**PHILADELPHIA, PA 19178-7166**

August 30, 2022

FITNESS ANYWHERE, LLC D/B/A TRX
MIKE ZUERCHER
CHIEF ADMINISTRATIVE OFFICER AND GENERAL COUNSEL
1660 PACIFIC AVENUE
SAN FRANCISCO, CA 94109

---

You can pay this invoice on-line at No Charge!
Avoid the delays and lost mail through the USPS
Eliminate the time and cost of printing and save the postage
Visit our website (https://www.e-billexpress.com/ebpp/duanemorrisa/)

---

FILE# G7486          INVOICE# 2933343          IRS# 23-1392502

CURRENT INVOICE                                    $69,926.00

---

| **Fed Wire Payments:** | **ACH Payments:** | **Overnight Payment address** |
|---|---|---|
| Wells Fargo Bank NA | Acct#: 2100000513000 | Lockbox Services 787166 |
| Swift Code: WFBIUS6S | ABA#: 031000503 | Duane Morris LLP |
| Acct#: 2100000513000 | | MAC Y1372-045 |
| ABA#: 121000248 | | 401 MARKET STREET |
| | | PHILADELPHIA, PA 19106 |

**PAYMENT ADVICES MAY BE EMAILED TO: ACCOUNTSRECEIVABLE@DUANEMORRIS.COM**

AMOUNTS INCLUDED FOR DISBURSEMENTS INCLUDE EXPENSES RECEIVED AND RECORDED THROUGH THE
END OF THE INVOICE PERIOD.  THERE MAY BE ADDITIONAL EXPENSES RECEIVED AND DISBURSEMENTS
INVOICED IN THE FUTURE.  AS PER THE TERMS OF OUR ENGAGEMENT, PAYMENT IS DUE IN U.S. DOLLARS
WITHIN 30 DAYS OF THE DATE OF THIS INVOICE.  AFTER 30 DAYS A LATE FEE OF 1% PER MONTH (OR SUCH
LOWER RATE AS REQUIRED BY APPLICABLE LAW) MAY BE CHARGED.

---

DUANE MORRIS LLP

30 SOUTH 17TH STREET  PHILADELPHIA, PA 19103-4196          PHONE: 215.979.1000  FAX: 215.979.1020

## DuaneMorris

FIRM and AFFILIATE OFFICES

NEW YORK
LONDON
SINGAPORE
PHILADELPHIA
CHICAGO
SAN FRANCISCO
SILICON VALLEY
SAN DIEGO
SHANGHAI
BOSTON
HOUSTON
DALLAS
AUSTIN
LOS ANGELES
TAIWAN
HANOI
HO CHI MINH CITY
ATLANTA
BALTIMORE
WILMINGTON
MIAMI
BOCA RATON
PITTSBURGH
NEWARK
LAS VEGAS
CHERRY HILL
LAKE TAHOE
MYANMAR

August 30, 2022

FITNESS ANYWHERE, LLC D/B/A TRX
MIKE ZUERCHER
CHIEF ADMINISTRATIVE OFFICER AND GENERAL COUNSEL
1660 PACIFIC AVENUE
SAN FRANCISCO, CA 94109

File# G7486          Invoice# 2933343          IRS # 23-1392502

FOR PROFESSIONAL SERVICES RECORDED
THROUGH July 31, 2022 IN CONNECTION WITH
THE FOLLOWING MATTERS:

| Matter Number | Matter Name | Fee Amount | Disbursement Amount | Total Amount |
|---|---|---|---|---|
| 00000 | GENERAL IP ADVICE | 21,064.50 | 0.00 | 21,064.50 |
| 00002 | WOSS BANKRUPTCY LITIGATION | 11,962.50 | 0.00 | 11,962.50 |
| 00462 | EVALUATION OF NOSSK | 1,015.00 | 0.00 | 1,015.00 |
| 00496 | BR BR30201200023111 HAND GRI | 145.00 | 0.00 | 145.00 |
| 00506 | GB 6013639 STITCHING PROTECT | 217.50 | 0.00 | 217.50 |
| 00507 | IM DM/098 251 STITCHING PROT | 217.50 | 0.00 | 217.50 |
| 00508 | AU 201713480 STITCHING PROTE | 217.50 | 0.00 | 217.50 |
| 00509 | GB 6013640 WOOD MOTIF HANDLE | 217.50 | 0.00 | 217.50 |
| 00511 | AU 201713486 WOOD MOTIF HAND | 217.50 | 0.00 | 217.50 |
| 00512 | GB 6013641 CROSSING LINE MOT | 217.50 | 0.00 | 217.50 |
| 00514 | AU 201713494 CROSSING LINE M | 217.50 | 0.00 | 217.50 |
| 00515 | GB 6013642 FLATTENED DUAL-ST | 217.50 | 0.00 | 217.50 |
| 00517 | AU 201713498 FLATTENED DUAL- | 217.50 | 0.00 | 217.50 |
| 00518 | GB 6013645 DUAL STITCH PATTE | 217.50 | 0.00 | 217.50 |
| 00520 | AU 201713501 DUAL STITCH PAT | 217.50 | 0.00 | 217.50 |
| 00547 | FR DM/098 253 CROSSING LINE | 217.50 | 0.00 | 217.50 |
| 00549 | FR DM/098 254 DUAL STITCH PA | 217.50 | 0.00 | 217.50 |
| 00566 | US BANDIT | 725.00 | 0.00 | 725.00 |
| 00587 | TRX BRAND ENFORCEMENT | 18,197.50 | 0.00 | 18,197.50 |
| 00596 | IP- TRX ROCKER | 362.50 | 0.00 | 362.50 |
| 00638 | US NON PROV - RIP 2.0 | 290.00 | 0.00 | 290.00 |
| 00639 | KR 2 1067700 TRX | 362.50 | 0.00 | 362.50 |
| 00658 | US CONT OF 16/204,044 | 1,086.00 | 0.00 | 1,086.00 |
| 00681 | MX - BANDLES D | 217.50 | 0.00 | 217.50 |
| 00688 | US- SLAM BALL | 2,175.00 | 0.00 | 2,175.00 |
| 00701 | MX- MOUNTABLE ANCHOR POINT | 145.00 | 0.00 | 145.00 |
| 00727 | FR IM DM/098 252 WOOD MOTIF | 217.50 | 0.00 | 217.50 |
| 00754 | EP- RIP 2.0 | 942.50 | 0.00 | 942.50 |
| 00768 | PH 930402 SUSPENSION TRAININ | 1,230.50 | 0.00 | 1,230.50 |
| 00770 | US CONT OF 17/094,487 | 6,960.00 | 0.00 | 6,960.00 |
| | | 69,926.00 | 0.00 | 69,926.00 |

Total Fee ............................................................................................    $69,926.00

DUANE MORRIS LLP

Duane Morris
August 30, 2022

Total Disbursements ...................................................................................................... $0.00
Total Fee and Disbursements ...................................................................................... $69,926.00

Duane Morris
August 30, 2022
Page 3

File # G7486-00000                                                        INVOICE# 2933343
    GENERAL IP ADVICE

| DATE | ID # | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|---|
| 6/16/2022 | 08521 | A VILLENEUVE | COORDINATE, CORRECT AND SIGN EMPLOYMENT APPLICATION FOR TRX TO HELP CONTINUE WORK POST CHAPTER 11. COORDINATE BILLING AND PAST INVOICES. | 1.70 | $1,232.50 |
| 6/21/2022 | 08521 | A VILLENEUVE | START DRAFTING MEMORANDUM FOR PERFORMANCE OF PATENT. | 5.00 | $3,625.00 |
| 6/22/2022 | 08521 | A VILLENEUVE | CONTINUE WORK ON MEMO. CALCULATION OF ENFORCEMENT POWER LISTED AS 90%. | 7.40 | $5,365.00 |
| 6/23/2022 | 08521 | A VILLENEUVE | COMPLETE MEMORANDUM ON USE OF NEW PATENT. UPDATE TRX IP OVERVIEW FOR DATA ROOM. PROVIDE AND UPDATE DATA FOR MEMO. | 3.50 | $2,537.50 |
| 7/8/2022 | 08521 | A VILLENEUVE | CONDUCT UPDATE AND RESEARCH ABOUT ACQUISITIONS SINCE 2015. PROVIDE DATA AS TO INTENT SPORTS. | 1.30 | $942.50 |
| 7/20/2022 | 08521 | A VILLENEUVE | PREPARE AND ATTEND AT REQUEST CALL WITH POTENTIAL BUYERS TO EXPLAIN IP SITUATION. | 1.60 | $1,160.00 |
| 7/27/2022 | 08521 | A VILLENEUVE | COORDINATE AND SEND ASSIGNMENT OF US UTILITY AND DESIGN PATENTS AT REQUEST OF CLIENT FOR WARROOM. | 1.50 | $1,087.50 |
| 7/27/2022 | 08521 | A VILLENEUVE | DRAFT AND SEND EMAIL TO BANKRUPTCY TEAM REGARDING MAINTENANCE FEES IN AUGUST AND SEPTEMBER. | 0.50 | $362.50 |
| | | | Subtotal: | 22.50 | $16,312.50 |
| 7/8/2022 | 08705 | JE MUNRO | PREPARING ASSIGNMENT INFORMATION; | 3.10 | $2,232.00 |
| 7/11/2022 | 08705 | JE MUNRO | PREPARING TRX ASSIGNMENT INFORMATION; | 0.80 | $576.00 |
| 7/22/2022 | 08705 | JE MUNRO | REVIEWING PATENT PORTFOLIO; REVIEWING AND COMPILING ASSIGNMENT INFORMATION; | 2.70 | $1,944.00 |
| | | | Subtotal: | 6.60 | $4,752.00 |
| | | | TOTAL SERVICES | 29.10 | $21,064.50 |

Duane Morris
August 30, 2022
Page 4

File # G7486-00002                                    INVOICE# 2933343
WOSS BANKRUPTCY LITIGATION

| DATE | ID # | TIMEKEEPER | | HOURS | VALUE |
|------|------|-----------|--|-------|-------|
| 6/16/2022 | 04315 | AM OLINER | REVIEW TRX BK AND ATTEND TO APP TO EMPLOY | 1.50 | $1,087.50 |
| 6/20/2022 | 04315 | AM OLINER | REVIEW DOCKET AND WORK ON BK STAY REQUEST; EMAILS TO GROUP | 1.20 | $870.00 |
| 6/22/2022 | 04315 | AM OLINER | REVIEW DOCKET AND BK ISSUES; PREPARE PLEADINGS SEEKING STAY | 1.50 | $1,087.50 |
| 6/24/2022 | 04315 | AM OLINER | ATTEND TO DOCKET AND SALE MOTION IN TRX CHAPTER 11 | 2.50 | $1,812.50 |
| 6/28/2022 | 04315 | AM OLINER | REVIEW DOCKET RE STAY | 0.30 | $217.50 |
| 7/1/2022 | 04315 | AM OLINER | WORK ON CARE OUT STIP AND EMPLOYMENT ORDER; REVIEW DOCKET | 1.50 | $1,087.50 |
| 7/5/2022 | 04315 | AM OLINER | REVIEW OBJECTION TO EMPLOYMENT; REVIEW CLIENT BK DOCKET; CORR WITH COUNSEL AND PREPARE RESPONSE | 3.00 | $2,175.00 |
| 7/8/2022 | 04315 | AM OLINER | ATTEND TO SALE ISSUES; SALE PROCEDURES AND DELIVERABLES | 1.20 | $870.00 |
| 7/11/2022 | 04315 | AM OLINER | CORR WITH DEBTOR'S COUNSEL RE SALE PROCEDURES | 0.60 | $435.00 |
| 7/19/2022 | 04315 | AM OLINER | WORK ON BK DOCKET; STIP TO PAY ADMIN FEES AND EMPLOYMENT APP | 1.50 | $1,087.50 |
| 7/26/2022 | 04315 | AM OLINER | REVIEW DOCKET AND ATTEND TO CARVE OUT ISSUES | 1.20 | $870.00 |
| 7/27/2022 | 04315 | AM OLINER | WORK ON CORR TO DEBTOR'S COUNSEL RE MAINTENANCE FEES | 0.50 | $362.50 |
| | | | Subtotal: | 16.50 | $11,962.50 |

TOTAL SERVICES                              16.50    $11,962.50

Duane Morris
August 30, 2022
Page 5

File # G7486-00462                                                                    INVOICE# 2933343
        EVALUATION OF NOSSK

| DATE | ID # | TIMEKEEPER | | HOURS | VALUE |
|------|------|------------|--|-------|-------|
| 6/21/2022 | 08521 | A VILLENEUVE | COORDINATE WITH GENERAL COUNSEL AND ASSISTANT TO COORDINATE, FILE, REPORT STAY OF CASE AT DISTRICT COURT. | 1.40 | $1,015.00 |
| | | | Subtotal: | 1.40 | $1,015.00 |
| | | | TOTAL SERVICES | 1.40 | $1,015.00 |

Duane Morris
August 30, 2022
Page 6

File # G7486-00496                                      INVOICE# 2933343
    45431.00.0235 - HAND GRIP FOR AN EXERCISE
    DEVICE - BRAZIL - PATENT NO. BR30201200023111

| DATE | ID # | TIMEKEEPER | | HOURS | VALUE |
|------|------|-----------|---|-------|-------|
| 7/18/2022 | 08521 | A VILLENEUVE | COORDINATE PAYMENT OF MAINTENANCE FEE. | 0.20 | $145.00 |
| | | | Subtotal: | 0.20 | $145.00 |
| | | | TOTAL SERVICES | 0.20 | $145.00 |

Duane Morris
August 30, 2022
Page 7

File # G7486-00506                                                INVOICE# 2933343

45431.00.0490 - STITCHING PROTECTOR FOR
FLEXIBLE STRAPS - UNITED KINGDOM - PATENT NO.
6013639

| DATE | ID # | TIMEKEEPER | | HOURS | VALUE |
|------|------|-----------|--|-------|-------|
| 6/9/2022 | 08521 | A VILLENEUVE | PAID RENEWAL FEE ON WEB VIA UK PATENT OFFICE. | 0.30 | $217.50 |
| | | | Subtotal: | 0.30 | $217.50 |
| | | | TOTAL SERVICES | 0.30 | $217.50 |

Duane Morris
August 30, 2022
Page 8

File # G7486-00507                                                    INVOICE# 2933343

45431.00.0491 - STITCHING PROTECTOR FOR
FLEXIBLE STRAPS - INTERNATIONAL DESIGN
REGISTRATION - PATENT NO. DM/098 251

| DATE | ID # | TIMEKEEPER | | HOURS | VALUE |
|------|------|-----------|--|-------|-------|
| 6/9/2022 | 08521 | A VILLENEUVE | PAID DESIGN RENEWAL DUE VIA LA HAGUE. | 0.30 | $217.50 |
| | | | Subtotal: | 0.30 | $217.50 |
| | | | TOTAL SERVICES | 0.30 | $217.50 |

Duane Morris
August 30, 2022
Page 9

File # G7486-00508                                                      INVOICE# 2933343
45431.00.0493 - STITCHING PROTECTOR FOR
FLEXIBLE STRAPS - AUSTRALIA - PATENT NO.
201713480

| DATE | ID # | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|---|
| 6/8/2022 | 08521 | A VILLENEUVE | SENT INSTR'S TO ASSOCIATE TO PAY AU RENEWAL DUE. | 0.30 | $217.50 |
| | | | Subtotal: | 0.30 | $217.50 |
| | | | TOTAL SERVICES | 0.30 | $217.50 |

Duane Morris
August 30, 2022
Page 10

File # G7486-00509                                                        INVOICE# 2933343
     45431.00.0494 - WOOD MOTIF HANDLE FOR HOLDING A
     FLEXIBLE STRAP - UNITED KINGDOM - PATENT NO.
     6013640

| DATE | ID # TIMEKEEPER | | HOURS | VALUE |
|------|----------------|--|-------|-------|
| 6/9/2022 08521 | A VILLENEUVE | PAID RENEWAL FEE ON WEB VIA UK PATENT OFFICE. | 0.30 | $217.50 |
| | | Subtotal: | 0.30 | $217.50 |
| | | TOTAL SERVICES | 0.30 | $217.50 |

Duane Morris
August 30, 2022
Page 11

File # G7486-00511                                                    INVOICE# 2933343

45431.00.0497 - WOOD MOTIF HANDLE FOR HOLDING A
FLEXIBLE STRAP - AUSTRALIA - PATENT NO.
201713486

| DATE | ID # TIMEKEEPER | | HOURS | VALUE |
|------|----------------|---|-------|-------|
| 6/8/2022 08521 A VILLENEUVE | SENT INSTR'S TO ASSOCIATE TO PAY AU RENEWAL DUE. | | 0.30 | $217.50 |
| | | Subtotal: | 0.30 | $217.50 |
| | | TOTAL SERVICES | 0.30 | $217.50 |

Duane Morris
August 30, 2022
Page 12

File # G7486-00512                                                    INVOICE# 2933343

    45431.00.0498 - CROSSING LINE MOTIF HANDLE FOR
    HOLDING A FLEXIBLE STRAP - UNITED KINGDOM -
    PATENT NO. 6013641

| DATE | ID # | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|---|
| 6/9/2022 | 08521 | A VILLENEUVE | PAID RENEWAL FEE ON WEB VIA UK PATENT OFFICE. | 0.30 | $217.50 |
| | | | Subtotal: | 0.30 | $217.50 |
| | | | TOTAL SERVICES | 0.30 | $217.50 |

Duane Morris
August 30, 2022
Page 13

File # G7486-00514                                                                INVOICE# 2933343
  45431.00.0501 - CROSSING LINE MOTIF HANDLE FOR
  HOLDING A FLEXIBLE STRAP - AUSTRALIA - PATENT
  NO. 201713494

| DATE | ID # | TIMEKEEPER | | HOURS | VALUE |
|------|------|-----------|---|-------|-------|
| 6/8/2022 | 08521 | A VILLENEUVE | SENT INSTR'S TO ASSOCIATE TO PAY AU RENEWAL DUE. | 0.30 | $217.50 |
| | | | Subtotal: | 0.30 | $217.50 |
| | | | TOTAL SERVICES | 0.30 | $217.50 |

Duane Morris
August 30, 2022
Page 14

File # G7486-00515                                              INVOICE# 2933343
    45431.00.0502 - FLATTENED DUAL-STACKED
    LENGTHENING MECHANISM FOR A FLEXIBLE STRAP -
    UNITED KINGDOM - PATENT NO. 6013642

| DATE | ID # | TIMEKEEPER | | HOURS | VALUE |
|------|------|-----------|---|-------|-------|
| 6/9/2022 | 08521 | A VILLENEUVE | PAID RENEWAL FEE ON WEB VIA UK PATENT OFFICE. | 0.30 | $217.50 |
| | | | Subtotal: | 0.30 | $217.50 |
| | | | TOTAL SERVICES | 0.30 | $217.50 |

Duane Morris
August 30, 2022
Page 15

File # G7486-00517                                                    INVOICE# 2933343

45431.00.0505 - FLATTENED DUAL-STACKED
LENGTHENING MECHANISM FOR A FLEXIBLE STRAP -
AUSTRALIA - PATENT NO. 201713498

| DATE | ID # | TIMEKEEPER | | HOURS | VALUE |
|------|------|------------|--|-------|-------|
| 6/8/2022 | 08521 | A VILLENEUVE | SENT INSTR'S TO ASSOCIATE TO PAY AU RENEWAL DUE. | 0.30 | $217.50 |
| | | | Subtotal: | 0.30 | $217.50 |
| | | | TOTAL SERVICES | 0.30 | $217.50 |

Duane Morris
August 30, 2022
Page 16

File # G7486-00518                                                INVOICE# 2933343

45431.00.0506 - DUAL STITCH PATTERN FOR A
FLEXIBLE STRAP - UNITED KINGDOM - PATENT NO.
6013645

| DATE | ID # | TIMEKEEPER | | HOURS | VALUE |
|------|------|-----------|---|-------|-------|
| 6/9/2022 | 08521 | A VILLENEUVE | PAID RENEWAL FEE ON WEB VIA UK PATENT OFFICE. | 0.30 | $217.50 |
| | | | Subtotal: | 0.30 | $217.50 |
| | | | TOTAL SERVICES | 0.30 | $217.50 |

Duane Morris
August 30, 2022
Page 17

File # G7486-00520                                                    INVOICE# 2933343

45431.00.0509 - DUAL STITCH PATTERN FOR A
FLEXIBLE STRAP - AUSTRALIA - PATENT NO.
201713501

| DATE | ID # | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|---|
| 6/8/2022 | 08521 | A VILLENEUVE | SENT INSTR'S TO ASSOCIATE TO PAY AU RENEWAL DUE. | 0.30 | $217.50 |
| | | | Subtotal: | 0.30 | $217.50 |
| | | | TOTAL SERVICES | 0.30 | $217.50 |

Duane Morris
August 30, 2022
Page 18

File # G7486-00547                                                    INVOICE# 2933343

FR - CROSSING LINE MOTIF HANDLE FOR HOLDING A
FLEXIBLE STRAP

| DATE | ID # | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|---|
| 6/8/2022 | 08521 | A VILLENEUVE | PAID DESIGN RENEWAL DUE VIA LA HAGUE. | 0.30 | $217.50 |
| | | | Subtotal: | 0.30 | $217.50 |
| | | | TOTAL SERVICES | 0.30 | $217.50 |

Duane Morris
August 30, 2022
Page 19

File # G7486-00549                                             INVOICE# 2933343
FR - DUAL STITCH PATTERN FOR A FLEXIBLE STRAP

| DATE | ID # | TIMEKEEPER | | HOURS | VALUE |
|------|------|------------|---|-------|-------|
| 6/8/2022 | 08521 | A VILLENEUVE | PAID DESIGN RENEWAL DUE VIA LA HAGUE. | 0.30 | $217.50 |
| | | | Subtotal: | 0.30 | $217.50 |
| | | | TOTAL SERVICES | 0.30 | $217.50 |

Duane Morris
August 30, 2022
Page 20

File # G7486-00566                                                INVOICE# 2933343
US BANDIT

| DATE | ID # | TIMEKEEPER | | HOURS | VALUE |
|------|------|------------|---|-------|-------|
| 6/23/2022 | 08521 | A VILLENEUVE | FILED SPECIMEN FOR SOU AT USPTO. | 1.00 | $725.00 |
| | | | Subtotal: | 1.00 | $725.00 |
| | | | TOTAL SERVICES | 1.00 | $725.00 |

Duane Morris
August 30, 2022
Page 21

File # G7486-00587                                                    INVOICE# 2933343
   TRX BRAND ENFORCEMENT

| DATE | ID # | TIMEKEEPER | | HOURS | VALUE |
|------|------|------------|---|-------|-------|
| 6/27/2022 | 08521 | A VILLENEUVE | EMAIL EXCHANGES WITH CLIENT AND GENERAL COUNSEL REGARDING MEMORANDUM. | 1.00 | $725.00 |
| 7/11/2022 | 08521 | A VILLENEUVE | MASSIVE RAPID EFFORT TO TAKEDOWN AND CLEAN FOR PRIME DAYS. CLEAN OF 400+ INFRINGEMENTS ON REDPOINTS AND ON AMAZON REPORTED IN USA. | 9.10 | $6,597.50 |
| 7/12/2022 | 08521 | A VILLENEUVE | CONTINUE EFFORT TO CLEAN THE INTERNET OF INFRINGEMENT FOR PRIME DAY. TAKE DOWN IN GERMANY, UK AND OTHER EFFORT. | 8.40 | $6,090.00 |
| 7/13/2022 | 08521 | A VILLENEUVE | CONTINUE BRAND ENFORCEMENT. | 3.00 | $2,175.00 |
| 7/21/2022 | 08521 | A VILLENEUVE | ATTEND CONFERENCE WITH REDPOINTS. | 1.00 | $725.00 |
| 7/25/2022 | 08521 | A VILLENEUVE | PROVIDE MS. GARTH WITH EUROPEAN TRADEMARKS ORIGINAL FOR ENFORCEMENT IN FRANCE. | 0.60 | $435.00 |
| 7/27/2022 | 08521 | A VILLENEUVE | CONDUCT ALIBA BABA SCRUB AND GIVE COPY OF PATENTS AND CHINESE PATENTS TO REDPOINTS. | 2.00 | $1,450.00 |
| | | | Subtotal: | 25.10 | $18,197.50 |
| | | | TOTAL SERVICES | 25.10 | $18,197.50 |

Duane Morris
August 30, 2022
Page 22

File # G7486-00596                                          INVOICE# 2933343
  TRX ROCKER

| DATE | ID # TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|
| 6/14/2022 | 08521  A VILLENEUVE | SENT REPORT EMAIL TO CLIENT RE STATEMENT OF GRANT AND REGISTRATION CERTIFICATE. | 0.50 | $362.50 |
| | | Subtotal: | 0.50 | $362.50 |
| | | TOTAL SERVICES | 0.50 | $362.50 |

Duane Morris
August 30, 2022
Page 23

File # G7486-00638                                                    INVOICE# 2933343
    RIP 2.0

| DATE | ID # TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|
| 7/12/2022 08521 A VILLENEUVE | FILED RESPONSE TO NOTICE OF INSUFFICIENCY WHICH INCLUDES PAYMENT OF $920 FOR 3 INDEPENDENT CLAIMS OVER 3 AND 4 TOTAL CLAIMS OVER 20. | | 0.40 | $290.00 |
| | | Subtotal: | 0.40 | $290.00 |
| | TOTAL SERVICES | | 0.40 | $290.00 |

Duane Morris
August 30, 2022
Page 24

File # G7486-00639                                          INVOICE# 2933343
    TRX

| DATE | ID # | TIMEKEEPER | | HOURS | VALUE |
|------|------|------------|---|-------|-------|
| 6/14/2022 | 08521 | A VILLENEUVE | SENT REPORT EMAIL TO CLIENT RE STATEMENT OF GRANT AND REGISTRATION CERTIFICATE. | 0.50 | $362.50 |
| | | | Subtotal: | 0.50 | $362.50 |
| | | | TOTAL SERVICES | 0.50 | $362.50 |

Duane Morris
August 30, 2022
Page 25

File # G7486-00658                                          INVOICE# 2933343
CONT - APPARATUS, KIT, AND METHOD FOR
PERFORMING STRAP-BASED EXERCISES

| DATE | ID # | TIMEKEEPER | | HOURS | VALUE |
|------|------|-----------|--|-------|-------|
| 6/10/2022 | 08521 | A VILLENEUVE | CONDUCT ANALYSIS OF NEW SET OF CLAIMS. | 1.20 | $870.00 |
| | | | Subtotal: | 1.20 | $870.00 |
| 6/22/2022 | 08705 | JE MUNRO | REVIEWING NOTICE OF ALLOWANCE; PAYING ISSUE FEE; | 0.30 | $216.00 |
| | | | Subtotal: | 0.30 | $216.00 |
| | | | TOTAL SERVICES | 1.50 | $1,086.00 |

Duane Morris
August 30, 2022
Page 26

File # G7486-00681                                    INVOICE# 2933343
MX - BANDLES D - EXERCISE BAND HANDLE

| DATE | ID # | TIMEKEEPER | | HOURS | VALUE |
|------|------|------------|--|-------|-------|
| 6/27/2022 | 08521 | A VILLENEUVE | SEND INSTRUCTIONS TO ASSOCIATE TO PAY GRANT FEES. | 0.30 | $217.50 |
| | | | Subtotal: | 0.30 | $217.50 |
| | | | TOTAL SERVICES | 0.30 | $217.50 |

Duane Morris
August 30, 2022
Page 27

File # G7486-00688                                                    INVOICE# 2933343
U.S. DESIGN SLAM BAL

| DATE | ID # | TIMEKEEPER | | HOURS | VALUE |
|------|------|-----------|---|-------|-------|
| 6/28/2022 | 08521 | A VILLENEUVE | RESPONSE TO EX-QUALE ACTION DUE 6/29/22 ON SLAM BALL PATENT APPLICATION OR ABANDONMENT. ONLY TECHNICAL MATTERS TO CORRECT IN SPECIFICATION TO ALLOW FOR ISSUANCE OF DESIGN PATENT IN THE UNITED STATES. COORDINATE, PREPARE AND FILE RESPONSE WITH USPTO. | 1.00 | $725.00 |
| 6/29/2022 | 08521 | A VILLENEUVE | RESPONSE FILED FOR QUAYLE ACTION. | 2.00 | $1,450.00 |
| | | | Subtotal: | 3.00 | $2,175.00 |
| | | | TOTAL SERVICES | 3.00 | $2,175.00 |

Duane Morris
August 30, 2022
Page 28

File # G7486-00701                                      INVOICE# 2933343
    MX- MOUNTABLE ANCHOR POINT

| DATE | ID # TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|
| 6/15/2022 | 08521 A VILLENEUVE | SENT EMAIL REPLY TO ASSOCIATE TO PAY GRANT FEES. | 0.20 | $145.00 |
| | | Subtotal: | 0.20 | $145.00 |
| | | TOTAL SERVICES | 0.20 | $145.00 |

Duane Morris
August 30, 2022
Page 29

File # G7486-00727                                           INVOICE# 2933343

FR - WOOD MOTIF HANDLE FOR HOLDING A FLEXIBLE
STRAP

| DATE | ID # | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|---|
| 6/8/2022 | 08521 | A VILLENEUVE | PAID DESIGN RENEWAL DUE VIA LA HAGUE. | 0.30 | $217.50 |
| | | | Subtotal: | 0.30 | $217.50 |
| | | | TOTAL SERVICES | 0.30 | $217.50 |

Duane Morris
August 30, 2022
Page 30

File # G7486-00754                                                     INVOICE# 2933343
    RIP 2.0

| DATE | ID # | TIMEKEEPER | | HOURS | VALUE |
|------|------|-----------|---|-------|-------|
| 7/27/2022 | 08521 | A VILLENEUVE | CONDUCT ANALYSIS OF EUROPEAN PATENT. REVIEW RULE R161 COMMUNICATION FROM EUROPEAN PATENT OFFICE. COORDINATE AND WRITE TO CLIENT REGARDING SAME TO OFFER GUIDANCE ON DROP OF CLAIMS. SECURE APPROVAL AND WRITE TO EU COUNSEL WITH INFORMATION. REPORT ACTION. | 1.30 | $942.50 |
| | | | Subtotal: | 1.30 | $942.50 |
| | | | TOTAL SERVICES | 1.30 | $942.50 |

Duane Morris
August 30, 2022
Page 31

File # G7486-00768                                            INVOICE# 2933343
SUSPENSION TRAINING

| DATE | ID # | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|---|
| 7/6/2022 | 08521 | A VILLENEUVE | EMAIL CLIENT REGARDING THE PUSH OF THE PH TRADEMARK TO A MADRID DESIGNATION. PREPARE AND FILE AFTER SECURING APPROVAL. | 1.30 | $942.50 |
| | | | Subtotal: | 1.30 | $942.50 |
| 7/6/2022 | 08705 | JE MUNRO | PREPARING AND FILING MADRID DESIGNATION IN PH; | 0.40 | $288.00 |
| | | | Subtotal: | 0.40 | $288.00 |
| | | | TOTAL SERVICES | 1.70 | $1,230.50 |

Duane Morris
August 30, 2022
Page 32

File # G7486-00770                                               INVOICE# 2933343
CONT - EXERCISE DEVICE WITH A PAIR OF HANDGRIP
ASSEMBLIES

| DATE | ID # TIMEKEEPER | | HOURS | VALUE |
|------|----------------|---|-------|-------|
| 7/28/2022 08521 A VILLENEUVE | START ANALYSIS OF NEW CLAIMS FOR FILING. COMPARE WITH SPECIFICATION. READ STRUCTURE TO CREATE NEW LINEAR CLAIM. | | 1.30 | $942.50 |
| 7/29/2022 08521 A VILLENEUVE | PREPARE DRAFT AND FILE NEW CONTINUATION OF PATENT READY TO ISSUE. | | 8.30 | $6,017.50 |
| | | Subtotal: | 9.60 | $6,960.00 |
| | | TOTAL SERVICES | 9.60 | $6,960.00 |

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

**One Market Plaza, Spear Street Tower, Suite 2200, San Francisco, CA  94105-1127**

A true and correct copy of the foregoing document entitled (*specify*):

- **FIRST AND FINAL APPLICATION OF DUANE MORRIS LLP, SPECIAL COUNSEL TO THE DEBTORS, FOR PAYMENT OF FEES AND REIMBURSEMENT OF EXPENSES; DECLARATION OF ALAIN VILLENEUVE IN SUPPORT THEREOF**

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On August 31, 2022, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

    **SEE ATTACHED LIST**.

☒ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On August 31, 2022, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

    The Honorable Scott C. Clarkson
    U.S. Bankruptcy Court
    Santa Ana Division
    Ronald Reagan Federal Building
    411 W. Fourth Street, Suite 5130
    Santa Ana, CA 92701

☐ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____ , I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| August 31, 2022 | Deanna Micros | /s/ Deanna Micros (xxx-xx-5693) |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*
DM1\13431051.1

**F 9013-3.1.PROOF.SERVICE**

**MAILING INFORMATION**
**August 31, 2022**
**Case 8:22-bk-10948-SC**

- **Ron Bender**    rb@lnbyb.com
- **Shawn M Christianson**    cmcintire@buchalter.com, schristianson@buchalter.com
- **Andrew Goodman**    agoodman@andyglaw.com, Goodman.AndrewR102467@notify.bestcase.com
- **Michael I. Gottfried**    mgottfried@elkinskalt.com,
  cavila@elkinskalt.com,myuen@elkinskalt.com,docketing@elkinskalt.com
- **Jonathan Gottlieb**    jdg@lnbyg.com
- **Michael J Hauser**    michael.hauser@usdoj.gov
- **Marsha A Houston**    mhouston@reedsmith.com, hvalencia@reedsmith.com
- **Ori Katz**    okatz@sheppardmullin.com, lsegura@sheppardmullin.com
- **William McCormick**    Bill.McCormick@ag.tn.gov
- **Krikor J Meshefejian**    kjm@lnbyg.com
- **Ali M Mojdehi**    amojdehi@btlaw.com, jgertz@btlaw.com;arego@btlaw.com;amattingly@btlaw.com
- **Jennifer L Nassiri**    JNassiri@sheppardmullin.com, bdelacruz@sheppardmullin.com
- **Paul J Pascuzzi**    ppascuzzi@ffwplaw.com, docket@ffwplaw.com
- **Christopher O Rivas**    crivas@reedsmith.com, chris-rivas-8658@ecf.pacerpro.com
- **Lindsey L Smith**    lls@lnbyg.com, lls@ecf.inforuptcy.com
- **United States Trustee (SA)**    ustpregion16.sa.ecf@usdoj.gov

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*
DM1\13431051.1

**F 9013-3.1.PROOF.SERVICE**