RON BENDER (SBN 143364)
KRIKOR J. MESHEFEJIAN (SBN 255030)
LINDSEY L. SMITH (SBN 265401)
LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.
2818 La Cienega Avenue
Los Angeles, California 90034
Telephone:  (310) 229-1234; Facsimile:  (310) 229-1244
Email: RB@LNBYG.COM; KJM@LNBYG.COM; LLS@LNBYG.COM

Attorneys for Chapter 11 Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**SANTA ANA DIVISION**

| | |
|---|---|
| In re:<br><br>TRX HOLDCO, LLC, a Delaware limited liability company,<br><br>      Debtor and Debtor in Possession.<br><br>In re:<br><br>FITNESS ANYWHERE LLC, a Delaware limited liability company, dba TRX and TRX Training,<br><br>      Debtor and Debtor in Possession.<br><br>☒  Affects both Debtors<br><br>☐  Affects TRX Holdco, LLC only<br><br>☐  Affects Fitness Anywhere, LLC only | Lead Case No.: 8:22-bk-10948-SC<br><br>Jointly administered with: 8:22-bk-10949-SC Chapter 11 Cases<br><br>**DECLARATION OF BRENT LEFFEL IN RESPONSE TO FEE APPLICATIONS FILED BY PROFESSIONALS EMPLOYED BY THE DEBTORS**<br><br>DATE:     September 28, 2022<br>TIME:     11:00 a.m.<br>PLACE:   *Via ZoomGov<br>                Courtroom 5C<br>                411 West Fourth Street<br>                Santa Ana, CA 92701 |

I, Brent Leffel, hereby declare under penalty of perjury as follows:

1.    I am the Chairman of the Board of Managers of TRX Holdco, LLC ("Hold Co") and the Chairman of the Board of Managers of Fitness Anywhere LLC, dba TRX and TRX Training ("Product Co" and together with Hold Co and Product Co, the "Debtors"), the debtors and debtors-in-possession in the above-captioned Chapter 11 bankruptcy cases. I am also the co-manager of Equity 38, LLC which is the manager of Equity 38 Investment Platform I, LLC. Equity 38 Investment Platform I, LLC is the manager of E38-TRX, LLC and E38-TRX Holdco Investments, LLC which collectively own and control Hold Co.

2.    Hold Co holds a preferential and controlling interest in Product Co. Hold Co also wholly owns TRXperience, LLC ("Experience Co"). Experience Co has not filed a bankruptcy case. Product Co wholly owns Fitness Anywhere International LLC (100% by Product Co) and Fitness Anywhere Europe Cooperatief U.A. Netherlands (99% by Product Co and 1% by Fitness Anywhere International LLC), none of which have filed a bankruptcy case.

3.    I served as the Co-Chairman of Product Co from approximately December 2018 through October 2020, after which I became the sole Chairman of Product Co. I have been the Chairman of Hold Co since Hold Co's formation in approximately March 2020. I also served as Chief Executive Officer from approximately April 2021 through the end of January 2022.

4.    In my capacity as Chairman, I am involved with policy and strategic decisions on behalf of the Debtors. The Chief Executive Officer of the Debtors reports to me and he implements the directives and policies of the Debtors as established by the Debtors' respective Board of Managers (which I chair). I have personal knowledge of the facts set forth in this Declaration and if called as a witness, could and would testify competently with respect thereof.

5.    I make this Declaration in response to the fee applications that were filed by the professionals employed by the Debtors.

6.    Levene, Neale, Bender, Yoo & Golubchik L.L.P. ("LNBYG") was employed as bankruptcy counsel to the Debtors. Duane Morris LLP ("DM") was employed as special IP counsel to the Debtors. Kroll, LLC ("Kroll") was employed as a financial advisor to the Debtors.

Case 8:22-bk-10948-SC    Doc 308    Filed 09/15/22    Entered 09/15/22 13:25:50    Desc
Main Document    Page 3 of 5

7. I have reviewed the fee applications filed by LNBYG, DM and Kroll.

8. LNBYG is seeking Court approval of $516,672 of fees and $41,979.46 of expenses in the Product Co case and $9,523 of fees and $934.03 of expenses in the Hold Co case incurred during the period of June 8, 2022 through August 31, 2022.

9. DM is seeking Court approval of $69,926 of fees incurred during the period of June 8, 2022 through August 24, 2022.

10. Kroll is seeking Court approval of $908,870 of fees incurred during the period of June 8, 2022 through August 231, 2022.

11. I understand that pursuant to the *Stipulation Regarding (1)Professional Fee And Creditor Carve Outs And (2) Lien Validations, Releases And Surcharge Waivers* (the "Carve Out Stipulation") (Doc 195) approved by order of this Court entered on August 8, 2022 (Doc 253): a base carve out amount of $400,000 was established to fund the fees and expenses of LNBYG, Kroll and Michael Zuercher/Law Office of Michael A. Zuercher, Inc. ("Zuercher"), with such professionals to be authorized to be paid their respective portion of this $400,000 only after such professionals have had their fees and expenses approved by the Court following notice and a hearing. This base carve out amount of $400,000 would have incrementally increased to the extent the ultimate sale price paid for the Debtors' assets exceeded $10 million. Unfortunately, to all of our extreme disappointment, the cash portion of the sale price only ended up being $8.4 million as has been reported to the Court (although the buyer took the assets subject to approximately $1.7 million of secured debt making the effective sale price approximately $10.1 million).

12. I also understand that pursuant to the Carve Out Stipulation, a fixed carve out amount of $65,000 was established to fund the fees of DM.

13. I have been advised that LNBYG and Kroll have agreed, subject to the approval of the Court, to split the $400,000 base carve amount equally (i.e., $200,000 to LNBYG and $200,000 to Kroll) despite the fees being requested by Kroll being substantially higher than the fees/expenses being requested by LNBYG. That is both acceptable to me and something that I would have urged the Court to do had Kroll not agreed to this. I understand that Zuercher has

agreed not to seek any further payment from the Debtors beyond what he was paid in accordance with his insider compensation request and the various cash collateral orders that were approved by the Court.

14. I have been provided with a copy of the objection that the United States Trustee filed to the Kroll fee application, and I have been provided with a copy of a stipulation that I understand the United States Trustee and Kroll have entered into pursuant to which Kroll has agreed to a voluntary reduction of its fees to a total of $600,000. I fully support that resolution.

15. I believe the fees and expenses incurred by LNBYG were reasonable and appropriate and I support their approval by the Court.

16. I believe that the fees requested by DM are reasonable and appropriate and I support their approval by the Court.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 15th day of September, 2022, at Newport Beach, California.

_____
BRENT LEFFEL

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
2818 La Cienega Avenue, Los Angeles, CA 90034

A true and correct copy of the foregoing document entitled (*specify*): **DECLARATION OF BRENT LEFFEL IN RESPONSE TO FEE APPLICATIONS FILED BY PROFESSIONALS EMPLOYED BY THE DEBTORS** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (date) **September 15, 2022**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Ron Bender    rb@lnbyb.com**
- **Shawn M Christianson    cmcintire@buchalter.com, schristianson@buchalter.com**
- **Dana M Douglas    dmddouglas@hotmail.com, douglas.danar115703@notify.bestcase.com**
- **Andrew Goodman    agoodman@andyglaw.com, Goodman.AndrewR102467@notify.bestcase.com**
- **Michael I. Gottfried    mgottfried@elkinskalt.com, cavila@elkinskalt.com,myuen@elkinskalt.com,docketing@elkinskalt.com**
- **Jonathan Gottlieb    jdg@lnbyg.com**
- **Michael J Hauser    michael.hauser@usdoj.gov**
- **Marsha A Houston    mhouston@reedsmith.com, hvalencia@reedsmith.com**
- **Ori Katz    okatz@sheppardmullin.com, lsegura@sheppardmullin.com**
- **William McCormick    Bill.McCormick@ag.tn.gov**
- **Krikor J Meshefejian    kjm@lnbyg.com**
- **Ali M Mojdehi    amojdehi@btlaw.com, jgertz@btlaw.com;arego@btlaw.com;amattingly@btlaw.com**
- **Jennifer L Nassiri    JNassiri@sheppardmullin.com, bdelacruz@sheppardmullin.com**
- **Aron M Oliner    roliner@duanemorris.com**
- **Paul J Pascuzzi    ppascuzzi@ffwplaw.com, docket@ffwplaw.com**
- **Christopher O Rivas    crivas@reedsmith.com, chris-rivas-8658@ecf.pacerpro.com**
- **Lindsey L Smith    lls@lnbyg.com, lls@ecf.inforuptcy.com**
- **United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov**

**2**. **SERVED BY UNITED STATES MAIL**: On (date) **September 15, 2022**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3**. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (date) **September 15, 2022**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| September 15, 2022 | Lourdes Cruz | /s/ Lourdes Cruz |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012    F 9013-3.1.PROOF.SERVICE