RON BENDER (SBN 143364)
KRIKOR J. MESHEFEJIAN (SBN 255030)
LINDSEY L. SMITH (SBN 265401)
LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.
2818 La Cienega Avenue
Los Angeles, California 90034
Telephone: (310) 229-1234; Facsimile: (310) 229-1244
Email: RB@LNBYG.COM; KJM@LNBYG.COM; LLS@LNBYG.COM

**FILED & ENTERED**

**OCT 05 2022**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY bolte        DEPUTY CLERK

Attorneys for Chapter 11 Debtors and Debtors in Possession

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
## SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>TRX HOLDCO, LLC, a Delaware limited liability company,<br><br>　　　Debtor and Debtor in Possession.<br><br>In re:<br><br>FITNESS ANYWHERE LLC, a Delaware limited liability company, dba TRX and TRX Training,<br><br>　　　Debtor and Debtor in Possession.<br><br>☒ Affects both Debtors<br><br>☐ Affects TRX Holdco, LLC only<br><br>☐ Affects Fitness Anywhere, LLC only | Lead Case No.: 8:22-bk-10948-SC<br><br>Jointly administered with:<br>8:22-bk-10949-SC<br>Chapter 11 Cases<br><br>**ORDER APPROVING ASSUMPTION AND ASSIGNMENT OF UNEXPIRED LEASES AND/OR EXECUTORY CONTRACTS**<br><br>**[No hearing required]** |

Pursuant to paragraph 19 and all other applicable provisions of that certain *Order Granting Debtors' Moton For An Order: (1) Approving Sale Of Substantially All Of The Debtors' Assets Free And Clear Of Certain Liens, Claims, Interests And Encumbrances; (2) Approving Assumption And Assignment of Unexpired Leases And Executory Contracts And Determining Cure Amounts, And Approving Rejection Of Unexpired Leases And Executory Contracts Which Are Not Assumed; (3) Waiving The 14-Day Stay Periods Of Bankruptcy Rule 6044(h) And 6006(d); And Granting Related Relief* [Docket No. 280] (the "Sale Order") and upon review of the *Notice of Assumption And Assignment Of Executory* Contracts [Docket No. 316] (the "Notice")*,* the Court ORDERS that the contracts identified below and in the Notice between Debtor Fitness Anywhere, LLC and the counterparties listed (the "Contracts") are hereby deemed assumed by Fitness Anywhere, LLC and assigned to JFXD Capital LLC, a Florida limited liability company, effective as of August 26, 2022, pursuant 11 U.S.C. § 365 (a) and (f) and upon the terms and conditions set forth in the Sale Order. The Contracts are as follows:

///

| Counter Party | Description |
|---|---|
| Adaptive Insights LLC | Software services agreement |
| Anytime Fitness LLC | Distributor agreement |
| Avalara | Software services agreement |
| Commercial Fitness Products Inc | Distributor agreement |
| Eat The Frog Fitness | Licensees for purchases from TRX. |
| Federal Bureau of Investigation National | Distribution agreement |
| GSA | Government Contract |
| Microsoft Corporation | Software subscription agreement |
| Power Digital Marketing Inc | Marketing services agreement |
| Sporting Life Pty. Ltd | Consulting services agreement |
| Tigers International Logistics BV | Logistics services agreement |
| TMA Worldwide Inc | Warehouse services agreement |
| USA Global Logistics/FreightHawk Xpress | Warehouse services agreement |

**IT IS SO ORDERED.**

###

Date: October 5, 2022

Scott C. Clarkson
United States Bankruptcy Judge