RON BENDER (SBN 143364)
KRIKOR J. MESHEFEJIAN (SBN 255030)
LINDSEY L. SMITH (SBN 265401)
LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.
2818 La Cienega Avenue
Los Angeles, California 90034
Telephone: (310) 229-1234; Facsimile: (310) 229-1244
Email: rb@lnbyg.com; kjm@lnbyg.com; lls@lnbyg.com

Attorneys for Chapter 11 Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
SANTA ANA DIVISION**

| | |
|---|---|
| In re:<br><br>TRX HOLDCO, LLC, a Delaware limited liability company,<br><br>    Debtor and Debtor in Possession.<br><br>In re:<br><br>FITNESS ANYWHERE LLC, a Delaware limited liability company, dba TRX and TRX Training,<br><br>    Debtor and Debtor in Possession.<br><br>☒ Affects both Debtors<br><br>☐ Affects TRX Holdco, LLC only<br><br>☐ Affects Fitness Anywhere, LLC only | Lead Case No.: 8:22-bk-10948-SC<br><br>Jointly administered with:<br>8:22-bk-10949-SC<br><br>Chapter 11 Cases<br><br>**DEBTORS' CASE STATUS CONFERENCE REPORT**<br><br>DATE:    December 14, 2022<br>TIME:    11:00 a.m.<br>PLACE:   *Via ZoomGov<br>         Courtroom 5C<br>         411 West Fourth Street<br>         Santa Ana, CA 92701 |

TRX Holdco, LLC and Fitness Anywhere LLC, dba TRX and TRX Training (collectively, the "Debtors"), the debtors and debtors-in-possession in the above-captioned, jointly-administered, chapter 11 bankruptcy cases, hereby file this Case Status Conference Report in connection with the upcoming Case Status Conference scheduled to be held on December 14, 2022 at 11:00 a.m.

Following a robust marketing process, the Debtors consummated a sale of substantially all of their assets related to their operating business in late August, 2022. Since that time the Debtors have continued to administer their chapter 11 cases, including handling a number of post-closing administrative matters.

At the request of the Debtors, the Bank and the Official Committee of Unsecured Creditors (the "Creditors' Committee"), the Court set October 15, 2022 as the last day for creditors (other than professionals employed in these cases) to file their requests for allowance of administrative claims. The Debtors are still in the process of analyzing the filed administrative claims and reviewing the same with the Creditors' Committee.

The Debtors are advised that the Creditors' Committee is still in negotiations with a principal of the Debtors regarding a possible stipulation which would result in a significant influx of cash in these estates. The Debtors do not know if any such agreement will be reached, and the Debtors still do not know given the extent of asserted administrative claims, whether any such agreement would enable a liquidating plan to be proposed and confirmed in these cases or whether these cases will instead be dismissed or converted to chapter 7.

///

///

///

///

2

1 | The Debtors respectfully request that the Court continue the status conference for approximately ninety (90) days during which the Debtor is hopeful that a decision regarding the direction of these cases will be reached between the interested parties.

Dated: December 7, 2022

        TRX HOLDCO, LLC
        FITNESS ANYWHERE LLC

By: */s/ Lindsey L. Smith*
    RON BENDER
    KRIKOR J. MESHEFEJIAN
    LINDSEY L. SMITH
    LEVENE, NEALE, BENDER,
    YOO & GOLUBCHIK L.L.P.
    Attorneys for Chapter 11 Debtors and
    Debtors in Possession

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
2818 La Cienega Avenue, Los Angeles, CA 90034

A true and correct copy of the foregoing document entitled (*specify*): **DEBTORS' CASE STATUS CONFERENCE REPORT** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (date) **December 6, 2022**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Lauren T Attard    lattard@bakerlaw.com, aglorioso@bakerlaw.com;abeachdell@bakerlaw.com
- Ron Bender    rb@lnbyg.com
- Shraddha Bharatia    notices@becket-lee.com
- Shawn M Christianson    cmcintire@buchalter.com, schristianson@buchalter.com
- Dana M Douglas    dmddouglas@hotmail.com, douglas.danar115703@notify.bestcase.com
- Andrew Goodman    agoodman@andyglaw.com, Goodman.AndrewR102467@notify.bestcase.com
- Michael I. Gottfried    mgottfried@elkinskalt.com, cavila@elkinskalt.com,myuen@elkinskalt.com,docketing@elkinskalt.com
- Jonathan Gottlieb    jdg@lnbyg.com
- Michael J Hauser    michael.hauser@usdoj.gov
- Marsha A Houston    mhouston@reedsmith.com, hvalencia@reedsmith.com
- Ori Katz    okatz@sheppardmullin.com, lsegura@sheppardmullin.com
- Kenneth T Law    ken@bbslaw.com
- Adam A Lewis    alewis@mofo.com, adam-lewis-3473@ecf.pacerpro.com
- William McCormick    Bill.McCormick@ag.tn.gov
- Krikor J Meshefejian    kjm@lnbyg.com
- Ali M Mojdehi    amojdehi@btlaw.com, jgertz@btlaw.com;arego@btlaw.com;melissa.turpin@btlaw.com;docketinglitin@btlaw.com
- Jennifer L Nassiri    JNassiri@sheppardmullin.com, bdelacruz@sheppardmullin.com
- Aron M Oliner    roliner@duanemorris.com
- Jimmy D Parrish    jparrish@bakerlaw.com, orlbankruptcy@bakerlaw.com
- Paul J Pascuzzi    ppascuzzi@ffwplaw.com, docket@ffwplaw.com
- Christopher O Rivas    crivas@reedsmith.com, chris-rivas-8658@ecf.pacerpro.com
- Lindsey L Smith    lls@lnbyg.com, lls@ecf.inforuptcy.com
- John M Stern    john.stern@oag.texas.gov, bk-mbecker@oag.texas.gov
- United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov

**2**. **SERVED BY UNITED STATES MAIL**: On (date) **December 6, 2022**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

None.

☐ Service information continued on attached page

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*    **F 9013-3.1.PROOF.SERVICE**

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (date) **December 6, 2022**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

None.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| December 6, 2022 | Damon Woo | /s/ Damon Woo |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                        **F 9013-3.1.PROOF.SERVICE**